IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No.: 3:12-cv-00632 JSC<br><br>**ORDER RE: CASE SCHEDULE** |

Having come before the Court at the Case Management Conference on June 7, 2012, the Court adopts the schedule set forth in the Joint Case Management Conference Statement (Dkt. No. 20) as follows.

The parties have agreed to bifurcate discovery in this putative class action.

- o Phase I fact discovery shall be completed by September 28, 2012.
- o Phase I expert reports shall be served by October 26, 2012.
- o Any rebuttal expert reports shall be served by November 16, 2012.
- o Expert depositions shall be completed by November 30, 2012.
- o Plaintiff shall file his motion for class certification by January 11, 2013.

- o Defendant shall file its opposition to the motion for class certification by February 15, 2013.
- o Plaintiff shall file his reply to the motion for class certification by March 8, 2013.
- o The hearing on Plaintiff's motion for class certification will occur on March 21, 2013, at 9:00 am. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.

The remainder of the case schedule will be set upon disposition of the motion for class certification.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE