STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
A. R. KACHADOORIAN (State Bar No. 240601)
JEFFREY B. BELL (State Bar No. 269648)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC,<br><br>　　　　Defendant. | Case No. 3:12-cv-00632-JSC<br><br>[Assigned to the Honorable Jacqueline Scott Corley]<br><br>AMENDED **STIPULATION AND [~~PROPOS~~ED] ORDER AMENDING BRIEFING SCHEDULE** |

WHEREAS, on August 1, 2012, defendant Trans Union, LLC ("Trans Union") filed a Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) and to Strike Pursuant to Fed. R. Civ. P. 12(f) (the "Motion");

WHEREAS, pursuant to Civil Local Rule 7-3(a), the Opposition of plaintiff Sergio L. Ramirez ("Plaintiff") to the Motion is due not later than August 15, 2012;

WHEREAS, pursuant to Civil Local Rule 7-3(c), Trans Union's Reply in support of the Motion is due not later than August 22, 2012;

WHEREAS, the Motion is set for hearing on October 11, 2012;

WHEREAS, to allow the parties sufficient time to prepare their Opposition and Reply papers, and because Plaintiff's counsel has a vacation scheduled for mid-August, the parties agree that a brief continuance of the foregoing dates is appropriate;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request an order changing time that would affect the date of an event or deadline already fixed by Court order;

WHEREAS, the parties previously stipulated to the extension of the date by which Trans Union was required to respond to the initial Complaint on March 7, 2012, March 16, 2012 and March 29, 2012;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The date by which Plaintiff must file his Opposition to the Motion is continued from August 15, 2012 to September 7, 2012;

2. The date by which Trans Union must file its Reply in support of the Motion is continued from August 22, 2012 to September 21, 2012;

//
//
//
//

-1-

STIPULATION AND [PROPOSED] ORDER
AMENDING BRIEFING SCHEDULE
Case No. 3:12-cv-00632-JSC

LA 51567056

3. The hearing date on the Motion shall remain October 11, 2012.

IT IS SO STIPULATED

| | |
|---|---|
| Dated: August 1, 2012 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>STEPHEN J. NEWMAN<br>BRIAN C. FRONTINO<br>A. R. KACHADOORIAN<br>JEFFREY B. BELL |

By: /s/ Jeffrey B. Bell
 Jeffrey B. Bell

Attorneys for Defendant
TRANS UNION LLC

| | |
|---|---|
| Dated: August 1, 2012 | ANDERSON, OGILVIE & BREWER, LLP<br>ANDREW J. OGILVIE<br>CAROL MCLEAN BREWER<br><br>FRANCIS & MAILMAN, P.C.<br>JOHN SOUMILAS |

By: /s/ John Soumilas
 John Soumilas

Attorneys for Plaintiff
SERGIO L. RAMIREZ

-2-

STIPULATION AND [P~~ROPOS~~ED] ORDER
AMENDING BRIEFING SCHEDULE
Case No. 3:12-cv-00632-JSC

LA 51567056

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 2__, 2012          _____
                                    Hon. Jacqueline Scott Corely
                                    United States District Court Judge

The hearing is reset for 10/10/12 at 9:00 a.m.

## DECLARATION OF JEFFREY B. BELL

I, Jeffrey B. Bell, hereby declare as follows:

1. I am admitted to practice before this Court and am associate at Stroock & Stroock & Lavan LLP ("Stroock"), counsel for defendant Trans Union, LLC in this action. I submit this Declaration in support of the Stipulation and [Proposed] Order Amending Briefing Schedule (the "Stipulation"), in accordance with Section X.B. of General Order 45 and Civil Local Rule 5-1(i)(3) of this Court. The facts set forth herein are true of my own personal knowledge. If called as a witness, I could and would competently testify thereto.

2. On August 1, 2012, John Soumilas, counsel for plaintiff Sergio L. Ramirez, contacted me by e-mail and approved the content of the Stipulation, which was sent to him for his review and approval on July 31, 2012, and authorizing me to execute it on his behalf.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this August 1, 2012.

/s/ Jeffrey B. Bell
Jeffrey B. Bell

STIPULATION AND [PROPOSED] ORDER
AMENDING BRIEFING SCHEDULE
Case No. 3:12-cv-00632-JSC

LA 51567056

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/ Jeffrey B. Bell
Jeffrey B. Bell

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STIPULATION AND [PROPOSED] ORDER
AMENDING BRIEFING SCHEDULE
Case No. 3:12-cv-00632-JSC

LA 51567056