IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No.: 3:12-cv-00632 JSC<br><br>**ORDER RE: STIPULATION TO EXTEND PHASE I FAST DISCOVERY DEADLINE (Dkt. No. 47)** |

The parties have filed a Stipulation (Dkt. No. 47) seeking to extend all Phase One deadlines by 90 days. The Court hereby GRANTS the extension to the case management deadlines as follows:

- Phase I fact discovery shall be completed by March 6, 2013.
- Phase I expert reports shall be completed by April 22, 2013.
- Any rebuttal expert reports shall be served by May 13, 2013.
- Expert depositions shall be completed by May 28, 2013.
- Plaintiff shall file his motion for class certification by July 8, 2013.
- Defendant shall file its opposition to the motion for class certification by August 12, 2013.

- Plaintiff shall file his reply to the motion for class certification by September 3, 2013.
- The hearing on Plaintiff's motion for class certification will occur on October 3, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California.

The remainder of the case schedule will be set upon disposition of the motion for class certification.

**IT IS SO ORDERED.**

Dated: December 6, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE