ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104-3000
    Telephone:   (415) 651-1952
    Facsimile:   (415) 500-8300
    andy@aoblawyers.com
    carol@aoblawyers.com

JOHN SOUMILAS (Pro hac vice)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
    Telephone:   (215) 735-8600

Attorneys for Plaintiff, Sergio L. Ramirez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. CV- 12-00632-JSC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER AMENDING SCHEDULE FOR BRIEFING AND HEARING ON PENDING MOTIONS |

WHEREAS, on January 9, 2013, defendant Trans Union, LLC (Trans Union) filed its motions to disqualify opposing counsel and to dismiss for lack of jurisdiction (Dkt 51 and 52) and plaintiff filed his motion for interim appointment of counsel (Dkt 50), hereinafter referred to as "the pending motions;"

---

*Ramirez v. Trans Union LLC.*, N.D.Cal., Case no. 12-cv-00632 JSC
Stipulation and [~~Proposed~~] Order re Schedule for Briefing and Hearing on Pending Motions    1

WHEREAS pursuant to the local rules and the Court's prior scheduling order, the pending motions currently are scheduled for responsive papers to be filed by January 23, 2013, replies to be filed by January 30, 2013 and hearings on February 28, 2013;

WHEREAS, to allow the parties sufficient time to prepare their responses and replies and because Plaintiff's counsel has a court hearing in another matter on the East Coast on February 28, 2013 and would be unable to attend both that hearing and the hearings on the pending motions under the current schedule;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request an order changing time that would affect the date of an event or deadline already fixed by Court order;

WHEREAS this Stipulation is made in good faith and not for the purpose of delay;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

1. The date for filing responses to the pending motions is continued from January 23, 2013 to February 6, 2013;

2. The date for replies in support of the pending motions is continued from January 30, 2013 to February 20, 2013;

3. The hearing date for the pending motions is continued from February 28, 2013 to March 14, 2013 at 9:00 AM in Courtroom F, 15th Floor, Federal Building,

*Ramirez v. Trans Union LLC.*, N.D.Cal., Case no. 12-cv-00632 JSC
Stipulation and [Proposed] Order re Schedule for Briefing and Hearing on Pending Motions          2

450 Golden Gate Avenue, San Francisco, California.

IT IS SO STIPULATED.

Dated: January 15, 2013    ANDERSON, OGILVIE & BREWER LLP
and
FRANCIS & MAILMAN, P.C.

By  /s/ *Andrew J. Ogilvie*
Andrew J. Ogilvie
Attorney for Plaintiff SERGIO L. RAMIREZ

Dated: January 15, 2013    STROOCK & STROOCK & LAVAN LLP

By  /s/ *Jeffrey B. Bell*
Jeffrey B. Bell
Attorneys for Defendant, TRANS UNION LLC

### [PROPOSED] ORDER

Pursuant to stipulation, it is **ORDERED** that:

1. The date for filing responses to Trans Union's motions to disqualify counsel and to dismiss and plaintiff's motion for appointment as interim counsel ("the pending motions") is continued from January 23, 2013 to February 6, 2013;

2. The date for filing replies in support of the pending motions is continued from January 30, 2013 to February 20, 2013;

3. The hearing date for the pending motions is continued from February 28, 2013 to March 13, 2013 at 9:00 a.m..

Dated: January 16, 2013

IT IS SO ORDERED
Jacqueline S. Corley
Hon. Jacqueline Scott Corley
United States Magistrate Judge
Judge Jacqueline Scott Corley

*Ramirez v. Trans Union LLC.*, N.D.Cal., Case no. 12-cv-00632 JSC
Stipulation and [Proposed] Order re Schedule for Briefing and Hearing on Pending Motions                    3