ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104-3000
    Telephone:   (415) 651-1952
    Facsimile:    (415) 500-8300
    andy@aoblawyers.com
    carol@aoblawyers.com

JOHN SOUMILAS (Pro hac vice)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
    Telephone:   (215) 735-8600

Attorneys for Plaintiff, Sergio L. Ramirez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>    Defendant. | Case No. 12 cv-00632-JSC<br><br>Class Action<br><br>DECLARATION RE ERRATA TO PLAINTIFF'S OPPOSITION TO TRANS UNION'S MOTION TO DISQUALIFY COUNSEL<br><br>Date: March 13, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom F |

I, Andrew J. Ogilvie, declare as follows:

    1.    This is to correct a misstatement that I made in the opposition brief that I filed on February 6, 2013.  (Document39)  At page 6 of the brief (Page10 of

*Ramirez v. Trans Union, LLC*, N.D.Cal., Case no. 12-cv-00632-JSC
Declaration re Errata to Plaintiff's Opposition To Trans Union's Motion To Disqualify Counsel    1

24) I said that Mr. Anderson posted his blog entry on November 23, 2012.  That was wrong.  As I now understand it, Mr. Anderson prepared an initial draft of his blog entry on November 23, 2012, but did not post it.  Dilworth's article appeared in CreditCards.com on December 6, 2012.  Dilworth emailed to me a link to the article. I showed Mr. Anderson the article on CreditCards.com's website.  He liked it and used some of Dilworth's language to revise his blog entry, which he posted on our credit law website on December 7, 2012.

2. When I drafted our opposition brief, I thought the chronology was as it appears from the dates on the blog entry and as stated in Trans Union's motion. I did not question Mr. Anderson closely on that point.  I learned that I was mistaken about the chronology when Daniel Ray, a senior editor at CreditCards.com, called me recently.  He was very upset because Trans Union's lawyers had told him that his journalist, Kelly Dilworth, had plagiarized from the AOB blog.  He said Trans Union's lawyers sent him a copy of its motion to disqualify our law firm.  I put him in touch with Mr. Anderson, who reviewed his blog entry, the article and clarified the chronology of events. Mr. Anderson's declaration is filed herewith.

3. My law firm is responsible for whatever it publishes on the AOB blog, whether we wrote it or used someone else's language.  Nothing in the blog is inaccurate, false or misleading.  In that regard, this factual correction does not change the analysis at all.  However, this factual correction is relevant to Trans Union's claim that AOB's blog was the catalyst for the CreditCards.com article.  Because Mr Anderson did not post the blog entry until after Dilworth published her article on CreditCards.com, the blog could not have caused her to write the article.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2013 at San Francisco, California

      /s/ *Andrew J Ogilvie*
      Andrew J Ogilvie

*Ramirez v. Trans Union, LLC*, N.D.Cal., Case no. 12-cv-00632-JSC
Declaration re Errata to Plaintiff's Opposition To Trans Union's Motion To Disqualify Counsel    2