ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Telephone: 415-651-1952
Facsimile 415-956-3233
Email: andy@aoblawyers.com
carol@aoblawyers.com

FRANCIS & MAILMAN, P.C.
JAMES A. FRANCIS (*PRO HAC VICE*)
JOHN SOUMILAS (*PRO HAC VICE*)
DAVID A. SEARLES (*PRO HAC VICE*)
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
Email jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

Attorneys for Plaintiff
SERGIO L. RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**DECLARATION OF MARK F. ANDERSON IN OPPOSITION TO DEFENDANT TRANS UNION LLC'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**<br><br>Hearing<br>Date: March 13, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom F |

1

*Ramirez v. Trans Union,* Case No. 3:12-cv-00632-JSC
Declaration of Mark F Anderson in Opp to Motion to Disqualify Plaintiff's Class Counsel

I, Mark F Anderson, hereby declare as follows:

1. I am a partner in the law firm Anderson, Ogilvie & Brewer, LLP.

2. This declaration concerns a blog post I wrote for our credit law blog, www.californiacreditlaw.com.

3. About a week ago, I received a call from the editor of CreditCards.com who said that Trans Union had sent him a letter accusing Ms Kelly Dilworth, one of his reporters, of plagiarizing a blog post that I wrote. He was quite upset about the accusation. This conversation caused me to go back to check the chronology of events.

4. Trans Union's motion asserts that Ms Dilworth used my blog post to write her story that appeared on CreditCards.com on December 6, 2013, but that is not the way it transpired. Ms Dilworth did not see or rely on my blog post in writing her story.

5. I did an initial draft of my blog post on November 23, 2012, but I did not publish it. Instead, I saved it as an unpublished post.

6. Ms Dilworth published her story on the CreditCards.com site on December 6, 2012. I read her story on that date. I thought she had expressed some ideas better than my draft post so I edited my draft borrowing some words and phrases from her story. I published my post on December 7, 2013. This was the first date it appeared on the Internet.

7. I realize that the date that appears on my blog post is November 23, 2013, but that does not mean it was published on that date. That is the date I began working on the initial draft.

I declare under the penalty of perjury under the laws of the United States

2

*Ramirez v. Trans Union,* Case No. 3:12-cv-00632-JSC
Declaration of Mark F Anderson in Opp to Motion to Disqualify Plaintiff's Class Counsel

that the foregoing is true and correct.

Date: March 5, 2013  *s/ Mark F. Anderson*
San Francisco, California  Mark F. Anderson

3

*Ramirez v. Trans Union,* Case No. 3:12-cv-00632-JSC
Declaration of Mark F Anderson in Opp to Motion to Disqualify Plaintiff's Class Counsel