ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: 415-651-1952
Facsimile:  415-956-3233
Email:  andy@aoblawyers.com
        carol@aoblawyers.com

FRANCIS & MAILMAN, P.C.
JAMES A. FRANCIS (*PRO HAC VICE*)
JOHN SOUMILAS (*PRO HAC VICE*)
jsoumilas@consumerlawfirm.com
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:    (215) 735-8600
Facsimile:    (215) 940-8000
Email   jfrancis@consumerlawfirm.com
        jsoumilas@consumerlawfirm.com

Attorneys for Plaintiff
SERGIO L. RAMIREZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>          Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S WITHDRAWAL OF MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER** |

Having considered the request of Plaintiff to Withdraw his Motion to Quash Subpoenas and for Protective Order (the "Motion"), without prejudice,

**IT IS HEREBY ORDERED** that the Motion is **WITHDRAWN** and the hearing scheduled for April 18, 2013 at 9:00 a.m. in Courtroom F is **CANCELLED**.

DATED: __April 5__, 2013

By: _/s/ Jacqueline S. Corley_
Hon. Jacqueline Scott Corley
United States Magistrate Judge.

Respectfully submitted,

ANDERSON, OGILVIE &
BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER

FRANCIS & MAILMAN, P.C.
JOHN SOUMILAS


    */s/ John Soumilas*
       John Soumilas

Attorneys for Plaintiff
SERGIO L. RAMIREZ