ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: 415-651-1952
Facsimile: 415-956-3233
Email: andy@aoblawyers.com
        carol@aoblawyers.com

FRANCIS & MAILMAN, P.C.
JAMES A. FRANCIS (*PRO HAC VICE*)
JOHN SOUMILAS (*PRO HAC VICE*)
jsoumilas@consumerlawfirm.com
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:   (215) 735-8600
Facsimile:   (215) 940-8000
Email   jfrancis@consumerlawfirm.com
        jsoumilas@consumerlawfirm.com

Attorneys for Plaintiff
    SERGIO L. RAMIREZ

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
JEFFREY B. BELL (State Bar No. 269648)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email: lacalendar@stroock.com

SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY
BRUCE LUCKMAN (*PRO HAC VICE*)
308 Harper Drive
Suite 200
Moorestown, NJ 08057
Telephone:   (856) 662-0700
Facsimile:   (856) 448-4744
Email   bluckman@shermansilverstein.com

Attorneys for Defendant
    TRANS UNION LLC

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>AMENDED<br>[~~PROPOSED~~] ORDER GRANTING JOINT APPLICATION TO CHANGE HEARING DATE ON DEFENDANT TRANS UNION LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 15, 2013 ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION |

[~~PROPOSED~~] ORDER GRANTING JOINT APPLICATION TO CHANGE HEARING DATE ON DEFENDANT TRANS UNION LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 15, 2013 ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Case No. 3:12-cv-00632-JSC

Having considered the Joint Application to Change the Hearing Date on Defendant Trans Union LLC's Motion for Reconsideration of the Courts March 15, 2013 Order Denying Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction:

**IT IS HEREBY ORDERED THAT** the hearing be continued from May 30, 2013 at 9:00 a.m. (PST) to ~~June 6, 2013~~ June 20, 2013 at 9:00 a.m. (PST) before the Honorable Magistrate Judge Jacqueline Scott Corley in Courtroom F of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 24, 2013

_Jacqueline S. Corley_
The Hon. Jacqueline Scott Corley
United States Magistrate Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

~~[PROPOSED]~~ ORDER GRANTING JOINT APPLICATION TO CHANGE HEARING DATE ON DEFENDANT TRANS UNION LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 15, 2013 ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Case No. 3:12-cv-00632-JSC