| | |
|---|---|
| ANDERSON, OGILVIE & BREWER, LLP<br>ANDREW J. OGILVIE<br>CAROL MCLEAN BREWER<br>235 Montgomery Street, Suite 914<br>San Francisco, CA 94104<br>Telephone: 415-651-1952<br>Facsimile: 415-956-3233<br>Email: andy@aoblawyers.com<br>        carol@aoblawyers.com | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND (State Bar No. 83013)<br>STEPHEN J. NEWMAN (State Bar No. 181570)<br>BRIAN C. FRONTINO (State Bar No. 222032)<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>Telephone:  310-556-5800<br>Facsimile:  310-556-5959<br>Email: lacalendar@stroock.com |

[*Additional counsel listed on signature page*]

Attorneys for Plaintiff
  SERGIO L. RAMIREZ

Attorneys for Defendant
  TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>            Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**[PROPOSED] CONSENT ORDER SETTING DEADLINES BY WHICH TRANS UNION MUST COMPLY WITH COURT'S ORDER OF MARCH 13, 2013 AND EXTENDING CLASS CERTIFICATION BRIEFING DEADLINES** |

[PROPOSED] CONSENT ORDER SETTING DEADLINE BY WHICH TRANS UNION MUST COMPLY WITH
COURT'S ORDER OF MARCH 13, 2013 AND EXTENDING CLASS CERTIFICATION BRIEFING DEADLINES
Case No. 3:12-cv-00632-JSC

LA 51658863v2
06/21/13 2:27 PM

**AND NOW** this Court having considered the parties' joint request to set deadlines by which Defendant Trans Union LLC (Trans Union) must comply with this Court's Order of March 13, 2013 compelling certain discovery from Trans Union (Docket No. 75) and also to extend the existing class certification briefing deadlines (Docket No. 48):

**IT IS HEREBY ORDERED** that Trans Union shall fully supplement its responses to Plaintiff's Interrogatory Nos. 2, 4, 5-12 and 15 as set forth in Part C of this Court's Order of March 13, 2013 (Doc. 75) (the "Discovery Order") by no later than July 12, 2013;

**IT IS FURTHER ORDERED** that Trans Union shall comply with Part D of the Discovery Order by producing additional documents by no later than July 31, 2013, and by providing a privilege log by August 31, 2013;

**IT IS FURTHER ORDERED** that the depositions of the four witnesses described in Part B of the Discovery Order shall be completed by no later than September 30, 2013;

**IT IS FURTHER ORDERED** that the existing case management schedule set forth at Docket No. 48 is hereby vacated.

This Court shall hold a telephone status conference on October __3__ 2013 at 1:30 ~~a.m.~~/p.m. to address any remaining discovery issues for Phase I discovery and to set a class certification briefing schedule. parties shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.
**SO ORDERED.**

DATED: June _25_, 2013

By: _Jacqueline S. Corley_
Hon. Jacqueline Scott Corley
United States Magistrate Judge.

Respectfully submitted,

*/s/ John Soumilas*

JAMES A. FRANCIS
JOHN SOUMILAS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

*/s/ Stephen J. Newman*

JULIA STRICKLAND
STEPHEN J. NEWMAN
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5800

LA 51658863v2
06/21/13 2:27 PM