United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO L. RAMIREZ, on behalf of
himself and all others similar situated,

               Plaintiff,

    v.

TRANS UNION, LLC,

               Defendant.

Case No.: 3:12-cv-00632 JSC

**ORDER AMENDING CASE
SCHEDULE**

      The Court is in receipt of the parties' Joint Status Report.   (Dkt. No. 106.)   The Court VACATES the telephone case management conference scheduled for January 9, 2014 and orders as follows:

> o   Plaintiff shall file his motion for class certification by February 28, 2014.
>
> o   Defendant's response shall be filed by March 28, 2014.
>
> o   Plaintiff's reply shall be filed by April 11, 2014.
>
> o   The Court will hear oral argument at 2:00 p.m. on May 1, 2014.

      The remainder of the case schedule will be set upon disposition of the motion for class certification.

**IT IS SO ORDERED.**

Dated:  January 9, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California