Andrew J. Ogilvie     (SBN 57932)
Carol M. Brewer       (SBN 214035)
Anderson, Ogilvie & Brewer LLP
235 Montgomery St., Suite 914
San Francisco, California 94104
    Telephone:     (415) 651-1950
    andy@aoblawyers.com
    carol@aoblawyers.com

James A. Francis      (*pro hac vice*)
John Soumilas         (*pro hac vice*)
David A. Searles      (*pro hac vice*)
Francis & Mailman, P.C.
Land Title Bldg, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
    Telephone:     (215) 735-8600
    Facsimile:     (215) 940-8000
Email: jfrancis@consumerlawfirm.com
    jsoumilas@consumerlawfirm.com
    dsearles@consumerlawfirm.com

*Attorneys for Plaintiff, Sergio L. Ramirez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 12 cv-00632-JSC<br><br>Class Action<br><br>PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE TESTIMONY AND DOCUMENTS UNDER SEAL |

Plaintiff hereby moves for an administrative order pursuant to L.R. 79-5 permitting certain information to be filed under seal in connection with Plaintiff's Motion to Certify Class.

Plaintiff makes this motion because Defendant Trans Union, LLC and third party Accuity Inc. have designated certain information, identified in Plaintiff's declaration attached hereto, as "confidential" or "highly confidential" pursuant to the protective order in place in this matter. Dkt. No. 37-1. The existence of a stipulated protective order is, however, not sufficient to establish that a document is sealable. L.R. 79-5(d)(1)(A); *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678-79 (9th Cir. 2009). It is Plaintiff's position that the documents he has identified and used in support of his Motion to Certify Class do not meet this heightened standard, and should be filed in the public record. Plaintiff gave Defendant and Accuity, Inc. advance notice of the documents and testimony he seeks to use. Defendant removed its confidentiality designations from two documents, but maintains that the remainder of the material identified herein must be filed under seal. Accuity, Inc. maintains that the material marked confidential must be filed under seal.

Plaintiff therefore makes this administrative motion pursuant to L.R. 79-5, and lodges copies of the information marked as confidential and used in Plaintiff's Motion with the Court.

Respectfully Submitted,

Dated: March 14, 2014           **FRANCIS & MAILMAN, P.C.**

By  /s/      *John Soumilas*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
Land Title Bldg, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Telephone:  (215) 735-8600
Facsimile:  (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

Andrew J. Ogilvie      (SBN 57932)
Carol M. Brewer        (SBN 214035)
**ANDERSON, OGILVIE & BREWER LLP**
235 Montgomery St., Suite 914
San Francisco, California 94104

Telephone: (415) 651-1950
Facsimile: (415) 956-3233
andy@aoblawyers.com
carol@aoblawyers.com

*Attorneys for Plaintiff Sergio L. Ramirez*

2