1

2

UNITED STATES DISTRICT COURT

3

NORTHERN DISTRICT OF CALIFORNIA

4

SAN FRANCISCO DIVISION

5

6   SERGIO L. RAMIREZ, on behalf of          Case No. 12 cv-00632-JSC
    himself and all others similarly situated,

7                                            Class Action
                        Plaintiff,

8                                            [PROPOSED] ORDER SEALING
             v.                              TESTIMONY AND DOCUMENTS

9

10  TRANS UNION, LLC,

11                      Defendant.

12          **THIS MATTER** having been brought before this Court on Plaintiff's Administrative

13  Motion to File Testimony and Documents Under Seal, and the Court having read all papers and

    heard all argument for and against certification of the Classes in this matter, and for good cause

14  shown,

15          **IT IS** on this _____ day of _____, 2014, **ORDERED** that Plaintiff's

16  administration motion to file under seal is **GRANTED.**   The following documents shall be

17  maintained under seal:

18

19
| Document | Portion to Be Filed Under Seal |
|---|---|
| Exhibit 1 to the Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class – Deposition testimony of Michael O'Connell | Transcript pages numbered 36, 43-46, 52-56, 58-60, 62-63, 66-67, 122, 133-34, 160-63, 166-68, 281. |
| Exhibit 2 to the Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class – Deposition testimony of Robert Lytle | Transcript pages numbered 68-70, 72-73, 83-86, 98-99, 112-13, 139-41, 146, 203-05, 220-21, 223-25, 243-45, 247, 299-300. |
| Exhibit 5 to the Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to | Entire. |

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Certify Class – "OFAC Hit Analysis" | |
| Exhibit 11 to the Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class - Supplemental Responses of Trans Union, LLC to Plaintiff's First Set of Interrogatories | Entire, except for Supplemental Responses to Interrogatories 1, 2, and 3. |
| Exhibit 16 to the Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class - Response of Trans Union LLC to Plaintiff's First Set of Interrogatories | Entire, except for Response to Interrogatory 14. |
| Exhibit 4 to the Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class – Deposition testimony of Brent Newman | Transcript pages numbered pages 14-15, 50-52, 58, 61-62, 81-89, 100-110. |

**IT IS SO ORDERED.**


Dated: _____

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2