-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

# EXHIBIT 1

Exhibit 1 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

***CONFIDENTIAL***

SERGIO L. RAMIREZ, on behalf )

of himself and all others    )

Similarly situated,          )

        Plaintiff,         )

    -vs-                     ) No. 3:12 cv 632

TRANS UNION, LLC,            )

      Defendant.            )

      The CONFIDENTIAL videotaped deposition of

MICHAEL O'CONNELL, called for examination pursuant

to the Rules of Civil Procedure for the United

States District Courts pertaining to the taking of

depositions, taken before Deanna M. Amore, a

Certified Shorthand Reporter within and for the

County of DuPage and State of Illinois, at 205

North Michigan Avenue, Chicago, Illinois, on the

13th day of December 2013 at the hour of

8:58 o'clock a.m.

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  080037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

**MICHAEL O'CONNELL-CONFIDENTIAL**

1   that we're clear about the question, does accuracy

2   mean something different to your clients than it

3   would to somebody else?

4        MR. NEWMAN:  Objection.

5        Go ahead.

6        THE WITNESS:  Accuracy means something

7   different for each client.

8   BY MR. GORSKI:

9        Q.   Well, what's your client's expectations of

10  accuracy in the context of selling the OFAC add-on?

11       A.   Their interpretation of the regulatory

12  requirements.

13       Q.   Again, I'm not following you.  When you

14  say accuracy and their interpretation of the

15  regulatory requirements, I don't know how that --

16  I don't know how that -- they are similar in any

17  way.  What I'm asking is do your clients have an

18  expectation that the product that you're selling

19  them is going to provide an accurate result?

20       MR. NEWMAN:  Objection.  Vague.

21       THE WITNESS:  To their standards.

22  BY MR. GORSKI:

23       Q.   And does their standard include some

24  estimation that a potential match may actually be

25  the person who is designated on an OFAC list?

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

MICHAEL O'CONNELL-CONFIDENTIAL

1      A.    Based on their interpretation of the OFAC

2    regulations.

3      Q.    To ask you the question more practically,

4    do your clients have some expectation that the

5    possible matches that Trans Union provides in

6    response to an OFAC add-on has some reasonable

7    basis that it may, in fact, be true?

8      MR. NEWMAN:   Objection.   Vague.

9      You can answer.

10     THE WITNESS:   Generally, yes.

11   BY MR. GORSKI:

12     Q.    So other than your consideration of

13   producing a reputable product and what we've

14   discussed about your client's expectations about

15   the product producing an accurate result, is there

16   anything else you considered in the process as to

17   whether or not you would develop and launch this

18   product?

19     A.    That was the primary factor.

20     Q.    Did you consider feasibility?

21     A.    Technical integration.

22     Q.    So you considered whether or not Trans

23   Union could build a computer system that could

24   provide this?

25     A.    Yes.

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**

1    Q.    Okay.  Beyond that, when I say

2    feasibility, was there any other feasibility

3    concerns you had other than just whether the

4    computers could physically produce a response?

5    A.    I don't understand that question.

6    Q.    Well, we talked -- when I said

7    "feasibility," you said "technical feasibility,"

8    and I understand what you mean is can Trans Union's

9    computers produce the actual product that you are

10   trying to development.  Okay?  And I guess the

11   determination you made was that they could.

12   A.    Yes.

13   Q.    But in terms of feasibility, obviously,

14   there is more aspects to producing a product like

15   this other than can you get a computer to do it,

16   correct?

17   A.    Not necessarily.

18   Q.    Well, you need data, right?

19   A.    Yes.

20   Q.    Okay.  So did you consider how you were

21   going to go about getting data in order to prepare

22   this product?

23   A.    Yes.

24   Q.    Okay.  Well, what did you do -- what were

25   your considerations in that respect?

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 36

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 43

**MICHAEL O'CONNELL-CONFIDENTIAL**



**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 46

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 52

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 53

**MICHAEL O'CONNELL-CONFIDENTIAL**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 54

**MICHAEL O'CONNELL-CONFIDENTIAL**



**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 56

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 58

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 59

**MICHAEL O'CONNELL-CONFIDENTIAL**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 60

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 62

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 63

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 67

**MICHAEL O'CONNELL-CONFIDENTIAL**



**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 134

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 135

**MICHAEL O'CONNELL-CONFIDENTIAL**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 160

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 161

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 163

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 166

**MICHAEL O'CONNELL-CONFIDENTIAL**



**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 168

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 281

**MICHAEL O'CONNELL-CONFIDENTIAL**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**

1   applications, confirming information about the

2   consumer -- identifying information about the

3   consumer application process.

4        Q.   Okay.  And ID Search?

5        A.   Similar.

6        Q.   And those are sold without credit data

7   like public records, bank accounts or collection

8   accounts?

9        A.   Yes.

10       Q.   Or is it a credit report sold under --

11       A.   It doesn't have that kind of data on it.

12       MR. GORSKI:  I think that's it.  I don't have

13   any other questions.

14       Thank you, Mr. O'Connell, for your time.

15       MR. NEWMAN:  No questions.  The deposition is

16   complete.

17       THE VIDEOGRAPHER:  The time is now 4:04 p.m.,

18   and this concludes today's deposition.  We are now

19   going off the record.

20

21

22

23

24

25

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**MICHAEL O'CONNELL-CONFIDENTIAL**

```
 1    STATE OF ILLINOIS   )

 2                        )   SS:

 3    COUNTY OF DU PAGE   )

 4        I, Deanna Amore, a notary public within and for

 5    the County of DuPage County and State of Illinois,

 6    do hereby certify that heretofore, to-wit, on

 7    December 13, 2013, personally appeared before me,

 8    at 205 North Michigan Avenue, Suite 2940, Chicago,

 9    Illinois, MICHAEL O'CONNELL, in a cause now pending

10    and undetermined in the United States District

11    Court, Northern District of California, wherein

12    SERGIO L. RAMIREZ, on behalf of himself and all

13    others Similarly situated, are the Plaintiffs, and

14    TRANS UNION is the Defendant.

15        I further certify that the said witness was

16    first duly sworn to testify the truth, the whole

17    truth and nothing but the truth in the cause

18    aforesaid; that the testimony then given by said

19    witness was reported stenographically by me in the

20    presence of the said witness, and afterwards

21    reduced to typewriting by Computer-Aided

22    Transcription, and the foregoing is a true and

23    correct transcript of the testimony so given by

24    said witness as aforesaid.

25        I further certify that the signature to the
```

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Page 284

**MICHAEL O'CONNELL-CONFIDENTIAL**

 1   foregoing deposition was reserved by counsel for

 2   the respective parties.

 3       I further certify that the taking of this

 4   deposition was pursuant to Notice, and that there

 5   were present at the deposition the attorneys

 6   hereinbefore mentioned.

 7       I further certify that I am not counsel for nor

 8   in any way related to the parties to this suit, nor

 9   am I in any way interested in the outcome thereof.

10       IN TESTIMONY WHEREOF:   I have hereunto set my

11   hand and affixed my notarial seal this 16th day of

12   December, 2013.

13

14

15

16

17

18   _____

     NOTARY PUBLIC, DUPAGE COUNTY, ILLINOIS

19

20

21

22

23

24

25