-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

# EXHIBIT 2

Exhibit 2 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


SERGIO L. RAMIREZ, on behalf :
                             :
of himself and all others    :
                             :
similary situated,           :
                             :
            Plaintiff,       :
                             :
      -vs-                   : No. 3:12cv00632-JSC
                             :
TRANS UNION, LLC,            :
                             :
            Defendant.       :

         The CONFIDENTIAL videotaped deposition of

TRANS UNION, LLC, ROBERT LYTLE 30(b)(6), called for

examination pursuant to the Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken

before Shelly S. Rubas, a Certified Shorthand

Reporter within and for the County of Cook and

State of Illinois, at 205 North Michigan Avenue,

Chicago, Illinois, on the 13th day of December,

2012, at the hour of 10:36 o'clock a.m.

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey 080037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 69

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 70



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 72

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 73

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **ROBERT LYTLE - CONFIDENTIAL, 12/13/12**



Page 83

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC          ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 85



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 86

Page 97

1      THE WITNESS:  I know who we call our sponsors

2   who recently purchased the company.

3   BY MR. SOUMILAS:

4      Q.   And who is that?

5      A.   Without official names, it would be

6   Goldman Sachs and Advent International.

7      Q.   Does Trans Union also sell some product

8   that it calls the OFAC advisor alert?

9      A.   I am not in the best position to speak to

10  the product name, but we do sell a product with the

11  name OFAC in it.

12     Q.   All right.  Have you ever heard of the

13  term OFAC name screen?

14     A.   Yes, I have.

15     Q.   What do you understand that to be?

16     A.   I understand that to be a product add on

17  to a credit report that presents the data that is a

18  possible match in the OFAC database to the

19  purchaser of that credit report.

20     Q.   So would I be correct in understanding

21  that a creditor such as a bank could purchase a

22  credit report from Trans Union with or without the

23  OFAC add on?

24     A.   Yes.

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 98

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 99

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 100

1       THE WITNESS:  If you could rephrase the

2   question.

3   BY MR. SOUMILAS:

4       Q.   Yes.   Just a moment ago, you identified

5   for me on the OFAC product, you weren't exactly

6   sure of the name that Trans Union sells, you said

7   it was as an add on to a credit report.

8            Do you recall that testimony?

9       A.   Yes.

10      Q.   And what we see here appears to be a

11  credit report that has some traditional credit

12  report information such as account information,

13  correct?

14      A.   Yes.

15      Q.   And it also has this special messages

16  field, what appears to be in the middle of the

17  first page that says OFAC advisor alert immediately

18  underneath special messages.

19           Do you see that?

20      A.   Yes.

21      Q.   My question is whether that special

22  messages area with OFAC advisor alert information

23  is the OFAC add on that you just testified about?

24      MR. NEWMAN:  Objection, foundation.

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 101

1          You can answer.

2          THE WITNESS:  The special messages section is

3     not the OFAC advisor alert.  The special messages

4     section contains special messages of which OFAC

5     advisor alert appears to be one.

6     BY MR. SOUMILAS:

7          Q.    There could be different types of special

8     messages?

9          A.    Yes.

10         Q.    And what other products could be included

11    in the special messages besides the OFAC alert

12    -- I'm sorry -- the OFAC advisor alert?

13         A.    I'm not aware of all of the products that

14    can be included in the special messages, but there

15    are additional products or information that can

16    come in that section.

17         Q.    And just to be precise, when you testified

18    previously about an OFAC product add on, were you

19    talking about the type of product that we see here

20    in Lytle 3 that could be included in the special

21    messages field?

22         MR. NEWMAN:  Objection, foundation.

23         Go ahead.

24         THE WITNESS:  I'm not qualified to say exactly

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 112

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 139

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 140

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 141



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 146

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 202

1      A.    Only in development and testing of billing

2    systems.

3      Q.    Would you know how to read this document

4    based on that experience?

5      A.    Not with complete accuracy.

6      Q.    Would you be able to tell whether this

7    document documents an invoice for sale of

8    information on February 27th, 2011?

9      A.    I could make an educated guess.

10     Q.    And what would that be?

11     A.    That these are inquiries retrieved for a

12   consumer on such a date.

13     Q.    Would your educated guess further provide

14   that it would be the consumer listed on this

15   document, Sergio Ramirez of 4070 Bolina Terrace, it

16   looks like, Fremont, California?

17     A.    I would not be able to accurately

18   interpret the address because I am not completely

19   aware of this format.

20     Q.    Do you know what the unit price

21   information is on the last column?

22     A.    I do not.

23     Q.    Do you have any evidence to suggest that

24   Trans Union used some different process than the

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 203



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 205



**Ramirez v. Trans Union, LLC**                    **ROBERT LYTLE - CONFIDENTIAL, 12/13/12**

Page 219

1    BY MR. SOUMILAS:

2        Q.    Is it true that nobody has brought to your

3    attention that as a result of this product being

4    sold by Trans Union to one of its customers, any

5    customer has ever used it to cause the apprehension

6    or arrest of a person on the OFAC list?

7        MR. NEWMAN:   Objection, foundation.

8        THE WITNESS:   Again, in preparing for this, I

9    did not review any information related to that, no.

10   BY MR. SOUMILAS:

11       Q.    Did you review any information as to

12   whether the product that Trans Union has been

13   selling for approximately ten years is actually

14   effective in identifying persons actually listed as

15   terrorists, money launderers, or drug traffickers

16   on the OFAC list?

17       MR. NEWMAN:   Objection, argumentative,

18   foundation, outside the scope.   The witness isn't

19   designated on that topic.

20       THE WITNESS:   I'm not aware.

21   BY MR. SOUMILAS:

22       Q.    Are you aware that Trans Union has

23   received in the last two years approximately

24   500 disputes from persons claiming that Trans Union

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC          ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 220

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 221

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **ROBERT LYTLE - CONFIDENTIAL, 12/13/12**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 224

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 225



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



Page 243

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 244



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 245



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
**Ramirez v. Trans Union, LLC**                    **ROBERT LYTLE - CONFIDENTIAL, 12/13/12**

Page 247



Page 298

1      A.   Yes.

2      Q.   If I understood your testimony, there is a

3  delivery of the OFAC advisor alert and then

4  something that you called the header, correct?

5      A.   Yes.

6      Q.   The delivery of the OFAC message alert is

7  unaltered in any substantive way, although the

8  formatting might or the spacing might look

9  different, correct?

10     MR. NEWMAN:   Objection.

11         Go ahead.

12     THE WITNESS:   I'm not certain.  To my view,

13 OFAC advisor alert was not provided by Trans Union

14 because Trans Union at that point should have been

15 sending the word OFAC name screen.

16         So I would call that a material

17 modification of the header data which, again, is

18 not specific to the consumer, but specific to the

19 fact that it might be a potential hit or potential

20 match.

21 BY MR. SOUMILAS:

22     Q.   And in terms of the number of matches or

23 hits, you are not saying that if a reseller was

24 involved in this process, that they changed who the

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC          ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 307

1    STATE OF ILLINOIS   )

2                        )  SS:

3    COUNTY OF C O O K   )

4          I, SHELLY S. RUBAS, a Certified Shorthand

5    Reporter within and for the County of Cook County

6    and State of Illinois, do hereby certify that

7    heretofore, to-wit, on the 13th day of December

8    2012, personally appeared before me, at 205 North

9    Michigan Avenue, Chicago, Illinois, ROBERT LYTLE,

10   in a cause now pending and undetermined in the

11   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

12   CALIFORNIA, wherein SERGIO L. RAMIREZ is the

13   Plaintiff, and TRANS UNION, LLC, is the Defendant.

14         I further certify that the said witness

15   was first duly sworn to testify the truth, the

16   whole truth and nothing but the truth in the cause

17   aforesaid; that the testimony then given by said

18   witness was reported stenographically by me in the

19   presence of the said witness, and afterwards

20   reduced to typewriting by Computer-Aided

21   Transcription, and the foregoing is a true and

22   correct transcript of the testimony so given by

23   said witness as aforesaid.

24         I further certify that the signature to

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    ROBERT LYTLE - CONFIDENTIAL, 12/13/12

Page 308

1    the foregoing deposition was not waived by counsel

2    for the respective parties.

3              I further certify that the taking of this

4    deposition was pursuant to Notice, and that there

5    were present at the deposition the attorneys

6    hereinbefore mentioned.

7              I further certify that I am not counsel

8    for nor in any way related to the parties to this

9    suit, nor am I in any way interested in the outcome

10   thereof.

11             IN TESTIMONY WHEREOF:   I have hereunto set

12   my hand and affixed my signature this 19th  day of

13   December, 2012.

14

15

16

17

18             _____

19             Certified Shorthand Reporter

20

21

22

23

24