# EXHIBIT 3

Exhibit 3 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

```
                          TRANSUNION CREDIT REPORT
<FOR>      <SUB NAME>          <MKT SUB>      <INFILE>       <DATE>         <TIME>
(A)0215826 DUBLIN ACQUISITION GR 06 CH        05/95          02/27/11       21:00:08

                                                    <SSN>          <BIRTH DATE>
<SUBJECT>                                           ***-**-4070    04/76
RAMIREZ, SERGIO L.

                                                                   <DATE RPTD>
<CURRENT ADDRESS>                                                  07/08
36910 BOLINA TE, FREMONT, CA 94536
<FORMER ADDRESS>                                                   11/06
1518 OXFORD ST, APT.8, REDWOOD CITY, CA 94061                      /
508 ADAMS ST, APT.2, REDWOOD CITY, CA 94062

<CURRENT EMPLOYER AND ADDRESS>      <POSITION>   <VERF>   <RPTD>    <HIRE>
BT PAINTING CO                                            05/03


<FORMER EMPLOYER AND ADDRESS>
BOLAR CELING                                              03/03
```

---

```
SPECIAL MESSAGES
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ AGUIRRE, SERGIO HUMBERTO C/O ADMINISTRADORA DE INMUEBLES VIDA, S.A. DE C.V
        . TIJUANA, MEXICO AFF: SDNTK DOB: 11/22/1951 OriginalSource:***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
OFAC OriginalID: 7176***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ AGUIRRE, SERGIO HUMBERTO C/O DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.
        A. DE C.V. TIJUANA, MEXICO AFF: SDNTK DOB: 11/22/1951 Origina***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
lSource: OFAC OriginalID: 7176 P_ID: 13561***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ AGUIRRE, SERGIO HUMBERTO C/O FARMACIA VIDA SUPREMA, S.A. DE C.V. TIJUANA,
        MEXICO AFF: SDNTK DOB: 11/22/1951 OriginalSource: OFAC Origin***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
alID: 7176 P_ID: 13561***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ RIVERA, SERGIO ALBERTO CEDULA NO: 16694220 (COLOMBIA) POB: CALI, COLOMBIA
        CALI, COLOMBIA Passport no. AF771317 AFF: SDNT DOB: 01/14/196***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    4 OriginalSource: OFAC OriginalID: 10438 POB: CALI, COLOMBIA Passportissuedcountry: COLOM
        BIA CEDULA NO: 16694220 (COLOMBIA)***
```

---

```
MODEL PROFILE
***FICO RISK SCORE, CLASSIC AUTO 04  :   SCORE +743    FACTORS 014/012/010/030:
```

---

```
CREDIT  SUMMARY                   ***TOTAL FILE HISTORY
PR=0   COL=0   NEG=0   HSTNEG=0-0 TRD=6   RVL=4   INST=0   MTG=2   OPN=5   INQ=3
               HIGH CRED  CRED LIM   BALANCE   PAST DUE  MNTHLY PAY  AVAILABLE
REVOLVING:     $3655      $2450      $2705     $0        $46         0%
INSTALLMENT:   $0         $0         $0        $0        $0          0%
MORTGAGE:      $332.3K    $0         $320.5K   $0        $2314       0%
CLOSED W/BAL:  $0         $0         $0        $0        $0          0%
TOTALS:        $335.9K    $2450      $323.2K   $0        $2360       0%
```

---

```
TRADES
SUBNAME           SUBCODE       OPENED    HIGHCRED   TERMS      MAXDELQ    PAYPAT    1-12      MOP
ACCOUNT#                        VERFIED   CREDLIM    PASTDUE    AMT-MOP    PAYPAT    13-24
ECOA   COLLATRL/LOANTYPE        CLSD/PD   BALANCE    REMARKS                         MO        30/60/90

TARGET N.B.       D 1ZX5001     12/09     $86                              111111111111        R01
                                02/11A    $1000      $0                    1
I      CREDIT CARD              12/10P    $0                                         13  00/00/00

BK OF AMER        B 6331059     05/06     $2532      MIN31                 111111111111        R01
                                02/11A               $0                    111111111111
A                                         $2168                                      48  00/00/00

CAP ONE           B 1DTV001     10/07     $833       MIN15                 111111111111        R01
                                02/11A    $1250      $0                    111111111111
I      CREDIT CARD                        $537                                       39  00/00/00
```

```
HSBC BANK          B 7991187   10/06     $204                      111111111111         R01
                               01/11A    $200     $0               111111111111
I    CREDIT CARD               11/10P    $0                            48   00/00/00

BACHOMELOANS       B 427S002   07/08     $332.3K  360M2314         111111111111         M01
                               01/11A              $0              111111111111
C    FHA REAL ESTATE MORT                $320.5K                       30   00/00/00

BK OF AMER         B 6331062   11/00     $165.8K  360M1586                              M01
                               08/02V              $0
C    CONVENTIONAL REAL ES 08/02C         $0       CLOSED               48   00/00/00
-----------------------------------------------------------------------------------
I N Q U I R I E S
DATE        SUBCODE         SUBNAME            TYPE          AMOUNT
02/27/11    A 0215826       DUBLIN NISSA
02/27/11    A 0215826       DUBLIN NISSA
12/09/10    Q 3249015       CBCINNOVIS
-----------------------------------------------------------------------------------
E N D   O F   C R E D I T   R E P O R T   -   S E R V I C E D   B Y :
TRANSUNION, 2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA. 19022    800-888-4213

COPYRIGHTED TRANSUNION 1994
```