-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --


# EXHIBIT 4


Exhibit 4 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12





Page 15

Page 27

1

2                              (Whereupon, Newman Deposition

3                              Exhibit No. 8 was marked for

4                              identification.)

5    BY MR. NEWMAN:

6        Q.    Now, I'll represent to you that those are

7    just some select pages from the U.S. Treasury's

8    OFAC list.

9              Have you ever seen the government's, the

10   Treasury's OFAC list before?

11       A.    I have.

12       Q.    And do I understand that the OFAC FAC File

13   product that Accuity sells is based on this list,

14   the Treasury's OFAC list?

15       A.    Based on the entire list, yes.

16       Q.    All right.  We might reference these

17   documents during the course of the deposition today

18   and if we do, just please identify them by exhibit

19   number.  If you could, that would be helpful, okay?

20       A.    Okay.

21       Q.    All right.  Now, I want to just take you

22   back to Exhibit Newman 2 for a moment.  That's the

23   renewed notice of deposition that brought us here

24   today.

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 51

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 52



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                     BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 58

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **BRENT NEWMAN - CONFIDENTIAL, 12/14/12**



Page  61

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 62

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 81

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 82

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **BRENT NEWMAN - CONFIDENTIAL, 12/14/12**

Page 83



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                                BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 84

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 87

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 88



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 89

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 100

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **BRENT NEWMAN - CONFIDENTIAL, 12/14/12**



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 102

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **BRENT NEWMAN - CONFIDENTIAL, 12/14/12**



Page 103

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 104

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --
Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 105



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

**Ramirez v. Trans Union, LLC**                    **BRENT NEWMAN - CONFIDENTIAL, 12/14/12**



Page 106

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                          BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 107

1    your knowledge, we are not related, are we?

2         A.   No, we're not.

3         Q.   And you have never met me before today or

4    spoke to me over the telephone?

5         A.   I have not.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



Page 109

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

Ramirez v. Trans Union, LLC                    BRENT NEWMAN - CONFIDENTIAL, 12/14/12

Page 115

 1    STATE OF ILLINOIS   )

 2                        )   SS:

 3    COUNTY OF C O O K   )

 4           I, SHELLY S. RUBAS, a Certified Shorthand

 5    Reporter within and for the County of Cook County

 6    and State of Illinois, do hereby certify that

 7    heretofore, to-wit, on the 14th day of December

 8    2012, personally appeared before me, at 422 North

 9    Northwest Highway, Chicago, Illinois, BRENT NEWMAN,

10    in a cause now pending and undetermined in the

11    UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

12    CALIFORNIA, wherein SERGIO L. RAMIREZ is the

13    Plaintiff, and TRANS UNION, LLC, is the Defendant.

14           I further certify that the said witness

15    was first duly sworn to testify the truth, the

16    whole truth and nothing but the truth in the cause

17    aforesaid; that the testimony then given by said

18    witness was reported stenographically by me in the

19    presence of the said witness, and afterwards

20    reduced to typewriting by Computer-Aided

21    Transcription, and the foregoing is a true and

22    correct transcript of the testimony so given by

23    said witness as aforesaid.

24           I further certify that the signature to

Page 116

1    the foregoing deposition was not waived by counsel

2    for the respective parties.

3            I further certify that the taking of this

4    deposition was pursuant to Notice, and that there

5    were present at the deposition the attorneys

6    hereinbefore mentioned.

7            I further certify that I am not counsel

8    for nor in any way related to the parties to this

9    suit, nor am I in any way interested in the outcome

10   thereof.

11           IN TESTIMONY WHEREOF:  I have hereunto set

12   my hand and affixed my signature this 20th  day of

13   December, 2012.

14

15

16

17

18   _____

19           Certified Shorthand Reporter

20

21

22

23

24