# EXHIBIT 5

# [ENTIRE DOCUMENT SOUGHT TO BE FILED UNDER SEAL]

Exhibit 5 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC