# EXHIBIT 7

Exhibit 7 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC   No. 12-cv-00632-JSC

**FORM NO. 750S-1** (REV. 2/09) © 2009 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055   Ptg. 1/11

# CREDIT APPLICATION (Purchase / Lease)

**IMPORTANT: READ THESE DIRECTIONS BEFORE COMPLETING THIS APPLICATION.**

Check appropriate box

☐ If you are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested, complete Sections A and C.

☐ If you are married and live in a community property state, complete all Sections providing information in Section B about your spouse. Your spouse should not sign as "Co-applicant."

☒ If this is an application for joint credit with another person, complete all Sections providing information in Section B about the co-applicant.

NOTE: APPLICANT, IF MARRIED, MAY APPLY FOR A SEPARATE ACCOUNT.

E-MAIL ADDRESS: [redacted]
MOBILE PHONE: [redacted]

We intend to apply for joint credit. _____ Applicant Initials  _____ Co-Applicant Initials

SELLER: Dublin Nissan   STOCK NO: ___   DATE: 2/27/11   AMOUNT REQUESTED: $___

## SECTION A. Information Regarding Applicant

LAST NAME (PRINT): Villegas   FIRST: Liseth   INITIAL: ___   BIRTHDATE: [redacted]   DRIVER'S LIC. NO.: [redacted]
☐ Married  ☐ Unmarried  ☐ Separated

SOCIAL SECURITY NO.: [redacted]-4080   AGES OF DEPENDENTS: ___

ADDRESS: 36910 Bolina Ter   CITY: Fremont   STATE: CA   ZIP: 94536   HOME PHONE: [redacted]   HOW LONG? 3 YRS ___ MOS

PREVIOUS ADDRESSES (TO COVER 5 YEARS RESIDENCE): 1518 Oxford St #8   CITY: Redwood City   STATE: CA   ZIP: 94061   HOW LONG? 4 YRS ___ MOS

OCCUPATION OR RANK: Official   PRESENT EMPLOYER: Sierra Ventures   ADDRESS: 2884 Sand Hill Rd #100   CITY: Menlo Park   STATE: CA   ZIP: 94025   HOW LONG? 7 YRS 6 MOS

NEAREST RELATIVE NOT LIVING WITH APPLICANT: Humberto Villegas   ADDRESS: 19 Greenwood Ln   CITY: Redwood City   STATE: CA   ZIP: 94061   RELATIONSHIP: Father

INCOME:
Applicant's gross monthly income from employment .......... $ 4750.00
Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.
Alimony, child support, separate maintenance received under:  court order ☐  written agreement ☐  verbal understanding ☐   Amount $ ___
Amount of other monthly income and source(s) .......... $ ___
TOTAL MONTHLY INCOME  $ 4750.00

## SECTION B. Information Regarding Co-Applicant or Spouse (for community property states) (Use separate sheets if necessary.)

LAST NAME (PRINT): Ramirez   FIRST: Sergio   INITIAL: ___   BIRTHDATE: 4/10/76   DRIVER'S LIC. NO.: B5115934
☐ Married  ☐ Unmarried  ☐ Separated
RELATIONSHIP TO APPLICANT: Husband   AGES OF DEPENDENTS: ___

SOCIAL SECURITY NO.: [redacted]-4070

ADDRESS: 36910 Bolina Ter, Fremont CA 94536   PHONE: [redacted]   HOW LONG? 3 YRS ___ MOS

PREVIOUS ADDRESSES (TO COVER 5 YEARS RESIDENCE): 1518 Oxford St #8 Redwood City 94061   HOW LONG? 4 YRS ___ MOS

OCCUPATION OR RANK: Painter   PRESENT EMPLOYER: Burdick Painting   ADDRESS: 705 Nutman St, CA   PHONE: (48) 567-1330   HOW LONG? 6 YRS ___ MOS

NEAREST RELATIVE NOT LIVING WITH APPLICANT: Lidia Ramirez   ADDRESS: 3 Flower St, Redwood City CA 94063   PHONE: (650) 743-9372   RELATIONSHIP: Mother

INCOME:
Joint Applicant's gross monthly income from employment .......... $ 4160
Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.
Alimony, child support, separate maintenance received under:  court order ☐  written agreement ☐  verbal understanding ☐   Amount $ ___
Amount of other monthly income and source(s) .......... $ ___
TOTAL MONTHLY INCOME  $ 4160

## SECTION C. Asset and Debt Information:
List All Debts Including Alimony, Child Support, Separate Maintenance. (Use a Separate Page If Necessary.) If Section B has been completed, this Section should be completed giving information about both the Applicant and Joint Applicant or Spouse (for community property states). Please mark Applicant-related information with an "A". If Section B was not completed, only give information about the Applicant in this Section.)

LANDLORD OR MORTGAGE HOLDER: Bank of America   ADDRESS: ___   ACCOUNT NO: ___   MORTGAGE BALANCE: $___   PYMNT. OR RENT: $ 2230.00
OWN ☒  RENT ☐
DATE HOME PURCHASED: ___   AGE OF HOME: ___   PRICE PAID FOR HOME: ___   MARKET VALUE: $ ___   2nd MORTGAGE AMOUNT: ___   PAYMENT: ___

| TYPE OF CREDIT | COMPANY NAME OF ALL OBLIGATIONS | ACCOUNT NO. | OPEN/CLOSED | ADDRESS | CITY | STATE | ZIP | BALANCE | HIGH | MONTHLY PYMTS OR DATE CLOSED |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ☐ OPEN ☐ CLOSED | | | | | $ | $ | $ |
| | | | ☐ OPEN ☐ CLOSED | | | | | $ | $ | $ |
| | | | ☐ OPEN ☐ CLOSED | | | | | $ | $ | $ |
| | | | ☐ OPEN ☐ CLOSED | | | | | $ | $ | $ |

DUBLIN NISSAN 2

| OCCUPATION OR RANK | PRESENT EMPLOYER | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? |
|---|---|---|---|---|---|---|---|
| Painter | Burdick Painting | 705 | Nutman St, CA | | | | 6 YRS. MOS. |
| PREVIOUS EMPLOYMENT (TO COVER 5 YEAR HISTORY) | | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? YRS. MOS. |
| | | ADDRESS | CITY | STATE | ZIP | PHONE | HOW LONG? YRS. MOS. |

| NEAREST RELATIVE NOT LIVING WITH APPLICANT | ADDRESS | CITY | STATE | ZIP | PHONE | RELATIONSHIP |
|---|---|---|---|---|---|---|
| Lidia Ramirez | 3 Flower St, | Redwood City CA 94063 | | | | mother |

**INCOME:**
Joint Applicant's gross monthly income from employment ................ $ 4160

Alimony, child support or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

Alimony, child support, separate maintenance received under:   court order ☐   written agreement ☐   verbal understanding ☐   Amount $ _____

Amount of other monthly income and source(s) ........................ $ _____

TOTAL MONTHLY INCOME $ 4160

**SECTION C. Asset and Debt Information:** List All Debts Including Alimony, Child Support, Separate Maintenance. (Use a Separate Page If Necessary.)
(If Section B has been completed, this Section should be completed giving information about both the Applicant and Joint Applicant or Spouse (for community property states). Please mark Applicant-related information with an "A". If Section B was not completed, only give information about the Applicant in this Section.)

| LANDLORD OR MORTGAGE HOLDER OWN ☒ RENT ☐ | ADDRESS | | | | ACCOUNT NO. | MORTGAGE BALANCE $ | PYMT. OR RENT $ 2230.00 |
|---|---|---|---|---|---|---|---|
| Bank of America | | | | | | | |

| DATE HOME PURCHASED | AGE OF HOME | PRICE PAID FOR HOME | MARKET VALUE $ | 2nd MORTGAGE AMOUNT $ | PAYMENT $ |
|---|---|---|---|---|---|
| | | | | | |

| TYPE OF CREDIT | COMPANY NAME OF ALL OBLIGATIONS | ACCOUNT NO. | OPEN/CLOSED | ADDRESS | CITY | STATE | ZIP | BALANCE $ | HIGH $ | MONTHLY PYMTS OR DATE CLOSED $ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ☐ OPEN ☐ CLOSED | | | | | | | |
| | | | ☐ OPEN ☐ CLOSED | | | | | | | |
| | | | ☐ OPEN ☐ CLOSED | | | | | | | |
| | | | ☐ OPEN ☐ CLOSED | | | | | | | |

| PRESENT VEHICLE FINANCED BY / LEASED BY: | ACCOUNT NO. | ADDRESS | CITY | STATE | ZIP | $ |
|---|---|---|---|---|---|---|
| | | | | | | |
| PRESENT VEHICLE FINANCED BY / LEASED BY: | ACCOUNT NO. | ADDRESS | CITY | STATE | ZIP | $ |
| | | | | | | |

| BANK REFERENCE | ACCOUNT NO. | BRANCH / ADDRESS | ☐ CHECKING ☐ SAVINGS | BALANCE $ |
|---|---|---|---|---|
| | | | | |
| BANK REFERENCE | ACCOUNT NO. | BRANCH / ADDRESS | ☐ CHECKING ☐ SAVINGS | BALANCE $ |
| | | | | |

| HAVE YOU EVER HAD ANY PROPERTY REPOSSESSED? | ☐ YES ☒ NO | DO YOU HAVE ANY LAW SUITS PENDING AGAINST YOU? | ☐ YES ☒ NO | HAVE YOU EVER FILED BANKRUPTCY OR IS A BANKRUPTCY PROCEEDING IN PROGRESS OR EXPECTED? | ☐ YES ☒ NO | MILITARY RESERVE? | ☐ YES ☒ NO | ☐ ACTIVE ☐ INACTIVE |

| PERSONAL FRIENDS KNOWN OVER ONE YEAR | ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|
| 1. Jackie Cervantes | | | Newark, CA | | |
| 2. Jose Garcia | | | Riverbank, CA | | |

**INSURANCE —** IF YOU WISH TO APPLY FOR VEHICLE INSURANCE IN CONNECTION WITH THIS CREDIT APPLICATION, COMPLETE THE FOLLOWING:

Notice: No person is required as a condition pursuant to financing the purchase of a motor vehicle to purchase insurance through a particular insurance company, agent or broker.

| PREVIOUS INSURANCE CO. OR AGENT (NAME AND ADDRESS) | PHONE | WHERE WILL VEHICLE BE GARAGED? | POLICY NO. |
|---|---|---|---|
| | | | |

| Has your insurance ever been canceled by any company? | ☐ YES ☐ NO | IF YES, WHY? | NO. OF INSURANCE LOSSES IN PAST 5 YEARS | TOTAL AMOUNT OF LOSSES $ |
|---|---|---|---|---|

You agree that we and any assignee of the financing contract or lease may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You agree that we and our assignees may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we and our assignees may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You (1) make the above representations, which are certified correct, for the purpose of securing credit; (2) authorize us, affiliated entities, and financial institutions to whom we submit your application (hereinafter "Financial Institutions") to obtain consumer credit reports and to gather employment history as necessary and appropriate to determine your creditworthiness; (3) understand that we or the Financial Institutions will retain this application whether or not it is approved, and that it is your responsibility to update changes of name, address or employment.

You are notified pursuant to the Fair Credit Reporting Act, that your application may be submitted to the financial institutions named below or to other Financial Institutions.

FINANCIAL INSTITUTION(S) AND ADDRESS(ES)

| HOUSEHOLD FINANCE CO. P.O. BOX 17902 SAN DIEGO, CA 92177 (800) 794-6310 | CPS, INC. 2 ADA, SUITE 100 IRVINE, CA 92618 | WFS FINANCIAL, INC. P.O. BOX 19733 IRVINE, CA 92713-9752 | WEST AMERICA BANK P.O. BOX 5909 NOVATO, CA 94948 | GECAL P.O. BOX 310 BARRINGTON, IL 60011 |
|---|---|---|---|---|
| BANK OF AMERICA P.O. BOX 14040 FREONT, CA 94539 | FIRESIDE THRIFT CO. 22519 FOOTHILL BLVD HAYWARD, CA 94541 | WELLS FARGO BANK. N.A. 1350 MONTEGO WALNUT CREEK, CA 94598 | DOWNEY SAVINGS AND LOAN ASSN. P.O. BOX 6020 NEWPORT BEACH, CA 92658 | CHASE MANHATTAN BANK P.O. BOX 5210 NEW HYDE PARK, NY 11042 |
| AHF. CORP. P.O. BOX 5025 SAN RAMON, CA 94583 | ONYX ACCEPTANCE CORP. 8001 IRVINE CENTER DR IRVINE, CA 92618 | FIRST CITY FUNDING CORP. P.O. BOX 560583 DALLAS, TX 75356-0583 | BANK OF THE WEST 1001 GALAXY WAY WALNUT CREEK, CA 94596 | BAY VIEW CREDIT 1001 GALAXY WAY CONCORD, CA 94524 |

PURCHASER HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS CREDIT APPLICATION.   CO-APPLICANT

X _[signature]_                                                                X _[signature]_
APPLICANT'S SIGNATURE                                                             CO-APPLICANT'S SIGNATURE

IF MARRIED, YOU MAY APPLY FOR CREDIT SEPARATELY AS AN INDIVIDUAL.

**Community Property Notice for Married Applicants:** Please provide information about your spouse requested in Section B, even if your spouse is not a co-applicant. Your spouse does not have to be a co-applicant unless he/she wants to be a co-applicant.

LAW FORM NO. 750S-1 (REV. 2/09) © 2009 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

DUBLIN NISSAN 3