# EXHIBIT 9

Exhibit 9 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

---

Sergio Ramirez, on behalf )
of himself and all others )
similarly situated, ) Civil Action No. 3:12 cv-00632-JSC
        Plaintiff, )
    v. ) AFFIDAVIT
Trans Union, LLC )
        Defendant. )

STATE OF NEW YORK )
                ss.:
COUNTY OF NASSAU )

PIYUSH BHATIA, being duly sworn, deposes and says:

1. I am Director of Information Security and Risk Management for Dealertrack, Inc. I make this affidavit based on my personal knowledge and I am fully familiar with the facts and processes stated herein.

2. Dealertrack is a Web-based ASP provider of on-demand software and data solutions for the U.S auto finance industry. It operates as an independent service provider to auto dealers and financing sources to facilitate the communications process between these entities to enable customer financing of auto purchases or leases at dealerships. Among the ways Dealertrack helps in this process is by enabling auto dealers who are under contract with consumer reporting agencies to use Dealertrack's secure Web portal to access consumer reports from those consumer reporting agencies on customers where the dealer has a permissible purpose to do so. In this regard, Dealertrack provides a secure and neutral communications channel for consumer reports to be obtained by dealers directly from consumer reporting agencies through our platform. Dealertrack also provides other products to dealers including a Compliance products that provides dealers with tools to comply with certain federal and state laws and regulations including the requirement that customers be checked against the U.S. Treasury Department Office of Foreign Asset Control's ("OFAC") List of Specially Designated Nationals and Blocked Persons ("SDN List") which is a continually-updated list of persons with interests adverse to the United States and with whom auto dealers and other U.S. persons are prohibited from doing business.

3. On or about February 27, 2011 at approximately 5:52pm WDT, one of our dealer clients, Dublin Nissan located in Dublin, CA, accessed the Trans Union ("TU") consumer report of the plaintiff,

Sergio Ramirez, using Dealertrack as the requesting and transmission platform to obtain the consumer report from TU. Normal authorized Dealertrack dealer user log-in and access procedures were used by the dealer to access this report. A copy of the TU consumer report on Mr. Ramirez is attached as Exhibit A. In performing this service, Dealertrack was not a reseller of the TU consumer report but only provided the delivery mechanism for the report and Dealertrack does not and did not edit or change any of the report's content. The information printed from the Dealertrack secure Website is the full and exact information sent by TU.

4. The TU consumer report indicated on page one that there is an "OFAC Advisor Alert" and that the "input name matches name on the OFAC database." This information was provided directly to the dealer by TU. Dealertrack played no role in the content of the consumer report or the OFAC Advisory Alert contained thereon. We served only as the delivery channel for the dealer to receive the consumer report from TU. Dealertrack keeps its systems and software connecting to TU systems up-to-date for any changes required by TU from time to time.

5. The dealer also used Dealertrack to access a consumer report from Experian. A copy of the Experian report is attached as Exhibit B. The Experian report states under the category "MESSAGES" at the bottom of page 1 that "Name does not match OFAC/PLC List."

6. The dealer as a subscriber to Dealertrack's Compliance product also ran an OFAC using a function in our Compliance product that allows the subscribing dealer to check a customer's name against names on the SDN List. A copy of the response to this request is attached as Exhibit C. It states at the bottom under "OFAC Verification Results" and "OFAC Detail" that "No match found."

IN WITNESS WHEREOF, I have executed this Affidavit on this the 19th day of February, 2013.

Piyush Bhatia

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

On the 19th day of February in the year 2013 before me, the undersigned, personally appeared Piyush Bhatia., personally known to me and the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

NOTARY PUBLIC

William R. Herrick
Notary Public, State of New York
No. 02HE6136555
Qualified in Nassau County
Commission Expires November 14, 2013

EXHIBIT A

```
                              TRANSUNION CREDIT REPORT
<FOR>       <SUB NAME>             <MKT SUB>     <INFILE>      <DATE>         <TIME>
(A)0215826 DUBLIN ACQUISITION GR  06 CH          05/95         02/27/11       21:00:08

<SUBJECT>                                                  <SSN>          <BIRTH DATE>
RAMIREZ, SERGIO L.                                         ***-**-4070    04/76

<CURRENT ADDRESS>                                                         <DATE RPTD>
36910 BOLINA TE, FREMONT, CA 94536                                        07/08
<FORMER ADDRESS>
1518 OXFORD ST, APT.8, REDWOOD CITY, CA 94061                             11/06
508 ADAMS ST, APT.2, REDWOOD CITY, CA 94062                               /

<CURRENT EMPLOYER AND ADDRESS>              <POSITION>   <VERF>   <RPTD>      <HIRE>
BT PAINTING CO                                                   05/03

<FORMER EMPLOYER AND ADDRESS>
BOLAR CELING                                                     03/03

-------------------------------------------------------------------------------
S P E C I A L   M E S S A G E S
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ AGUIRRE, SERGIO HUMBERTO C/O ADMINISTRADORA DE INMUEBLES VIDA, S.A. DE C.V
          . TIJUANA, MEXICO AFF: SDNTK DOB: 11/22/1951 OriginalSource:***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
OFAC OriginalID: 7176***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ AGUIRRE, SERGIO HUMBERTO C/O DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.
          A. DE C.V. TIJUANA, MEXICO AFF: SDNTK DOB: 11/22/1951 Origina***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
lSource: OFAC OriginalID: 7176 P_ID: 13561***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ AGUIRRE, SERGIO HUMBERTO C/O FARMACIA VIDA SUPREMA, S.A. DE C.V. TIJUANA,
          MEXICO AFF: SDNTK DOB: 11/22/1951 OriginalSource: OFAC Origin***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
alID: 7176 P_ID: 13561***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    UST 03 RAMIREZ RIVERA, SERGIO ALBERTO CEDULA NO: 16694220 (COLOMBIA) POB: CALI, COLOMBIA
          CALI, COLOMBIA Passport no. AF771317 AFF: SDNT DOB: 01/14/196***
***OFAC ADVISOR ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
    4 OriginalSource: OFAC OriginalID: 10438 POB: CALI, COLOMBIA Passportissuedcountry: COLOM
          BIA CEDULA NO: 16694220 (COLOMBIA)***
-------------------------------------------------------------------------------
M O D E L   P R O F I L E
***FICO RISK SCORE, CLASSIC AUTO 04   :      SCORE +743     FACTORS 014/012/010/030:
-------------------------------------------------------------------------------
C R E D I T    S U M M A R Y             * * * T O T A L   F I L E   H I S T O R Y
PR=0   COL=0    NEG=0   HSTNEG=0-0 TRD=6    RVL=4    INST=0    MTG=2    OPN=5    INQ=3
               HIGH CRED   CRED LIM   BALANCE    PAST DUE   MNTHLY PAY  AVAILABLE
REVOLVING:     $3655       $2450      $2705      $0         $46         0%
INSTALLMENT:   $0          $0         $0         $0         $0          0%
MORTGAGE:      $332.3K     $0         $320.5K    $0         $2314       0%
CLOSED W/BAL:  $0          $0         $0         $0         $0          0%
TOTALS:        $335.9K     $2450      $323.2K    $0         $2360       0%
-------------------------------------------------------------------------------
T R A D E S
SUBNAME         SUBCODE     OPENED     HIGHCRED    TERMS      MAXDELQ    PAYPAT       1-12       MOP
ACCOUNT#                    VERFIED    CREDLIM     PASTDUE    AMT-MOP    PAYPAT       13-24
ECOA  COLLATRL/LOANTYPE     CLSD/PD    BALANCE     REMARKS                            MO  30/60/90

TARGET N.B.     D 1ZX5001   12/09      $86                                111111111111            R01
                            02/11A     $1000       $0                     1
I      CREDIT CARD          12/10P     $0                                         13   00/00/00

BK OF AMER      B 6331059   05/06      $2532       MIN31                  111111111111            R01
                            02/11A                 $0                     111111111111
A                                      $2168                                      48   00/00/00

CAP ONE         B 1DTV001   10/07      $833        MIN15                  111111111111            R01
                            02/11A     $1250       $0                     111111111111
I      CREDIT CARD                     $537                                       39   00/00/00
```

```
HSBC BANK          B 7991187   10/06      $204                              111111111111        R01
                               01/11A     $200       $0                     111111111111
I     CREDIT CARD              11/10P     $0                                         48  00/00/00

BACHOMELOANS       B 427S002   07/08      $332.3K    360M2314               111111111111        M01
                               01/11A                $0                     111111111111
C     FHA REAL ESTATE MORT                $320.5K                                    30  00/00/00

BK OF AMER         B 6331062   11/00      $165.8K    360M1586                                   M01
                               08/02V                $0
C     CONVENTIONAL REAL ES     08/02C     $0         CLOSED                          48  00/00/00
-----------------------------------------------------------------------------------------------
I N Q U I R I E S
DATE       SUBCODE        SUBNAME           TYPE         AMOUNT
02/27/11   A 0215826      DUBLIN NISSA
02/27/11   A 0215826      DUBLIN NISSA
12/09/10   Q 3249015      CBCINNOVIS
-----------------------------------------------------------------------------------------------
E N D   O F   C R E D I T   R E P O R T   -   S E R V I C E D   B Y :
TRANSUNION, 2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA. 19022    800-888-4213

COPYRIGHTED TRANSUNION 1994
```

EXHIBIT B

```
                            EXPERIAN CREDIT REPORT

SERGIO RAMIREZ                    DOB: ███             E: BOLAR CEILING
36910 BOLINA TER                                          RPTD: 12-02 I
FREMONT CA 94536-5618
RPTD: 08-08 TO 01-10 U 03X                             E: BT PAINTING CO
                                                          MODESTO CA
*2616 BRIARCLIFF DR                                       RPTD: 08-02 I
 RIVERBANK CA 95367-3322
 RPTD: 12-00 TO 06-08 U

*1518 OXFORD ST APT 8
 REDWOOD CITY CA 94061-2860
 RPTD: 06-06 TO 04-08 U

RAMIREZ SERGIO

PERMISSIBLE PURPOSE CODE: T-00
DEALER NAME             : DUBLIN ACQUISITION GROUP INC

-------------------------------- PROFILE SUMMARY -------------------------------
                                                                    CNT 0/0/0/0
PUBLIC RECORDS--------0   PAST DUE AMT---------$0    INQUIRIES---4   SATIS ACCTS---6
INSTALL BAL----------$0   SCH/EST PAY--------$86+    INQS/6 MO---1   NOW DEL/DRG---0
R ESTATE BAL--$320,549    R ESTATE PAY-----$2,314    TRADELINE---6   WAS DEL/DRG---0
TOT REV BAL------$2,705   TOT REV AVAIL------88%     PAID ACCT---1   OLD TRADE-11-00

-------------------------------- SCORE SUMMARY ---------------------------------
EXPERIAN/FAIR ISAAC AUTO LOAN MODEL 2            =  +760 SCORE FACTORS: 14/10/05/98

------------------------------------ TRADES ------------------------------------
SUBSCRIBER              BALDT      BALANCE   MOPAY   PYMTLEV  ACCTCOND   PYMT STATUS
SUB#   KOB TYP TRM ECOA OPEN       AMT-TYP1            DEL 1  MAXIMUM    PYMT HISTORY
ACCOUNT#                LSTPD      AMT-TYP2  P/DUE    DEL 2   MOS REV    30/60/90/DRG

BANK OF AMERICA         08-02                         08-02   PAID       CURR ACCT
1880275 BM R/C 30Y    2 11-00      $165,870-O                            B-------CCCCC
1336142215109                                                  (20)      00/00/00

TARGET NB               02-11           $0    $25    02-11    OPEN       CURR ACCT
2218220 BC CRC REV    1 12-09      $1,000-L                              0CC00000CCCCC
                        12-10         $86-H                    (14)      00/00/00

BANK OF AMERICA         02-11       $2,168    $31    02-11    OPEN       CURR ACCT
1213727 BC      REV   3 05-06     $21,500-L                              CCCCCCCCCCCCC
                        02-11      $2,532-H                    (56)      00/00/00

CAP ONE                 02-11         $537    $15    02-11    OPEN       CURR ACCT
1270246 BC CRC REV    1 10-07      $1,250-L                              CCCCCCCCCCCCC
                        01-11        $833-H                    (40)      00/00/00

HSBC BANK               01-11           $0    $15    01-11    OPEN       CURR ACCT
3240877 BC CRC REV    1 10-06        $200-L                              0000000000000
                        11-10        $204-H                    (51)      00/00/00

BAC HOME LOANS SERVICI  01-11    $320,549  $2,314    01-11    OPEN       CURR ACCT
3991532 BM R/F 30Y    2 07-08    $332,308-O                              CCCCCCCCCCCCC
192586922               01-11                                  (31)      00/00/00

---------------------------------- INQUIRIES -----------------------------------
CBC/PATELCO CREDIT UNI  12-09-10   1617430 FC            UNK R/C
PATELCO CREDIT UNION    09-18-09   3778654 FC
BANK OF AMERICA         09-18-09   1197678 BB
BANK OF AMERICA         06-17-09   1198434 BM            UNK H/E

----------------------------------- MESSAGES -----------------------------------
0084 SSN MATCHES
1202 NAME DOES NOT MATCH OFAC/PLC LIST

CONSUMER ASSISTANCE CONTACT: EXPERIAN
701 EXPERIAN PARKWAY, PO BOX 2002, ALLEN, TX 75013, 888.397.3742
```

END -- EXPERIAN

**EXHIBIT C**

# DUBLIN ACQUISITION GROUP, INC

Customer **Sergio Ramirez**

## OFAC Verification Results

| Customer Information |
|---|
| Sergio Ramirez |
| 36910 bolina TERRACE<br>fremont, ca 94536 |
| SS# ***-**-4070 |

| OFAC Verification Results | |
|---|---|
| Date | 02/27/2011 06:52:11 |
| Status | Complete |
| OFAC Detail | |
| No match found | |

© Copyright 2011 DealerTrack Inc. All Rights Reserved     CONFIDENTIAL     Created February, 27, 2011 By Clint BURNS