# EXHIBIT 10

Exhibit 10 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

JUL-12-2005 TUE 07:36 AM AG-NSP                                FAX NO. 3037900824                    P. 02

                                                                                                    Page 1
)Z*#8PM   06/03/05                          Credit bureau: TU
Type..:   I                                      Deal #
Status:   OK                            Applicant: CORTEZ, SANDRA


37101904824701000000000W   TRANSUNION CREDIT REPORT

                                         <MKT SUB>   <INFILE>   <DATE>      <TIME>
<FOR>          <SUB NAME>                 12 SV       2/82      06/03/05    14:11CT
(I) A DE8814343 AN/JOHN ELWA
                                                        <SSN>              <BIRTH DATE>
<SUBJECT>                                                                  5/44
CORTEZ, SANDRA  JEAN                                                       <TELEPHONE>
<ALSO KNOWN AS>                                                           344-1475
SAPHILOFF,SANDRA
RUTECKI,SANDRA,JEAN                                                       <DATE RPTD>
<CURRENT ADDRESS>                                                         11/03
6026 BLUE RIDGE DR., #F. HIGHLANDS RANCH CO. 80130
<FORMER ADDRESS>                                                         10/03
1118 SUMMIT LAKE DR., ANGWIN CA. 94508
742 ELVERTA RD., ELVERTA CA. 95626                          <RPTD>
<CURRENT EMPLOYER AND ADDRESS>
ARROW GRAPHICS INC                                           5/05

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
S P E C I A L   M E S S A G E S
****HIGH RISK FRAUD ALERT:CLEAR FOR ALL SEARCHES PERFORMED***
**OFAC NAME SCREEN ALERT - INPUT NAME MATCHES NAME ON THE OFAC DATABASE:
  UST 03 CORTES QUINTERO, SANDRA C/O UNIDAS S.A. CEDULA NO: 66827003 (COL
    OMBIA) POB: CALI, VALLE, COLOMBIA CALI, COLOMBIA Passport no. 668
    27003 (CO) AFF: SDNT DOB: 06/21/1971 OriginalSource: OFAC POB: CA
    LI, VALLE, COLOMBIA CEDULA NO: 66827003 (COLOMBIA
  UST 03 CORTES QUINTERO, SANDRA C/O CONSTRUCCIONES PROGRESO DEL PUERTO S
    .A. CEDULA NO: 66827003 (COLOMBIA) POB: CALI, VALLE, COLOMBIA PUE
    RTO TEJADA, COLOMBIA Passport no. 66827003 (CO) AFF: SDNT DOB: 06
    /21/1971 OriginalSource: OFAC POB: CALI, VALLE, C
  UST 03 CORTES QUINTERO, SANDRA C/O COMPANIA DE FOMENTO MERCANTIL S.A. C
    EDULA NO: 66827003 (COLOMBIA) POB: CALI, VALLE, COLOMBIA CALI, CO
    LOMBIA Passport no. 66827003 (CO) AFF: SDNT DOB: 06/21/1971 Origi
    nalSource: OFAC POB: CALI, VALLE, COLOMBIA CEDULA
  UST 03 CORTES QUINTERO, SANDRA C/O CREDISA S.A. CEDULA NO: 66827003 (CO
    LOMBIA) POB: CALI, VALLE, COLOMBIA CALI, COLOMBIA Passport no. 66
    827003 (CO) AFF: SDNT DOB: 06/21/1971 OriginalSource: OFAC POB: C
    ALI, VALLE, COLOMBIA CEDULA NO: 66827003 (COLOMBI***
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
M O D E L   P R O F I L E
***FICO AUTO 04 SCORE +721 : 010, 011, 030, 003 ***
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| T R A D E S SUBNAME ACCOUNT# ECOA COLLATRL/LOANTYPE | SUBCODE | OPENED VERFIED CLSD/PD | HIGHCRED CREDLIM BALANCE | TERMS PASTDUE REMARKS | MP XDBLQ ANT-MOP | PAYPAT 1-12 MOP PAYPAT 13-24 MO 30/60/90 |
|---|---|---|---|---|---|---|
| DISCOVER FIN B 9616003 | | 6/04 5/05A 4/05P | $4635 $4500 $0 | $0 | | 1111111111  R01  10  0/ 0/ 0 |
| I   CREDIT CARD | | | | | | |
| RBS NB CC  B 7421103 | | 2/05 5/05A | $4127 $6000 $4127 | MIN113 $0 RESLVD RPT BY GRANTOR | | 111  R01  3  0/ 0/ 0 |
| T   CREDIT CARD | | | | | | |

JUL-12-2005 TUE 07:37 AM HG-NSP

```
                                                          111111111111 R01
                                                          111111111111
CHASE         B 26QK001   3/03   $7770    MIN61              26    0/ 0/ 0
                          5/05A  $9900    $0
                                 $3085
    CREDIT CARD                                           11111111      R01
MBNA AMERICA B 1597029    9/04   $7422    MIN15
                          5/05A  $8000    $0                 8    0/ 0/ 0
                                 $7022
I   CREDIT CARD                                           111111111XXX I01
                                                          XXXXXXXXX111
US DEP ED    V 1BTP001    9/01   $52.6K   300M300           42    0/ 0/ 0
                          4/05A           $0
                                 $50.7K
I   STUDENT LOAN                                          1             I01
CHASE         B 402D038   3/05   $16.0K   60M302
                          4/05A           $0               1    0/ 0/ 0
                                 $16.0K
I   860115 4D UTILITY                                     1             C0I
USBANK-HOGAN B 295W001    8/04   $0
                          4/05A  $2500    $0               1    0/ 0/ 0
                                 $0
I   LINE OF CREDIT                                        1             C01
USBANK-HOGAN B 295W001    1/05   $0
                          4/05A  $500     $0               1    0/ 0/ 0
                                 $0
I   LINE OF CREDIT                                        111111111111 R01
GEMB/JCP      B 235058D   7/89   $1548                    111111111111
                          4/05A  $800     $0               48   0/ 0/ 0
                          1/03P  $0
I   CHARGE ACCOUNT                                        111111111111 R01
                                                          111111111111
PROVIDIAN     B 701N136   7/97   $6689                      48   0/ 0/ 0
                          2/05A  $15.0K   $0
                          2/05C  $0   ACCT CLSD BY CONSUMER
I   CREDIT CARD                                           111111111111 R01
                                                          111111111111
CAPITAL 1 BK B 1DTV001 10/97  $2328                        48   0/ 0/ 0
                          9/04A           $0
                          9/04C  $0   ACCT CLSD BY CONSUMER
I   CREDIT CARD                                           11111111X111 I01
                                                          111111111111
FRD MOTOR CR F 3796761 12/97  $14.0K   61M258              47   0/ 0/ 0
                          1/03A           $0
                          1/03C  $0   CLOSED
I   AUTOMOBILE                                            111111111111 R01
                                                          111111111111
CAPITAL 1 BK B 1DTV001   7/96   $794                       35   0/ 0/ 0
                          8/01A           $0
                          8/01C  $0   ACCT CLSD BY CONSUMER
I   CREDIT CARD                                           111111111111 R01
                                                          1111111
CAPITAL 1 BK B 1DTV001  12/96   $1123                      19   0/ 0/ 0
                          4/00A           $0
                          3/00P  $0   ACCT CLSD BY CONSUMER
I   CREDIT CARD                                           111111111X11 M01
                                                          111111
BANK AMERICA B 2584001   6/75   $40.9K   360M350           18   0/ 0/ 0
                          3/00A           $0
C   CONVENTIONAL REAL                                                   IUR
US DEP ED    V 1BTP001    8/01   $5257    1M1
                          10/02V          $0                    0/ 0/ 0
                          3/02C  $0   STU LOAN NOT IN REPMT 13
I   STUDENT LOAN                                                        IUR
US DEP ED    V 1BTP001    8/97   $40.8K   120M510
                          10/02V          $0                    0/ 0/ 0
                          9/01C  $0   STU LOAN NOT IN REPMT 48
I   STUDENT LOAN
```

MUR

```
BANKAMERICA  B 363Q49U 11/81   $28.0K    240M464
                         5/96A            $0
        BSI ACCT 562 1087  5/96C   $0     CLOSED
```

```
I N Q U I R I E S
 DATE       SUBCODE              SUBNAME        TYPE     AMOUNT
  6/03/05 ADE8814343(CNM)  AN/JOHN ELWA
  3/31/05 BKC0006405(ILM)  UMB-KC
  3/30/05 BBH0009408(SCT)  COMPASS BK I
  3/30/05 QLA6900041(CAL)  WFS FINANCIA
  3/30/05 BCP1956197(NTL)  CHASE
  3/30/05 AAM0249174(FLA)  JOHN ELWAY S
  8/30/04 BPH0008719(EAS)  MBNA
  6/18/04 ZDE0001845(CNM)  RENTPORT, IN
```

C R E D I T   R E P O R T   S E R V I C E D   B Y :                800-888-4213
TRANS UNION
2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA. 19022
Consumer disclosures can be obtained online through TransUnion at:
        http://www.transunion.com/direct

END OF TRANSUNION REPORT