# EXHIBIT 12

Exhibit 12 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC

Disclosure (234206417-002)
Monday, February 28, 2011

---------------------------
Information For Consumers
---------------------------

        Number Of Files: 01
           Received On: Monday, February 28, 2011
                  Via: Telephone
   Initiated Because Of: Consumer

       Consumer States: Nothing
        Proof Provided: None

         Current Status: Request Completed
             Printed On: Canceled print on Monday,
                       February 28, 2011
       Print Language: English
            Sent Score: No

Mailed To Consumer At: SERGIO L RAMIREZ
                          36910 BOLINA TE
                          FREMONT, CA 94536

**INTERNAL USE ONLY**

---------------------
Payment Processing
---------------------

    Products Requested: Disclosure
          Fee Received: $0.00
         Refund Amount: $0.00

-----------------------------------
Information For Internal Use Only
-----------------------------------

         Pull Number(s): 02A
    Initially Entered On: Monday, February 28, 2011
                      At: 6:35:00 pm
                      By: UnKnown User (C5062)
                      At: Crum Lynne, PA
          Processed On: Monday, February 28, 2011
                      At: 6:35:00 pm
                      By: UnKnown User (C5062)
                      At: Intelenet