-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

# EXHIBIT 16

Exhibit 16 to Declaration of John Soumilas, Esquire in Support of Plaintiff's Motion to Certify Class
Ramirez v. Trans Union, LLC  No. 12-cv-00632-JSC



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

LA 51561465

RESPONSE OF DEFENDANT TRANS UNION LLC TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC

[Page content redacted]

LA 51561465 - 1 -

RESPONSE OF DEFENDANT TRANS UNION LLC TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

[Page content redacted]

LA 51561465

- 3 -

RESPONSE OF DEFENDANT TRANS UNION LLC TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

[Page content redacted]

LA 51561465

- 5 -

RESPONSE OF DEFENDANT TRANS UNION LLC TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC



-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51561465

- 6 -

RESPONSE OF DEFENDANT TRANS UNION LLC TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086





-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51561465
- 8 -
RESPONSE OF DEFENDANT TRANS UNION LLC TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC

[Page content redacted]

[Lines 1-9: redacted]

**INTERROGATORY NO. 14:**

State the number of natural persons in the United States who have made a dispute to Trans Union regarding an erroneous inclusion on an OFAC record from February 9, 2010 through the present.

**RESPONSE TO INTERROGATORY NO. 14:**

Trans Union objects to this Interrogatory on the grounds, among others, that: (i) it is vague and ambiguous; (ii) it is overly broad, burdensome and harassing; (iii) it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence in this action because no reinvestigation or dispute claim is asserted; and (iv) it seeks confidential, proprietary business information that belongs to Trans Union. Without waiving and subject to, these objections and the General Objections, Trans Union responds to this Interrogatory as follows: Approximately 493.

[Lines 22-27: redacted]

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51561465

- 11 -

RESPONSE OF DEFENDANT TRANS UNION LLC TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

[Content on lines 1-20 redacted]

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

-- REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED --

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51561465

RESPONSE OF DEFENDANT TRANS UNION LLC TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Case No. 3:12-cv-00632-JSC