Andrew J. Ogilvie     (SBN 57932)
Carol M. Brewer       (SBN 214035)
Anderson, Ogilvie & Brewer LLP
235 Montgomery St., Suite 914
San Francisco, California 94104
    Telephone:     (415) 651-1950
    andy@aoblawyers.com
    carol@aoblawyers.com

James A. Francis      (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles      (*pro hac vice*)
Francis & Mailman, P.C.
Land Title Bldg, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
    Telephone:     (215) 735-8600
    Facsimile:     (215) 940-8000
Email: jfrancis@consumerlawfirm.com
    jsoumilas@consumerlawfirm.com
    dsearles@consumerlawfirm.com

*Attorneys for Plaintiff, Sergio L. Ramirez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 12 cv-00632-JSC<br><br>Class Action<br><br>CERTIFICATE OF SERVICE |

I, John Soumilas, declare I am a citizen of the United States and employed in Philadelphia, Pennsylvania. I am over the age of eighteen years and not a party to the within-entitled action. My

business address is 100 South Broad Street, Philadelphia, PA 19110.  On **March 14, 2014**, I served a copy of **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE TESTIMONY AND DOCUMENTS UNDER SEAL** and all attachments thereto electronically, and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

Further, on **March 14, 2014**, I served a copy of **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE TESTIMONY AND DOCUMENTS UNDER SEAL, DECLARATION OF JOHN SOUMILAS, ESQUIRE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE TESTIMONY AND DOCUMENTS UNDER SEAL**, and an unredacted copy of **EXHIBIT 4** to **DECLARATION OF JOHN SOUMILAS, ESQUIRE IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS**, containing materials Accuity, Inc. has marked as confidential in this matter upon the following:

> Ronald I. Raether, Jr.
> Faruki, Ireland & Cox, P.L.L.
> 201 East Fifth Street, Suite 1420
> Cincinnati, OH 45202
>
> *Attorneys for Accuity, Inc.*

Executed on March 14, 2014 at Philadelphia, PA.

> */s/ John Soumilas*
> John Soumilas

2