| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 83013) |
| 2 | STEPHEN J. NEWMAN (State Bar No. 181570) |
| | BRIAN C. FRONTINO (State Bar No. 222032) |
| 3 | JASON S. YOO (State Bar No. 261114) |
| | 2029 Century Park East |
| 4 | Los Angeles, CA  90067-3086 |
| | Telephone:  310-556-5800 |
| 5 | Facsimile:  310-556-5959 |
| | Email: lacalendar@stroock.com |
| 6 | |
| | Attorneys for Defendant |
| 7 |   TRANS UNION LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>       v.<br><br>TRANS UNION, LLC,<br><br>            Defendant. | Case No. 3:12-cv-00632-JSC<br><br>[Assigned to the Honorable Jacqueline Scott Corley]<br><br>**[PROPOSED]** **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |

**ORDER**

The Administrative Motion to File Under Seal filed on June 20, 2014 by Trans Union LLC was taken under submission by the above-captioned Court. After full consideration of the Administrative Motion, IT IS HEREBY ORDERED that Page 28, lines 23-25 of the transcript of proceedings held on May 29, 2014 before Judge Jacqueline S. Corley (Dkt. No. 133) is sealed.

IT IS SO ORDERED.

DATED:   Lwpg"45."4236

_____
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

- 1 -
[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL
Case No. 3:12-cv-00632-JSC

LA 51772863

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2014, a copy of the foregoing **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman