UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>    Defendant. | Case No.  12-cv-00632-JSC<br><br>**ORDER CONTINUING FURTHER CASE MANAGMENT CONFERENCE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 152), the further case management conference scheduled for January 8, 2015 is continued to February 12, 2015 at 9:00 a.m., the same time as the hearing on Defendant's motion for clarification of the class certification order.  One week prior to the conference, the parties shall submit a further joint case management conference statement which proposes jointly—or separately, if no agreement can be reached—a case schedule through trial, as well as a draft notice to the certified class.

**IT IS SO ORDERED**.

Dated: January 2, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge