| | |
|---|---|
| ANDREW J. OGILVIE (SBN 57932) | STROOCK & STROOCK & LAVAN LLP |
| CAROL M. BREWER (SBN 214035) | JULIA B. STRICKLAND (SBN 83013) |
| ANDERSON, OGILVIE & BREWER LLP | STEPHEN J. NEWMAN (SBN 181570) |
| 235 Montgomery Street, Suite 914 | 2029 Century Park East |
| San Francisco, California 94104-3000 | Los Angeles, CA 90067-3086 |
| Telephone: (415) 651-1952 | Telephone: (310) 556-5800 |
| Facsimile: (415) 500-8300 | Facsimile: (310) 556-5959 |
| andy@aoblawyers.com | lacalendar@stroock.com |
| carol@aoblawyers.com | |
| | |
| JAMES A. FRANCIS (*Pro hac vice*) | SHERMAN SILVERSTEIN KOHL ROSE |
| JOHN SOUMILAS (*Pro hac vice*) | AND PODOLSKY |
| FRANCIS & MAILMAN, P.C. | BRUCE LUCKMAN (*pro hac vice*) |
| Land Title Building, 19th Floor | 308 Harper Drive, Suite 200 |
| 100 South Broad Street | Moorestown, NJ 08057 |
| Philadelphia, PA 19110 | Telephone: (856) 662-0700 |
| Telephone: (215) 735-8600 | Facsimile: (856) 448-4744 |
| Facsimile: (215) 940-8000 | |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Sergio L. Ramirez | Trans Union, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>[Assigned to the Honorable Jacqueline Scott Corley]<br><br>**JOINT STIPULATION REGARDING PROPOSED CLASS NOTICE FOLLOWING FEBRUARY 12, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Courtroom F - 15th Floor |

JOINT STIPULATION REGARDING PROPOSED CLASS NOTICE FOLLOWING
FEBRUARY 12, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:12-cv-00632-JSC

LA 51838237

| | |
|---|---|
| 1 | In accordance with the Court's directions at the hearing on February 12, 2015, plaintiff Sergio L. Ramirez ("Plaintiff") and defendant Trans Union LLC ("TransUnion") have stipulated to the following procedures for the sending of the class notice (the "Notice"). |

1. The time allowed for opting out of the class shall be forty-five (45) days from the date of mailing of the Notice. Counsel for Plaintiff estimate that the notice administrator will be able to mail the Notice to class members by March 15, 2015, but in any event the Notice will provide a specific opt-out deadline that is at least 45 days after the date the Notice is mailed.

2. The Notice shall be substantially in the form of Exhibit A hereto. The notice administrator will format the Notice so that it is as readable as possible and shall fill in the blanks with the appropriate website and contact information.

Dated: February 13, 2015

Respectfully Submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
BRIAN C. FRONTINO

By: */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Defendant
TRANS UNION LLC

Dated: February 13, 2015

ANDERSON, OGILVIE & BREWER, LLP
ANDREW J. OGILVIE
CAROL MCLEAN BREWER

FRANCIS & MAILMAN, P.C.
JOHN SOUMILAS

By: */s/ Andrew J. Ogilvie*
Andrew J. Ogilvie

Attorneys for Plaintiff
SERGIO L. RAMIREZ

- 1 -

JOINT STIPULATION REGARDING PROPOSED CLASS NOTICE FOLLOWING
FEBRUARY 12, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:12-cv-00632-JSC

LA 51838237

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____  _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

- 2 -
JOINT STIPULATION REGARDING PROPOSED CLASS NOTICE FOLLOWING
FEBRUARY 12, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:12-cv-00632-JSC

LA 51838237

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, a copy of the foregoing **JOINT STIPULATION REGARDING PROPOSED CLASS NOTICE FOLLOWING FEBRUARY 12, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman

JOINT STIPULATION REGARDING PROPOSED CLASS NOTICE FOLLOWING
FEBRUARY 12, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:12-cv-00632-JSC

LA 51838237