UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO L. RAMIREZ,

               Plaintiff,

      v.

TRANS UNION, LLC,

               Defendant.

Case No.  12-cv-00632-JSC

**ORDER RE: PROPOSED CLASS NOTICE**

Re: Dkt. No. 165

The Court has received and reviewed the parties' stipulation regarding the proposed class notice.  (Dkt. No. 165.)  The Court grants the parties' stipulation as follows:

1. The time allowed for opting out of the class shall be forty-five (45) days from the date of mailing of the Notice.  Counsel for Plaintiff estimate that the notice administrator will be able to mail the Notice to class members by March 15, 2015, but in any event the Notice will provide a specific opt-out deadline that is at least 45 days after the date the Notice is mailed.

2. The Notice shall be substantially in the form of Exhibit A the Joint Stipulation except the parties shall add the word statutory to the description of damages in section 5 as indicated in bold below. The notice administrator will format the Notice so that it is as readable as possible and shall fill in the blanks with the appropriate website and contact information.

      5. <u>What Is the Plaintiff Asking for on Behalf of the Class Members</u>?

      The Plaintiff is asking the Court to award between $100 and $1,000 in **statutory** damages to each Class Member for each violation that is proven, as well as punitive damages, attorneys' fees and costs. The Plaintiff is also asking for an order under California law relating to how OFAC data should be handled in the future.

**IT IS SO ORDERED**.

Dated:  February 18, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge