1  Andrew J. Ogilvie (SBN 57932)
   Carol M. Brewer (SBN 214035)
2  Anderson, Ogilvie & Brewer LLP
3  235 Montgomery Street, Suite 914
   San Francisco, California 94104
4  T. (415) 651-1952
   andy@aoblawyers.com
5  carol@aoblawyers.com

6  James A. Francis (*pro hac vice*)
7  John Soumilas (*pro hac vice*)
   David A. Searles(*pro hac vice*)
8  Francis & Mailman, P.C.
   Land Title Bldg, Suite 1902
9  100 South Broad Street
   Philadelphia, PA  19110
10 T. (215) 735-8600
   F. (215) 940-8000
11 jfrancis@consumerlawfirm.com
12 jsoumilas@consumerlawfirm.com
   dsearles@consumerlawfirm.com
13

14 *Attorneys for Plaintiff, Sergio L. Ramirez*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>Class Action<br><br>**PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   July 7, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom F<br><br>Hon. Jacqueline Scott Corley |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Counsel for Plaintiff, Sergio Ramirez, John Soumilas, hereby requests permission from the Court to appear telephonically at the Case Management Conference currently scheduled for July 7, 2016, at 1:30 p.m. in Courtroom F before the Honorable Jacqueline Scott Corley.

Plaintiff makes this request because Mr. Soumilas is lead trial counsel in this matter, but his office is located in Philadelphia, Pennsylvania. Plaintiff does not believe that Mr. Soumilas's telephonic appearance will hamper an efficient proceeding or result in prejudice to any party.

If the Court approves this request, Plaintiff will arrange for Mr. Soumilas to appear through CourtCall. Counsel for Defendant has also requested to appear by telephone for this conference.

Dated:   June 21, 2016

                                        FRANCIS & MAILMAN, P.C.

                                        By:   */s/ John Soumilas*
                                              John Soumilas
                                              *Attorney for Plaintiff*

**[PROPOSED] ORDER**

Having considered the request of Plaintiff's counsel, John Soumilas, to appear telephonically at the Case Management Conference scheduled for July 7, 2015, at 1:30 p.m. in Courtroom F, the Court hereby **GRANTS** the request.  Counsel shall arrange for a telephonic appearance using CourtCall.

**IT IS SO ORDERED.**

Dated: _____

_____
Magistrate Judge Jacqueline Scott Corley