Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
Anderson, Ogilvie & Brewer LLP
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
T: (415) 651-1952
andy@aoblawyers.com
carol@aoblawyers.com

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice)*
David A. Searles (*pro hac vice*)
Francis & Mailman, P.C.
Land Title Bldg, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff, Sergio L. Ramirez*
*And the Certified Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 12 cv-00632-JSC<br><br>Class Action<br><br>**PROPOSED FINAL PRETRIAL ORDER** |

Plaintiff Sergio L. Ramirez and the Certified Class and Defendant Trans Union, LLC jointly submit the following Proposed Pretrial Order in accordance with Court's Case Management Order of July 15, 2016 (Doc. 196).

**(a) CLAIMS AND DEFENSES**

*Plaintiffs' Claims*

This is a consumer protection class action brought under the Fair Credit Reporting Act (FCRA). Plaintiff, Sergio L. Ramirez, the class representative, and the Certified Class first claim that Defendant Trans Union, LLC failed to follow reasonable procedures to assure the maximum possible accuracy of the OFAC information it associated with them. Second, they claim that Trans Union failed to clearly and accurately disclose to them the OFAC information that was in their Trans Union files. Third, they claim that Trans Union failed to provide to them, with each disclosure, a statement of their FCRA rights, including the right to dispute inaccurate OFAC information. They assert that with respect to each of these three claims Trans Union's non-compliance with the FCRA was willful.

*Defendant's Defenses*

Plaintiff has the burden of proving both that violations of the FCRA occurred and that any violations were willful. TransUnion denies that any violation of the FCRA occurred and further denies that, even if a violation occurred, any violation was willful. Rather, TransUnion made serious, good faith efforts to comply with FCRA requirements. At no time did TransUnion disregard its responsibilities under the FCRA. Among other things, TransUnion contends that during the class period it used reasonable procedures to achieve maximum possible accuracy in its OFAC "Name Screen" product or, at a minimum, did not willfully fail to use reasonable procedures. Moreover, TransUnion contends that it clearly and effectively disclosed to consumers what OFAC information could be reported about them, and how consumers could exercise their rights (including their dispute rights) in a manner that was legally compliant or, if TransUnion's disclosures are determined not have complied with the FCRA, that TransUnion was not willfully non-compliant. TransUnion also contends that Plaintiff will be unable to prove injury in fact as a

result of any statutory violation, and that proof of injury in fact is a condition of any recovery for the class.

TransUnion also contends that it would be improper to impose any liability on TransUnion that is inconsistent with the First Amendment to the U.S. Constitution, see Sorrell v. IMS Health Inc., 564 U.S. 552, 569 (2011); Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc., 472 U.S. 749, 758-59 (1985), and that any statutory or punitive damages that might be imposed are subject to restrictions pursuant to the Constitution's Fifth Amendment Due Process Clause and Eighth Amendment Excessive Fines Clause. These matters may be presented to the Court in connection with briefs pertaining to jury instructions or with motions for new trial and/or for judgment as a matter of law.

**(b) STATEMENT OF RELIEF SOUGHT**

Mr. Ramirez and the Certified Class seek FCRA statutory damages of not less than $100 or more than $1,000 per class member as well as uncapped punitive damages.

**(c) STIPULATED FACTS**

1. The parties are still negotiating a possible stipulation as to Defendant Trans Union's LLC most recently available net worth/financial condition.
2. The parties are still negotiating a possible stipulation regarding the admissibility of Trial Exhibits 34 and 35 without the need for Denise Norge to appear to authenticate them or testify about them.

**(d) JOINT EXHIBIT LIST**

*See* Appendix 1.

**(e) PARTY WITNESS LISTS**

*See* Appendix 2, Plaintiff's case-in-chief witnesses;

*See* Appendix 3, Defendant's case-in-chief witnesses.

**(f) ADDITIONAL MATTERS**

TransUnion requests, pursuant to Fed R. Civ. P. 42(b) that the liability and damages phases of the trial be bifurcated. Plaintiff Sergio L. Ramirez and the Certified Class oppose this request.

Dated: May 11, 2017

Respectfully Submitted,

**FRANCIS & MAILMAN, P.C.**

By: /s/ *John Soumilas*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice)*
David A. Searles (*pro hac vice*)
Land Title Bldg, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
**ANDERSON, OGILVIE & BREWER LLP**
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Telephone: (415) 651-1950
Facsimile: (415) 956-3233
andy@aoblawyers.com
carol@aoblawyers.com

*Attorneys for Plaintiff Sergio L. Ramirez*
*And the Certified Class*

**STROOCK & STROOCK & LAVAN LLP**

By: /s/ *Stephen J. Newman*
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JASON S. YOO (State Bar No. 261114)
CHRISTINE E. ELLICE (State Bar No. 276181)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Bruce S. Luckman (*Admitted Pro Hac Vice*)
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY**
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Email: bluckman@shermansilverstein.com

*Attorneys for Defendant*
*Trans Union, LLC*

***Appendix 1***
***Joint Exhibit List***

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 1. | Trans Union Credit Report for Plaintiff furnished to Dublin Nissan on February 27, 2011<br><br>(DUBLIN NISSAN 6-7) | | | |
| 2. | Trans Union file disclosure for Sergio L. Ramirez dated February 28, 2011<br><br>(RAMIREZ 1-6) | | | |
| 3. | Trans Union letter to Sergio L. Ramirez re: OFAC dated March 1, 2011<br><br>(RAMIREZ 7) | | | |
| 4. | Trans Union Credit Report for Sandra Cortez furnished to Elway Subaru on June 3, 2005 | | | |
| 5. | Trans Union file disclosure for Sandra Cortez dated May 10, 2005 | | | |
| 6. | Trans Union's Responses to Plaintiff Sergio L. Ramirez's First Set of Interrogatories dated August 20, 2012 | | | |
| 7. | Trans Union's Responses to Plaintiff Sergio L. Ramirez's Second Set Interrogatories dated March 6, 2013 | | | |
| 8. | Trans Union's Supplemental Responses to Plaintiff Sergio L. Ramirez's First Interrogatories dated July 18, 2013 | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 9. | Trans Union OFAC Hit Analysis 2011<br><br>(TU0009481-9487) | | | |
| 10. | Trans Union Additional OFAC Hit Analysis, 2011<br><br>(TU09464-9475) | | | |
| 11. | Trans Union Internal Email Chain of September 17, 2010<br><br>(TU0009213-0009214) | | | |
| 12. | Trans Union Internal Email Chain of September 27, 2010<br><br>(TU09198) | | | |
| 13. | Trans Union Internal Email Chain of October 11, 2010<br><br>(TU0008976-0008977) | | | |
| 14. | Trans Union Internal Email Chain re Hit Rate, January 31, 2011-Febrary 10, 2011<br><br>(TU0009283-9287) | | | |
| 15. | Trans Union Internal Email Chain re OFAC Disputes February 21 – 22, 2011<br><br>(TU0009364) | | | |
| 16. | Trans Union Internal Email Chain re Name Only / Address Match by others, May 31, 2011<br><br>(TU0006680) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 17. | Trans Union Internal Email Chain of August 15, 2011<br><br>(TU06659) | | | |
| 18. | Trans Union Internal Email Chain re Name / DOB Matching, April 3, 2012<br><br>(TU0009330) | | | |
| 19. | Trans Union Internal Email Chain re Name / DOB Matching, September 28-29, 2012<br><br>(TU00009192-9193) | | | |
| 20. | Experian File Disclosure for Plaintiff Sergio L. Ramirez furnished to Dublin Nissan on February 27, 2011 | | | |
| 21. | Dealertrack OFAC Compliance search furnished to Dublin Nissan on February 27, 2011 | | | |
| 22. | OFAC List excerpts re Changes to List since January 1, 2012 | | | |
| 23. | OFAC List excerpts dated December 12, 1012 | | | |
| 24. | OFAC Single Disclosure Project | | | |
| 25. | Invoice Detail dated March 25, 2011 | | | |
| 26. | Release Announcement re OFAC dated November 2010<br><br>(TU0000494-0000495) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 27. | Trans Union Comments Screen re telephone contacts with Plaintiff Sergio L. Ramirez<br><br>(TU000001) | | | |
| 28. | Trans Union Consumer Relations Operations Internal Notice re OFAC disputes distributed September 14, 2006<br><br>(TU00000450-0000451) | | | |
| 29. | Trans Union Consumer Relations Operations Internal Notice re OFAC disputes distributed December 20, 2007<br><br>(TU0000447-448) | | | |
| 30. | Trans Union Consumer Relations Operations Internal Notice re OFAC letters distributed January 12, 2011<br><br>(TU0000358-0000360) | | | |
| 31. | *Cortez v. Trans Union*, E.D. Pa. 05-cv-5684, verdict Sheet, dated April 26, 2007 | | | |
| 32. | *Cortez v. Trans Union*, 3d Circuit Opinion | | | |
| 33. | Consent Order, *Alabama v. Trans Union Corp.* | | | |
| 34. | Letter from US Department of Treasury to Denise Norgle dated October 27, 2010<br><br>(TU0009489) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 35. | Letter from Denise Norgle to US Department of Treasury dated February 7, 2011<br><br>(TU0009477-0009479) | | | |
| 36. | Thomson Financial Publishing License Agreement – System And Data<br><br>(Ramirez-Accuity 00002-00011) | | | |
| 37. | Thomson Financial Publishing License Agreement – System And Data | | | |
| 38. | Exhibit A-2: Annual Billing | | | |
| 39. | 7/13/2010 Completed Training list for Clinton Burns | | | |
| 40. | 7/13/2010 Certificate of Training Completion for Clinton Burns | | | |
| 41. | 9/17/2007 DealerTrack Premium Component Addendum to DealerTrack Access Agreement Application and Pricing Schedule<br><br>(DUBLIN NISSAN 32-39) | | | |
| 42. | 4/5/2011 Schedule to Master Services Agreement<br><br>(DUBLIN NISSAN 8-31) | | | |
| 43. | 2/27/2011 Credit Application<br><br>(DUBLIN NISSAN 2-5) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 44. | Example of System Generated Notification Letter<br><br>(TU0000361) | | | |
| 45. | Letter 120 – OFAC Proof of Identity Needed/Unacceptable<br><br>(TU0000362) | | | |
| 46. | OFAC Header Change<br><br>(TU0000366-67) | | | |
| 47. | 9/21/2010 E-mail from R. Prazad to M. Roethel and G. Munger re OFAC product from TURF<br><br>(TU0009143) | | | |
| 48. | 11/5/2010 E-mail from O. Loy to M. Roethel and M. O'Connell Re OFAC "No Synonym" file<br><br>(TU0009229) | | | |
| 49. | 6/13/2011 E-mail from M. O'Connell to D. Desderio Re Transunion OFAC Meeting<br><br>(TU0006676-79) | | | |
| 50. | 6/19-6/30/2011 Transunion RFC 128651 – TURF Retrofit OFAC Suppression Deployment Plan | | | |
| 51. | 2/27/2011 Dublin Acquisition Group, Inc. File Disclosure for L. Villegas and Dealership Documents | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 52. | 2/27/2011 Quote Worksheet – Purchase<br><br>(RAMIREZ 9-11) | | | |
| 53. | 3/22/2011 Letter from Transunion to S. Ramirez Re OFAC Name Screen Alert<br><br>(RAMIREZ 17) | | | |
| 54. | 3/16/2011 Letter by S. Ramirez Re Removal from OFAC List<br><br>(RAMIREZ 16) | | | |
| 55. | 2/24/2011 E-mail from C. Burns to Liseth Re Price Negotiation<br><br>(RAMIREZ 8) | | | |
| 56. | 516 Corrected Copy Letter<br><br>(TU0000123-34) | | | |
| 57. | 6/8/2007 Letter from S. Ramirez to TransUnion Re Inaccurate Information<br><br>(TU0000136-38) | | | |
| 58. | TransUnion Consumer Relations Document<br><br>(TU0000002-3) | | | |
| 59. | TransUnion Consumer Relations Document<br><br>(TU0000013-14) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 60. | TransUnion Consumer Relations Document<br><br>(TU0000024-25) | | | |
| 61. | TransUnion Consumer Relations Document<br><br>(TU0000035) | | | |
| 62. | TransUnion Consumer Relations Document<br><br>(TU0000368-71) | | | |
| 63. | 11/14/2016 Expert Report of Jaco Sadie with exhibit | | | |
| 64. | Resume of Jaco Sadie | | | |
| 65. | 4/24/2014 Declaration of Francine Cronshaw with exhibits | | | |
| 66. | Resume of Francine Cronshaw | | | |
| 67. | OFAC Sanctions List Search Tool (live interface) | | | |
| 68. | 1/19/2017 Rebuttal Expert Report of Jaco Sadie | | | |
| 69. | OFAC Activity (Disputes and Calls Received) YTD | | | |
| 70. | November 2010 TransUnion Technical General Announcement #92<br><br>(TU0000491-93) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 71. | 6/26/2012 Screen Print from TransUnion System Test | | | |
| 72. | 6/30/2010 OFAC Advisor Amendment to Reseller Service Agreement | | | |
| 73. | OFAC Service Additional Terms | | | |
| 74. | OFAC FAQs – General Questions | | | |
| 75. | 2/28/2011 TransUnion File Disclosure for S. Ramirez<br><br>(TU0000015-23) | | | |
| 76. | 4/13/2004 OFAC Regulations for the Credit Reporting Industry | | | |
| 77. | BSA Manual – OFAC Overview | | | |
| 78. | MSA Manual – CIP Overview | | | |
| 79. | 1/13/2017 Screen Print of OFAC Sanctions List Search | | | |
| 80. | Frequently Occurring Surnames in the 2010 Census: Top 1,000 Surnames | | | |
| 81. | SDN List | | | |
| 82. | OFAC Update – What is this on my Credit Score? | | | |
| 83. | Economic Sanctions Enforcement Guidelines | | | |
| 84. | FTC Report: Sections 318 & 318 of FACTA (Dec. 2004) | | | |

| Ex. No. | Description | Date Offered Into Evidence | Date Received Into Evidence | Limitations |
|---|---|---|---|---|
| 85. | Census Bureau excerpt (2007) – Language Use in the U.S. | | | |
| 86. | Census Bureau excerpt (2010) – The Hispanic Population: 2010 | | | |
| 87. | Census Bureau report (2011) – Language Use in the U.S.: 2011 | | | |
| 88. | OFAC Disputes Special Handling Procedures dated December 10, 2010<br><br>(TU0009492-93) | | | |
| 89. | Trans Union General Announcement #26 dated August 13, 2002<br><br>(TU0000456-60) | | | |
| 90. | Trans Union 10-K Statement for Fiscal Year Ending December 31, 2016<br><br>(RAMIREZ 19-189) | | | |
| 91. | Wall Street Journal Article *How Goldman Sachs Made More Than $1 Billion With Your Credit Score*, dated April 9, 2017<br><br>(RAMIREZ 190-195) | | | |
| 92. | F.T.C. v. TRW Inc., 784 F. Supp. 361 (N.D. Tex. 1991) | | | |

As may be appropriate, the parties reserve the right to also introduce at trial demonstrative or summary exhibits.

***Appendix 2***
***Plaintiffs' Case in Chief Witnesses***

| **Name** | **Statement of Substance of Testimony** | **Time Estimate for Direct Testimony** |
|---|---|---|
| **Sergio L. Ramirez**, Plaintiff | | Direct: 1 hour |
| **Liseth Villegas**, Plaintiff's wife | Ms. Villegas is expected to testify about the events at Dublin Nissan on February 27, 2011, Plaintiff's receipt of a file disclosure and letter from Defendant in early March 2011, and Plaintiff's reaction thereto. | Direct: .5 hour |
| **Humberto Villegas**, Plaintiff's father-in-law | Mr. Villegas is expected to testify about the events at Dublin Nissan on February 27, 2011, and the effect of Plaintiff being misbranded as a narco-trafficker by Trans Union. | Direct: .5 hour |
| **Erich Ferrari**, Plaintiff's expert | Mr. Ferrari is expected to testify about the subject matters of his expert report, including general background on the meaning of the OFAC list, information and tools available to properly identify SDNs, and the impact that can result from false hits. | Direct: 2.5 hours |
| **Francine Cronshaw, Ph.D.**, Defendant's expert | Ms. Cronshaw is expected to testify that Defendant's name only procedure cannot be relied upon to accurately identify persons with Spanish-origin names, such as Plaintiff, and that she is not aware of any true hits for Defendant's OFAC alert product. | Direct: 2.5 hours |
| **Annette Coito**, Dublin Nissan | Ms. Coito is expected to testify about how Dublin Nissan pulls and uses credit reports from Trans Union including in the case of Plaintiff on February 27, 2011. | Direct: .5 hour |
| **Clinton Burns**, Dublin Nissan | Mr. Burns is expected to testify about his training and understanding of OFAC alerts on Trans Union credit reports and what decisions he made about not allowing Plaintiff to finance a car or have his name on the tile on February 27, 2011. | Direct: .5 hour |
| **Brent Newman**, Accuity, Inc. | Mr. Newman is expected to testify about Accuity's licensing of OFAC data to Defendant, the matching logic used to return hits, the variation of names that would return a hit to the OFAC records returned for Plaintiff, available alternative matching logic and the volume of OFAC data provided to Defendant. | Direct: 1.5 hours |

| Name | Statement of Substance of Testimony | Time Estimate for Direct Testimony |
|---|---|---|
| **Piyush Bhatia**, Dealertrack, Inc. | Mr. Bhatia is expected to testify about Dealertrack's relationship with Defendant, the reselling of Trans Union credit reports, including the report about Plaintiff to Dublin Nissan, Dealertrack's non-alternation of Trans Union data, Dealertrack's reselling of Experian reports with OFAC data, Dealertrack's own system of screening for OFAC, including for Dublin Nissan on February 27, 2011. | Direct: 1 hour |
| **Sean Walker**, Trans Union | Mr. Walker is expected to testify about certain documents and procedures at Trans Union related to OFAC. | Direct: 1 hour or less |
| **Michael O'Connell**, Trans Union | Mr. O'Connell is expected to testify about select practices at Trans Union regarding OFAC matching, and Defendant not confirming any true matches. | Direct: 1 hour or less |
| **Colleen Gill**, formerly Trans Union | Ms. Gill is expected to testify regarding Trans Union products that incorporate OFAC information data; her roles and responsibilities as OFAC product manager; and consumer disputes of OFAC matches. | Direct: 1 hour or less |
| **Robert Lytle**, formally Trans Union | Mr. Lytle is expected to testify regarding Trans Union's systems, processes, and products regarding the communication of data, including OFAC information to consumers; consumer disputes of OFAC information. | Direct: 1 hour or less |
| **Steven Katz**, Trans Union | Mr. Katz is expected to testify regarding Trans Union's consumer-facing communications, including those containing OFAC information and advising consumers of a match or possible match SDNs. | Direct: 1 hour or less |
| **Bharat Acharya**, Capgemini Inc. | Mr. Acharya is expected to testify regarding Trans Union's computer systems and databases and his work regarding same, including making changes to the computer systems involved in OFAC reporting. | Direct: 1 hour or less |
| **Denise Briddell**, Trans Union | Ms. Briddell is expected to testify regarding Trans Union file disclosures and responding to consumer disputes in certain time frames. | Direct: 1 hour or less |
| **Lynn Prindes**, Trans Union | Ms. Prindes is expected to testify with respect to supplemental responses to Plaintiff's Interrogatories dated July 18, 2013 including the formulation of a class list. | Direct: .5 hour |
| **Denise A. Norgle**, Trans Union | Ms. Norgle will provide testimony with respect to Exhibits 34 and 35. | Direct: .5 hour |
| | Total: | 18.5 hours |

Plaintiff reserves the right to supplement and/or amend this list for rebuttal and impeachment during trial in this matter.

***Appendix 3***
***Defendant's Case in Chief Witnesses***

| **Name** | **Contact Information** | **Statement of Substance of Testimony** | **Time Estimate for Direct Testimony** |
|---|---|---|---|
| Acharya, Bharat | c/o Kelly Jones<br>Capgemini's counsel<br>3500 W. Olive Ave., Suite 600<br>Burbank, CA 91505<br>(818) 736-8000 | Expected to testify regarding programming new language on credit reports. | Direct: 1 hour |
| Briddell, Denise | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify regarding disclosures and responding to consumer disputes. | Direct: 2 hours |
| Burns, Clinton | | Expected to testify regarding Plaintiff's vehicle transaction and training he received regarding OFAC compliance. | Direct: 1 hour |
| Coito, Annette | | Expected to testify regarding Dublin Nissan's policies and procedures. | Direct: 1 hour |
| Cronshaw, Francine | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify that it was appropriate for TransUnion to return potential matches as to Plaintiff, and as otherwise set forth in her previously disclosed report. | Direct: 3 hours |
| Gill, Colleen | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify regarding TransUnion's efforts to comply with the FCRA. | Direct: 2 hours |
| Katz, Steven | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067 | Expected to testify regarding TransUnion's manner of consumer disclosure. | Direct: 2 hours |

| **Name** | **Contact Information** | **Statement of Substance of Testimony** | **Time Estimate for Direct Testimony** |
|---|---|---|---|
| | (310) 556-5835 | | |
| Newman, Brent | c/o Troutman Sanders LLP<br>Ronald Raether<br>5 Park Plaza #1400,<br>Irvine, CA 92614<br>(949) 622-2700 | Expected to testify regarding OFAC data and related software provided to TransUnion. | Direct: 1 hour |
| O'Connell, Michael | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify regarding the NameScreen product and TransUnion's efforts to comply with the FCRA. | Direct: 5 hours |
| Prindes (Romanowski), Lynn | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify regarding data and the authenticity or lack of authenticity of particular documents. | Direct: 2 |
| Sadie, Jaco | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify that TransUnion's methods were highly protective of consumers' rights and were consistent with then-contemporaneous industry practices, and as otherwise set forth in his previously disclosed reports. | Direct: 6 hours |
| Turek, Peter | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify regarding resellers of TransUnion data, the authenticity or lack of authenticity of particular documents, and TransUnion's efforts to comply with the FCRA. | Direct: 3 hours |
| Walker, Sean | c/o Stephen J. Newman<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Suite 1800<br>Los Angeles, CA 90067<br>(310) 556-5835 | Expected to testify regarding TransUnion's manner of consumer disclosure. | Direct: 3 hours |

| **Name** | **Contact Information** | **Statement of Substance of Testimony** | **Time Estimate for Direct Testimony** |
|---|---|---|---|
| Total estimated direct testimony of TransUnion's proposed witnesses: | | | 32 hours |

TransUnion reserves the right to supplement and/or amend this list for rebuttal and impeachment during trial in this matter.