Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
Anderson, Ogilvie & Brewer LLP
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
T: (415) 651-1952
andy@aoblawyers.com
carol@aoblawyers.com

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
Francis & Mailman, P.C.
Land Title Bldg, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff, Sergio L. Ramirez And the Certified Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 12 cv-00632-JSC<br><br>Class Action |

## **PLAINTIFFS' PROPOSED VERDICT FORM**

**Question No. 1:** Did Defendant Trans Union, LLC fail to follow reasonable procedures to assure the maximum possible accuracy of the OFAC information it associated with members of the class?

**Yes** _____    **No** _____

Proceed to Question No. 2.

**Question No. 2:** Did Defendant Trans Union, LLC fail to clearly and accurately disclose OFAC information in the written disclosures it sent to members of the class?

**Yes** _____   **No** _____

Proceed to Question No. 3.

**Question No. 3:** Did Defendant Trans Union, LLC fail to provide with each written disclosure it made to members of the class a summary of their FCRA rights?

**Yes** _____   **No** _____

If your answer is "Yes" to Question No. 1, 2 or 3 (or to more than one question among the first 3), proceed to question No. 4.

If your answer is "No" to each and every of the first three questions, your deliberations are concluded and you should so advise the marshal.

**Question No. 4:** What amount of statutory damages (of not less than $100 and not more than $1,000) do you award to each class member?

$ _____

Proceed to Question No. 5.

**Question No. 5:** What amount of punitive damages do you award to each class member?

$ _____

Your deliberations are now concluded and you should so advise the marshal.

Date_____   _____
                              **Jury Foreperson**

Dated: May 11, 2017                    Respectfully Submitted,

**FRANCIS & MAILMAN, P.C.**

By:   /s/ *John Soumilas*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
Land Title Bldg, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
**ANDERSON, OGILVIE & BREWER LLP**
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Telephone: (415) 651-1950
Facsimile: (415) 956-3233
andy@aoblawyers.com
carol@aoblawyers.com

*Attorneys for Plaintiff Sergio L. Ramirez*
*And the Certified Class*