Andrew J. Ogilvie (SBN 57932)
Carol M. Brewer (SBN 214035)
Anderson, Ogilvie & Brewer LLP
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
T: (415) 651-1952
andy@aoblawyers.com
carol@aoblawyers.com

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice)*
David A. Searles (*pro hac vice)*
Francis & Mailman, P.C.
Land Title Bldg, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Attorneys for Plaintiff, Sergio L. Ramirez
And the Certified Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, <br><br> Defendant. | Case No. 12 cv-00632-JSC <br><br> Plaintiff's Proposed Supplemental Jury Instructions |

## SUPPLEMENTAL JURY INSTRUCTIONS

Plaintiff Sergio L. Ramirez and the certified class submit the following supplemental jury instructions.

Plaintiff proposes the following supplemental instructions:

- Supplemental Jury Instruction 12a regarding class actions
- Supplemental Jury Instruction 13a regarding the effect of private contracts
- Supplemental Jury Instruction 19a regarding willfulness

PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

**[Proposed] JURY INSTRUCTION NO. 12a – CLASS ISSUES ALREADY DECIDED**

Your verdict in this case, whatever it may be, must be the same for every class member because I have already found that the important issues in the case are common to all class members. Any differences in the individual experiences of class members are to be disregarded.

**AUTHORITY:** Fed. R. Civ. P. 23; *Ramirez v. Trans Union, LLC*, 301 F.R.D. 408 (N.D. Cal. 2014); *Parra v. Bashas', Inc.,* 536 F.3d 975, 978–79 (9th Cir. 2008) ("Where the circumstances of each particular class member vary but retain a common core of factual or legal issues with the rest of the class, commonality exists.").

3

PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

## [Proposed] JURY INSTRUCTION NO. 13a – EFFECT OF PRIVATE CONTRACTUAL AGREEMENTS ON THE FCRA

Trans Union's private contractual arrangements with its clients do not alter the application of the Fair Credit Reporting Act.  In other words, Trans Union must comply with the law regardless of what its contracts with its clients say.

**AUTHORITY:**  *Cortez v. Trans Union, LLC*, 617 F.3d 688, 708 (3d Cir. 2010).

PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

**[Proposed] JURY INSTRUCTION NO. 19a – WILLFULLY FURTHER DEFINED**

A consumer reporting agency may willfully violate the FCRA by adopting a policy with reckless disregard of whether the policy contravenes consumer rights under the FCRA.  This is true even if the consumer reporting agency's lawyers approved the policy, and even if an appeals court has not ruled on issues related to the policy.

**AUTHORITY:**  *Cortez v. Trans Union, LLC*, 617 F.3d 688, 721 (3d Cir. 2010) ("A credit reporting agency may also willfully violate the FCRA by adopting a policy with reckless disregard of whether it contravenes a plaintiff's rights under the FCRA. Here, notwithstanding the conclusion of Trans Union's lawyers, the breadth and scope of the FCRA is both evident and extraordinary."); *Id.* at 722 ("Trans Union correctly reminds us that we are the first court of appeals to address whether the FCRA applies to information from OFAC's SDN List in the form of an alert reported by a credit reporting agency. This does not, however, result in a borderline case of liability as Trans Union suggests. It merely establishes that the issue has not been presented to a court of appeals before. The credit agency whose conduct is first examined under that section of the Act should not receive a pass because the issue has never been decided. The statute is far too clear to support any such license.").

PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS

Dated: June 18, 2017                    Respectfully Submitted,

**FRANCIS & MAILMAN, P.C.**

By:    /s/ *John Soumilas*
       James A. Francis (*pro hac vice*)
       John Soumilas (*pro hac vice)*
       David A. Searles (*pro hac vice*)
       Land Title Bldg, Suite 1902
       100 South Broad Street
       Philadelphia, PA 19110
       Telephone: (215) 735-8600
       Facsimile: (215) 940-8000
       jfrancis@consumerlawfirm.com
       jsoumilas@consumerlawfirm.com
       dsearles@consumerlawfirm.com

       Andrew J. Ogilvie (SBN 57932)
       Carol M. Brewer (SBN 214035)
       **ANDERSON, OGILVIE & BREWER LLP**
       1736 Stockton Street, Ground Floor
       San Francisco, CA 94133
       Telephone: (415) 651-1950
       Facsimile: (415) 956-3233
       andy@aoblawyers.com
       carol@aoblawyers.com

       *Attorneys for Plaintiff Sergio L. Ramirez*
       *And the Certified Class*

6

PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS