IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | |
|---|---|
| SANDRA CORTEZ, | : CIVIL ACTION NO. 05-5684 |
| Plaintiff | : |
| v | : |
| TRANS UNION, LLC | : Philadelphia, Pennsylvania |
| | : April 25, 2007 |
| Defendant | : 10:04 a.m. |

- - -

TRANSCRIPT OF JURY TRIAL - DAY THREE
BEFORE THE HONORABLE JOHN P. FULLAM
UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

For the Plaintiff:    JAMES A. FRANCIS, ESQUIRE
JOHN SOUMILAS, ESQUIRE
Francis & Mailman, PC
Land Title Building
Nineteenth Floor
100 South Broad Street
Philadelphia, PA    19110

For the Defendant:    BRUCE S. LUCKMAN, ESQUIRE
TIMOTHY P. CREECH, ESQUIRE
Kogan Trichon & Wertheimer PC
1818 Market Street
30th Floor
Philadelphia, PA    19103

Transcribers Limited
17 Rickland Drive
Sewell, NJ 08080
856-589-6100 · 856-589-9005

Defendant's Closing Argument                          110

happened before.    There is no evidence of any prior circumstance where Accuity's matching -- or Trans Union's use of Accuity's matching on name only would have this result and the follow up be difficult.

So, what is it to punish.    Not that Trans Union wants to continue to do this, that they had notice and refused.    You need to send a message with a large percentage or any percentage of the net worth to send a message.

I am going to submit to you that Ms. Gill's -- Ms. Gill was a director of the project that designed this product, and yes with the blessing of corporate, and your decision here is where you did it wrong.

The message is sent, the message is right here.    They know they did it wrong now.    The judge made a determination earlier that this is -- he said you did it wrong.    The message is sent, the notice is well given and well understood.

It is not something that dollar signs and zeros need to be added on because they now know.    You told them writing a ticket for someone who breaks a speed limit the first time is different than the one your write after they have done it five or six times.

You also have to take into account in whether