UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, <br><br> Defendant. | Case No.12-cv-00632-JSC <br><br> **FINAL VERDICT FORM** |

We, the jury in the above-entitled action, find as follows:

**Question No. 1 (First Claim):** Did Defendant Trans Union, LLC willfully fail to follow reasonable procedures to assure the maximum possible accuracy of the OFAC information it associated with members of the class?

Yes __✓__   No _____

Proceed to Question No. 2.

**Question No. 2 (Second Claim):** Did Defendant Trans Union, LLC willfully fail to clearly and accurately disclose OFAC information in the written disclosures it sent to members of the class?

Yes __✓__   No _____

Proceed to Question No. 3.

**Question No. 3 (Third Claim):** Did Defendant Trans Union, LLC willfully fail to provide class members a summary of their FCRA rights with each written disclosure made to them?

Yes __✓__   No _____

**If your answer is "Yes" to Question Nos. 1, 2, or 3 (or any combination of these), proceed to Question No. 4. However, if you do not answer "Yes" to any of Questions Nos. 1, 2, or 3, then your deliberations are concluded. Your Presiding Juror should sign this verdict and inform Court staff.**

**Question No. 4:** What amount of statutory damages (of not less than $100 and not more than $1,000) do you award to each class member?

$ __984.22__

**Your deliberations are now concluded. Your Presiding Juror should sign this verdict and inform Court staff.**

_____
Presiding Juror