UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO L. RAMIREZ,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No. 12-cv-00632-JSC

**VERDICT FORM PUNITIVE DAMAGES**

We, the jury in the above-entitled action, find as follows:

**Question No. 1:** What amount, if any, of punitive damages do you award against Trans Union per class member?

$ _6,353.08_

Your Presiding Juror should sign this verdict and inform Court staff.

_[signature]_
                          Presiding Juror