UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>TRANS UNION, LLC,<br><br>          Defendant. | Case No.12-cv-00632-JSC<br><br>**JUDGMENT** |

The jury having rendered a verdict in favor of Plaintiff Sergio Ramirez and the members of the Class on June 20, 2017, judgment is entered in favor of Plaintiff and the Class and against Defendant Trans Union in the amount of $984.22 in statutory damages per class member and $6353.08 in punitive damages per class member. Pursuant to the parties' stipulation, the class consists of 8,185 individuals.

**IT IS SO ORDERED.**

Dated: June 21, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge