STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
CHRISTINE E. ELLICE (SBN 276181)
JASON S. YOO (SBN 261114)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE
AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

*Attorneys for Defendant, Trans Union LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR ENTRY OF SUPERSEDEAS BOND** |

Defendant Trans Union LLC ("TransUnion") hereby moves this Court pursuant to Federal Rule of Civil Procedure 62(d) and Local Rule 65.1-1 to enter an order approving the supersedeas bond secured by Trans Union. Plaintiff Sergio Ramirez ("Plaintiff") does not oppose this motion.

On June 21, 2017, this Court entered judgment following a jury verdict for Plaintiff in this action. (ECF No. 309.) On June 27, 2017, the Parties submitted a stipulation and proposed order to this Court regarding the parties' agreement that: (1) TransUnion would have until July 21, 2017 to post bond in the amount of $60,000,000; (2) either party may file a noticed motion to adjust the amount of TransUnion's bond; and (3) execution of the Judgment and any proceedings to enforce the Judgment shall be stayed pending final disposition of Defendant's post-trial motions and subsequent appeal(s), if any. (ECF No. 315.) On June 29, 2017, this Court entered an order consistent with this stipulation. (ECF No. 317.) By subsequent stipulation entered into on July 21, 2017, the parties agreed to extend Trans Union's deadline to post bond to July 28, 2017. (ECF No. 323.) This Court entered an order consistent with that stipulation. (ECF No. 324.)

Trans Union has secured a supersedeas bond issued by the Hanover Trust Insurance Company in the amount of $60,000,000, a true and correct copy of which is attached hereto as Exhibit A (the "Bond"). The original document will be kept at the offices of the undersigned, counsel for Defendant, pending final disposition of Defendant's post-trial motions and subsequent appeal(s), if any, or until such other time as the Bond shall be exonerated. TransUnion requests that the Court approve the bond by granting the Proposed Order attached hereto.

Dated: July 28, 2017

**STROOCK & STROOCK & LAVAN LLP**

*/s/ Stephen J. Newman*
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
CHRISTINE E. ELLICE
JASON YOO
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800

**SHERMAN SILVERSTEIN KOHL, ET AL.**
BRUCE LUCKMAN
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
*Attorneys for Defendant Trans Union, LLC*

**~~[PROPOSED]~~ ORDER**

Now before the Court is Defendant Trans Union, LLC's ("TransUnion") Unopposed Motion for Approval of Supersedeas Bond.

Having considered TransUnion's Motion, and any arguments or submissions related thereto, the Court hereby GRANTS TransUnion's Motion.

**IT IS SO ORDERED THAT** the supersedeas bond is approved. Counsel for TransUnion is directed to maintain custody of the original bond at its offices pending final disposition of TransUnion's post-trial motions and subsequent appeal(s), if any, or until such other time as the bond shall be exonerated.

Dated: July 31, 2017

Jacqueline Scott Corley

Hon. Jacqueline Scott Corley
United States Magistrate Judge