1

2

3

4            **UNITED STATES DISTRICT COURT**

5            **NORTHERN DISTRICT OF CALIFORNIA**

6

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-00632-JSC |
| Plaintiff, | **[~~PROPOSED~~] AMENDED JUDGMENT** |
| v. | |
| TRANS UNION, LLC, | |
| Defendant. | |

13      The jury having rendered a verdict in favor of Plaintiff Sergio Ramirez and the members

14  of the Certified Class on June 20, 2017, judgment is entered in favor of Plaintiff and the Class

15  and against Defendant Trans Union, LLC in the amount of $984.22 in statutory damages per

16  class member and $6353.08 in punitive damages per class member.   Pursuant to this Court's

17  July 24, 2014 Order (Dkt. No. 140), the Certified Class consists of the following consumers:

18          All natural persons in the United States and its Territories to whom Trans
19          Union sent a letter similar in form to the March 1, 2011 letter Trans Union
            sent to Plaintiff regarding "OFAC (Office of Foreign Assets Control)
20          Database" from January 1, 2011–July 26, 2011.

21  (Dkt. No. 140).  The Certified Class includes all persons to whom notice was directed and who

22  did not request to be excluded from the Certified Class.  Pursuant to the parties' stipulation, the

23  Certified Class consists of 8,185 consumers.  Dkt. No. 289.

24

25          **IT IS SO ORDERED.**

26  Dated: _____        November 16, 2017

27          _____
            JACQUELINE SCOTT CORLEY
            United States Magistrate Judge

28

                                        1                           12-cv-00632-JSC