ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
OGILVIE & BREWER LLP
4200 California Street, Suite 100
San Francisco, California 94118
Telephone: (415) 651-1950
Facsimile: (415) 651-1952

JAMES A. FRANCIS (*Pro hac vice*)
JOHN SOUMILAS (*Pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE
AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

*Attorneys for Defendant,*
*Trans Union LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>JOINT STIPULATION REGARDING MOTIONS FOR ATTORNEYS' FEES AND COSTS |

WHEREAS, Plaintiff Sergio L. Ramirez and the Class filed their Motions for Award of Attorneys' Fees and Reimbursement of Costs and Expenses ("Fee Petition") on December 15, 2017. ECF No. 353;

WHEREAS, Defendant Trans Union, LLC's response to the Fee Petition is due to be filed on January 29, 2018. ECF No. 349;

WHEREAS, Plaintiff Sergio L. Ramirez and the Class and Defendant Trans Union, LLC (the "Parties"), have conferred regarding the Fee Petition in order to avoid unnecessary expenditure of resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record as follows:

1. Pursuant to the terms herein, Defendant Trans Union, LLC agrees that attorneys' fees and costs in the amount of $3,254,719.60 will be added to the Amended Judgment of $60,055,800.50 (ECF No. 347), increasing the total judgment against TransUnion to $63,310,520.10 ("Second Amended Judgment").

2. Defendant Trans Union, LLC further agrees not to oppose the request by Class Counsel for a percentage of the Second Amended Judgment in this matter and reimbursement of costs.

3. Class Counsel agree not to seek any additional attorneys' fees and costs from TransUnion in this matter, including in connection with any and all appellate proceedings.

4. TransUnion, having previously posted bond to secure the Amended Judgment (ECF No. 326), shall not be required to post any additional bond to secure the Second Amended Judgment.

5. The Parties' agreement is not a waiver of any other issue either party may raise on appeal.

6. This agreement is effective only if the amount of the Second Amended Judgment in this matter is finally affirmed after the Parties have exhausted any and all appellate proceedings.

-1-

STIPULATION REGARDING MOTIONS FOR ATTORNEYS' FEES AND COSTS
Case No. 12-cv-00632-JSC

7. This Court shall retain jurisdiction over any award(s) of attorneys' fees, costs, and expenses in this matter.

8. In the event that the amount of the Second Amended Judgment is not affirmed:

   a. Plaintiff Sergio L. Ramirez and the Class shall file an amended fee petition within thirty (30) days of the issuance of a final order from the United States Court of Appeals for the Ninth Circuit. Any amended fee petition may include requests for attorneys' fees or costs incurred in connection with appellate proceedings.

   b. Defendant Trans Union, LLC may oppose, object or otherwise respond to any amended fee petition within thirty (30) days after filing.

   c. Plaintiff Sergio L. Ramirez and the Class may file a reply in support of any fee petition within twenty-one (21) days after the filing of any such response by TransUnion.

| **FRANCIS & MAILMAN, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
|---|---|
| */s/ James A. Francis* | */s/ Stephen J. Newman* |
| JAMES A. FRANCIS | JULIA STRICKLAND |
| JOHN SOUMILAS | STEPHEN J. NEWMAN |
| Land Title Building, Suite 1902 | JASON S. YOO |
| 100 South Broad Street | 2029 Century Park East |
| Philadelphia, PA 19110 | Los Angeles, CA 90067-3086 |
| (215) 735-8600 | (310) 556-5800 |
| **OGILVIE & BREWER, LLP** **ANDREW J. OGILVIE** | **SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY** |
| ANDREW J. OGILVIE | BRUCE LUCKMAN |
| CAROL MCLEAN BREWER | 308 Harper Drive, Suite 200 |
| 4200 California Street, Suite 100 | Moorestown, NJ 08057 |
| San Francisco, California 94118 | Telephone: (856) 662-0700 |
| Telephone: (415) 651-1950 | Facsimile: (856) 448-4744 |
| Facsimile: (415) 651-1952 | |
| *Attorneys for Plaintiff* *Sergio L. Ramirez and the Class* | *Attorneys for Defendant* *Trans Union, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2018, a copy of the foregoing **JOINT STIPULATION REGARDING MOTIONS FOR ATTORNEYS' FEES AND COSTS** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*

Stephen J. Newman