| | |
|---|---|
| ANDREW J. OGILVIE (SBN 57932) | STROOCK & STROOCK & LAVAN LLP |
| CAROL M. BREWER (SBN 214035) | JULIA B. STRICKLAND (SBN 83013) |
| OGILVIE & BREWER LLP | STEPHEN J. NEWMAN (SBN 181570) |
| 3450 Sacramento St., #413 | 2029 Century Park East |
| San Francisco, California 94118 | Los Angeles, CA 90067-3086 |
| Telephone: (415) 651-1950 | Telephone: (310) 556-5800 |
| Facsimile: (415) 651-1952 | Facsimile: (310) 556-5959 |
| | |
| JAMES A. FRANCIS (*Pro hac vice*) | SHERMAN SILVERSTEIN KOHL ROSE |
| JOHN SOUMILAS (*Pro hac vice*) | AND PODOLSKY |
| FRANCIS MAILMAN SOUMILAS, P.C. | BRUCE LUCKMAN (*pro hac vice*) |
| 1600 Market St., Suite 2510 | 308 Harper Drive, Suite 200 |
| Philadelphia, PA 19103 | Moorestown, NJ 08057 |
| Telephone: (215) 735-8600 | Telephone: (856) 662-0700 |
| Facsimile: (215) 940-8000 | Facsimile: (856) 448-4744 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant,* |
| *Sergio L. Ramirez and the Class* | *Trans Union LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>FURTHER STIPULATION AND ~~PROPOSED~~ ORDER REGARDING ATTORNEYS' FEES AND COSTS |

WHEREAS, Plaintiff Sergio L. Ramirez and Defendant Trans Union, LLC (the "Parties") previously stipulated that within ten (10) days of the Supreme Court taking action on the pending petition for certiorari in this matter, that they would submit a joint report to this Court recommending further scheduling regarding the fee petition in this matter;

WHEREAS, on December 16, 2020, the Supreme Court granted certiorari with respect to one of the two questions raised in Defendant's petition (Dkt. No. 373);

WHEREAS, briefing before the Supreme Court is scheduled for February and March 2021, and the parties anticipate that there may be no action taken by the Supreme Court until June 2021;

WHEREAS, the Parties agree to report back to the Court within ten (10) days after the Supreme Court's disposition of the question accepted with a proposal regarding further proceedings;

WHEREAS, the Parties continue to agree that all arguments regarding any award of fees and costs in this matter including with respect to all appellate proceedings, are preserved and should be decided by the trial court;

WHEREAS, the Parties reached this agreement in good faith and believe it serves the interests of justice and efficiency in this matter; to the extent the Court has any questions regarding this agreement, counsel for the Parties are available for a telephonic or Zoom hearing to address them;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record as follows:

1. All discovery and briefing deadlines related to Plaintiff's fee petition remain stayed;
2. All arguments regarding any award of attorneys' fees and costs in this matter, from the beginning of the case through trial and all appellate proceedings, are preserved and shall be decided by the trial court after the issuance of a final order by the Supreme Court;
3. Within ten (10) days of the issuance of a final order by the Supreme Court, the Parties will submit a joint report to this Court, recommending a procedure and schedule for further proceedings regarding fees and costs.

| | |
|---|---|
| **FRANCIS MAILMAN SOUMILAS, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
| /s/ John Soumilas | /s/ Stephen J. Newman |
| JAMES A. FRANCIS<br>JOHN SOUMILAS<br>1600 Market Street, Suite 2510<br>Philadelphia, PA  19103<br>(215) 735-8600 | JULIA STRICKLAND<br>STEPHEN J. NEWMAN<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>(310) 556-5800 |
| **OGILVIE & BREWER, LLP**<br>**ANDREW J. OGILVIE**<br>ANDREW J. OGILVIE<br>CAROL MCLEAN BREWER<br>3450 Sacramento Street, #413<br>San Francisco, California 94118<br>Telephone: (415) 651-1950<br>Facsimile:  (415) 651-1952 | **SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY**<br>BRUCE LUCKMAN<br>308 Harper Drive<br>Suite 200<br>Moorestown, NJ 08057<br>Telephone: (856) 662-0700<br>Facsimile: (856) 448-4744 |
| *Attorneys for Plaintiff*<br>*Sergio L. Ramirez and the Class* | *Attorneys for Defendant*<br>*Trans Union, LLC* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. All discovery and briefing deadlines related to Plaintiff's fee petition remain stayed;

2. All arguments regarding any award of attorneys' fees and costs in this matter, from the beginning of the case through trial and all appellate proceedings, are preserved and shall be decided by the trial court after the issuance of a final order by the Supreme Court;

3. Within ten (10) days of the issuance of a final order by the Supreme Court, the Parties will submit a joint report to this Court, recommending a procedure and schedule for further proceedings regarding fees and costs.

**SO ORDERED.**

Dated:   December 28, 2020



Hon.
United
Judge Jacqueline Scott Corley