ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
OGILVIE & BREWER LLP
4200 California Street, Suite 100
San Francisco, California 94118
Telephone: (415) 651-1950
Facsimile: (415) 651-1952

JAMES A. FRANCIS (*pro hac vice*)
JOHN SOUMILAS (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

O'MELVENY & MYERS LLP
DAMALI A. TAYLOR (SBN 262489)
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

O'MELVENY & MYERS LLP
ELIZABETH L. MCKEEN (SBN 216690)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823 6900
Facsimile: (949) 823 6994

*Attorneys for Defendant,*
*Trans Union LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: POST-APPEAL PROCEEDINGS** |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

WHEREAS, a Judgment was entered in this matter on June 20, 2017, and an Amended Judgment was entered on November 16, 2017. (ECF Nos. 309 & 347);

WHEREAS, TransUnion filed a Notice of Appeal on November 1, 2017 and an Amended Notice of Appeal on December 1, 2017. (ECF Nos. 342 & 350);

WHEREAS, to stay execution of judgment pending post-trial motions and pending appeal, TransUnion posted a supersedeas bond identified as Bond No. 1061144 issued by The Hanover Insurance Company on behalf of TRANS UNION, LLC in the amount of $60,000,000.00 (the "Bond"), which Bond was approved by the Court on July 31, 2017. (ECF No. 326);

WHEREAS, on February 27, 2020, the U.S. Court of Appeals for the Ninth Circuit rendered an opinion in regard to TransUnion's appeal (see ECF No. 358) by which it affirmed the jury verdict and this Court's rulings on TransUnion's post-verdict motions but reduced the punitive damages award from $6,353.08 per class member to $3,936.88 per class member (Appellate ("App.") ECF No. 54-1), decreasing the total judgment against TransUnion to $43,533,923.10 ("Revised Judgment"), as to which TransUnion sought further review in the U.S. Supreme Court. (ECF Nos. 358 & 370);

WHEREAS, on June 25, 2021, the U.S. Supreme Court rendered its Opinion by which it reversed the judgment of the Ninth Circuit. (ECF No. 376);

WHEREAS, on August 23, 2021, the U.S. Court of Appeals for the Ninth Circuit issued an Order directing this Court to conduct further proceedings consistent with the Supreme Court's decision. (ECF No. 381);

WHEREAS, while appellate proceedings were underway, Plaintiff filed a Motion for Attorney Fees and Reimbursement of Costs and Expenses and a Supplemental Motion for Attorney Fees and Reimbursement of Expenses. (ECF Nos. 353 & 368);

WHEREAS, this Court previously ordered that all proceedings on fee and cost matters are stayed and would be resolved after completion of Supreme Court review. (ECF No. 375);

WHEREAS, on September 3, 2021, TransUnion filed a Bill of Costs with respect to appellate costs. (ECF No. 382);

WHEREAS, in advance of the status conference currently scheduled for September 30, 2021, counsel for TransUnion and Plaintiff are actively meeting and conferring in hopes of submitting an agreed plan for resolving issues pertaining to the Supreme Court's decision, in hopes of avoiding unnecessary motion practice; and

WHEREAS, in order to provide sufficient time to meet and confer and prepare the above-referenced joint plan to this Court, the parties agree that the status conference currently scheduled for September 30, 2021 be continued to October 28, 2021, or at a later time that is convenient for the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record as follows:

1. All deadlines pertaining to TransUnion's Bill of Costs and to Plaintiff's Motion and Supplemental Motion for Attorney Fees and Reimbursement of Expenses, including any discovery pertaining thereto, are stayed pending further order of the Court.

2. The Bond is exonerated. For purposes of excusing TransUnion from any obligation to maintain custody of the Bond, the Amended Judgment in the above-captioned case is set aside, and therefore the Bond No. 1061144 issued by The Hanover Insurance Company on behalf of TRANS UNION, LLC in the amount of $60,000,000.00 is no longer required and is hereby fully and unconditionally discharged, released and exonerated, and The Hanover Insurance Company, its parents, affiliates and subsidiaries hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Bond, or in relation to the judgment(s) or appeal(s) to which it relates. Counsel for TransUnion are relieved from their obligation to maintain custody of the original Bond.

3. The setting aside of the Amended Judgment in this matter is without prejudice to any party's rights in regard to implementation of the rulings of the Supreme Court and the Ninth Circuit, including but not limited to Plaintiff's right to seek reinstatement of the Amended Judgment in altered or modified form or as may be appropriate in light of the appellate rulings in this matter and this Court's findings. The foregoing is not intended

STIPULATION AND [PROPOSED] ORDER RE: POST-APPEAL PROCEEDINGS
Case No. 12-cv-00632-JSC

- 3 -

to be, and shall not be interpreted as, an agreement by TransUnion to any such request by Plaintiff to seek reinstatement of the Amended Judgment. TransUnion intends to oppose any such request.

4. The status conference currently scheduled for September 30, 2021 shall be continued to October 28, 2021, or at a later time that is convenient for the Court. The parties will submit a joint report containing their respective proposals as to further proceedings in this action on or before October 21, 2021, or one week prior to the status conference, whichever is later.

Respectfully submitted,

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
| */s/ John Soumilas* | */s/ Stephen J. Newman* |
| JAMES A. FRANCIS | JULIA B. STRICKLAND |
| JOHN SOUMILAS | STEPHEN J. NEWMAN |
| Land Title Building, Suite 1902 | CHRISTINE ELLICE |
| 100 South Broad Street | 2029 Century Park East, 18th Floor |
| Philadelphia, PA 19110 | Los Angeles, CA 90067-3086 |
| Telephone: (215) 735-8600 | Telephone: (310) 556-5800 |
| **OGILVIE & BREWER, LLP** | **SHERMAN SILVERSTEIN KOHL** |
| **ANDREW J. OGILVIE** | **ROSE AND PODOLSKY** |
| ANDREW J. OGILVIE | BRUCE LUCKMAN |
| CAROL MCLEAN BREWER | 308 Harper Drive, Suite 200 |
| 4200 California Street, Suite 100 | Moorestown, NJ 08057 |
| San Francisco, California 94118 | Telephone: (856) 662-0700 |
| Telephone: (415) 651-1950 | Facsimile: (856) 448-4744 |
| Facsimile: (415) 651-1952 | **O'MELVENY & MYERS LLP** |
| *Attorneys for Plaintiff* | DAMALI A. TAYLOR |
| *Sergio L. Ramirez and the Class* | Two Embarcadero Center |
| | San Francisco, CA 94111 |
| | Telephone: (415) 984 8700 |
| | Facsimile: (415) 984 8701 |
| | **O'MELVENY & MYERS LLP** |
| | ELIZABETH L. MCKEEN |
| | 610 Newport Center Drive, 17th Floor |
| | Newport Beach, CA 92660 |
| | Telephone: (949) 823 6900 |
| | Facsimile: (949) 823 6994 |
| | *Attorneys for Defendant* |
| | *Trans Union, LLC* |

I, Stephen J. Newman, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 17, 2021

                                              */s/ Stephen J. Newman*
                                                Stephen J. Newman

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. All deadlines pertaining to TransUnion's Bill of Costs (ECF No. 382) and to Plaintiff's Motion and Supplemental Motion for Attorney Fees and Reimbursement of Expenses (ECF Nos. 353 & 368), including any discovery pertaining thereto, are stayed pending further order of the Court.

2. The Judgment (ECF No. 309) and Amended Judgment (ECF No. 347) are set aside without prejudice to any party's rights in regard to implementation of the rulings of the Supreme Court and the Ninth Circuit.

3. The Bond is exonerated. For the avoidance of doubt: The judgment in the above-captioned case has been vacated, and therefore the Bond No. 1061144 issued by The Hanover Insurance Company on behalf of TRANS UNION, LLC in the amount of $60,000,000.00 is no longer required and is hereby fully and unconditionally discharged, released and exonerated, and The Hanover Insurance Company, its parents, affiliates and subsidiaries hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Bond, or in relation to the judgment(s) or appeal(s) to which it relates. Counsel for TransUnion are relieved from their obligation to maintain custody of the original Bond.

4. The status conference currently scheduled for September 30, 2021 be continued to October 28, 2021. The parties will submit a joint report containing their respective proposals as to further proceedings in this action on or before October 21, 2021.

Dated: September __, 2021

_____
Hon. Jacqueline Scott Corley
United States District Judge

[PROPOSED] ORDER
Case No. 12-cv-00632-JSC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE: POST-APPEAL PROCEEDINGS** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

/s/ Stephen J. Newman

Stephen J. Newman