ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
OGILVIE & BREWER LLP
4200 California Street, Suite 100
San Francisco, California 94118
Telephone: (415) 651-1950
Facsimile: (415) 651-1952

JAMES A. FRANCIS (*pro hac vice*)
JOHN SOUMILAS (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE
AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

O'MELVENY & MYERS LLP
DAMALI A. TAYLOR (SBN 262489)
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

O'MELVENY & MYERS LLP
ELIZABETH L. MCKEEN (SBN 216690)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823 6900
Facsimile: (949) 823 6994

*Attorneys for Defendant,*
*Trans Union LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: POST-APPEAL PROCEEDINGS** |

WHEREAS, a Judgment was entered in this matter on June 20, 2017, and an Amended Judgment was entered on November 16, 2017. (ECF Nos. 353 & 347);

WHEREAS, TransUnion filed a Notice of Appeal on November 1, 2017 and an Amended Notice of Appeal on December 1, 2017. (ECF Nos. 342 & 350);

WHEREAS, on February 27, 2020, the U.S. Court of Appeals for the Ninth Circuit rendered an opinion in regard to TransUnion's appeal (see ECF No. 358) by which it affirmed the jury verdict and this Court's rulings on TransUnion's post-verdict motions but reduced the punitive damages award from $6,353.08 per class member to $3,936.88 per class member (Appellate ("App.") ECF No. 54-1), decreasing the total judgment against TransUnion to $43,533,923.10 ("Revised Judgment"), as to which TransUnion sought further review in the U.S. Supreme Court. (ECF Nos. 358 & 370);

WHEREAS, on June 25, 2021, the U.S. Supreme Court rendered its Opinion by which it reversed the judgment of the Ninth Circuit. (ECF No. 376);

WHEREAS, on August 23, 2021, the U.S. Court of Appeals for the Ninth Circuit issued an Order directing this Court to conduct further proceedings consistent with the Supreme Court's decision. (ECF No. 381);

WHEREAS, while appellate proceedings were underway, Plaintiff filed a Motion for Attorney Fees and Reimbursement of Costs and Expenses and a Supplemental Motion for Attorney Fees and Reimbursement of Expenses. (ECF Nos. 353 & 368);

WHEREAS, this Court previously ordered that all proceedings on fee and cost matters are stayed and would be resolved after completion of Supreme Court review. (ECF No. 375);

WHEREAS, on September 3, 2021, TransUnion filed a Bill of Costs with respect to appellate costs. (ECF No. 382);

WHEREAS, in advance of the status conference currently scheduled for September 30, 2021, counsel for TransUnion and Plaintiff are actively meeting and conferring in hopes of submitting an agreed plan for resolving issues pertaining to the Supreme Court's decision, in hopes of avoiding unnecessary motion practice; and

WHEREAS, in order to provide sufficient time to meet and confer and prepare the above-referenced joint plan to this Court, the parties proposed and this Court agreed that the status conference be continued to October 28, 2021, or at a later time that is convenient for the Court;

WHEREAS the parties continue to confer about a proposed case management plan and have agreed to share certain information with each other in support of their respective positions and in an effort to propose a joint schedule on as many issues as possible;

WHEREAS the parties have had certain delays occasioned by the wedding of one of Plaintiffs' attorneys and the fact that one of Defendant's attorneys has been attached for trial;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record as follows:

1. The status conference currently scheduled for October 28, 2021 shall be continued to November 18, 2021, or at a later time that is convenient for the Court.
2. The parties will submit a joint report containing their respective proposals as to further proceedings in this action on or before November 11, 2021, or one week prior to the status conference, whichever is later.

Respectfully submitted,

/s/ John Soumilas
**FRANCIS MAILMAN SOUMILAS, P.C.**
JAMES A. FRANCIS
JOHN SOUMILAS
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600

**OGILVIE & BREWER, LLP**
**ANDREW J. OGILVIE**
ANDREW J. OGILVIE
CAROL MCLEAN BREWER
4200 California Street, Suite 100
San Francisco, California 94118
Telephone: (415) 651-1950
Facsimile: (415) 651-1952

*Attorneys for Plaintiff*

/s/ Stephen J. Newman
**STROOCK & STROOCK & LAVAN LLP**
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
CHRISTINE ELLICE
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800

**SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY**
BRUCE LUCKMAN
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

- 3 -

|  |  |
|---|---|
| *Sergio L. Ramirez and the Class* | **O'MELVENY & MYERS LLP**<br>DAMALI A. TAYLOR<br>Two Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 984 8700<br>Facsimile: (415) 984 8701<br><br>**O'MELVENY & MYERS LLP**<br>ELIZABETH L. MCKEEN<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 823 6900<br>Facsimile: (949) 823 6994<br><br>*Attorneys for Defendant*<br>*Trans Union, LLC* |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The status conference currently scheduled for October 28, 2021 be continued to November 18, 2021. The parties will submit a joint report containing their respective proposals as to further proceedings in this action on or before November 10, 2021.

Dated: October 25, 2021



Hon. Jacqueline Scott Corley
United States

[PROPOSED] ORDER
Case No. 12-cv-00632-JSC