ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
OGILVIE & BREWER LLP
4200 California Street, Suite 100
San Francisco, California 94118
Telephone: (415) 651-1950
Facsimile: (415) 651-1952

JAMES A. FRANCIS (*pro hac vice*)
JOHN SOUMILAS (*pro hac vice*)
LAUREN KW BRENNAN (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

ELIZABETH J. CABRASER
MICHAEL W. SOBOL
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery St.
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff
Sergio L. Ramirez and the Class*

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE
AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

O'MELVENY & MYERS LLP
DAMALI A. TAYLOR (SBN 262489)
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

O'MELVENY & MYERS LLP
ELIZABETH L. MCKEEN (SBN 216690)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823 6900
Facsimile: (949) 823 6994

*Attorneys for Defendant,
Trans Union LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**JOINT REPORT<br>RE: POST-APPEAL PROCEEDINGS** |

Pursuant to this Court's Order of November 18, 2021 (ECF 391), the parties submit this joint report regarding the preferred format of alternative dispute resolution, and whether TransUnion will file a motion to decertify the class.

The parties have scheduled a private mediation with the Hon. Morton Denlow (Ret.) of JAMS for January 24, 2022. The parties will advise the Court at the January 27, 2022, case management conference as to the outcome of the mediation.

As counsel's efforts have been focused primarily on preparing for the mediation session, the parties, jointly, respectfully request that TransUnion's deadline to state its intention with respect to the filing of a decertification motion be deferred until February 3, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ John Soumilas | /s/ Stephen J. Newman |
| **FRANCIS MAILMAN SOUMILAS, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
| JAMES A. FRANCIS | JULIA B. STRICKLAND |
| JOHN SOUMILAS | STEPHEN J. NEWMAN |
| 1600 Market Street, Suite 2510 | CHRISTINE ELLICE |
| Philadelphia, PA 19103 | 2029 Century Park East, 18th Floor |
| Telephone: (215) 735-8600 | Los Angeles, CA 90067-3086 |
| | Telephone: (310) 556-5800 |
| **OGILVIE & BREWER, LLP** | **SHERMAN SILVERSTEIN KOHL** |
| **ANDREW J. OGILVIE** | **ROSE AND PODOLSKY** |
| ANDREW J. OGILVIE | BRUCE LUCKMAN |
| CAROL MCLEAN BREWER | 308 Harper Drive, Suite 200 |
| 4200 California Street, Suite 100 | Moorestown, NJ 08057 |
| San Francisco, California 94118 | Telephone: (856) 662-0700 |
| Telephone: (415) 651-1950 | Facsimile: (856) 448-4744 |
| Facsimile: (415) 651-1952 | |
| *Attorneys for Plaintiff* | |
| *Sergio L. Ramirez and the Class* | |
| | **O'MELVENY & MYERS LLP** |
| | DAMALI A. TAYLOR |
| | Two Embarcadero Center |
| | San Francisco, CA 94111 |
| | Telephone: (415) 984 8700 |
| | Facsimile: (415) 984 8701 |

**O'MELVENY & MYERS LLP**

ELIZABETH L. MCKEEN
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823 6900
Facsimile: (949) 823 6994

*Attorneys for Defendant
Trans Union, LLC*

I, Stephen J. Newman, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 20, 2022

*/s/ Stephen J. Newman*
Stephen J. Newman

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, a copy of the foregoing **JOINT REPORT RE: POST-APPEAL PROCEEDINGS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman