ANDREW J. OGILVIE (SBN 57932)
CAROL M. BREWER (SBN 214035)
OGILVIE & BREWER LLP
3450 Sacramento St., #413
San Francisco, California 94118
Telephone: (415) 651-1950
Facsimile: (415) 651-1952

JAMES A. FRANCIS (*Pro hac vice*)
JOHN SOUMILAS (*Pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE
AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

*Attorneys for Defendant,*
*Trans Union LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>JOINT REPORT REGARDING SETTLEMENT |

Plaintiff Sergio L. Ramirez and Defendant Trans Union, LLC (the "Parties") submit this Joint Status Report pursuant to the Court's January 21, 2022 Order.

During their January 24, 2022 mediation with Judge Denlow of JAMS, the Parties reached a class settlement in principle. The Parties are in the process of documenting the settlement, and Plaintiff expects to file a motion for preliminary approval by March 15, 2022.

| | |
|---|---|
| **FRANCIS MAILMAN SOUMILAS, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
| */s/ John Soumilas* <br> JAMES A. FRANCIS <br> JOHN SOUMILAS <br> LAUREN KW BREENAN <br> 1600 Market Street, Suite 2510 <br> Philadelphia, PA 19103 <br> (215) 735-8600 | */s/ Stephen J. Newman* <br> JULIA STRICKLAND <br> STEPHEN J. NEWMAN <br> 2029 Century Park East <br> Los Angeles, CA 90067-3086 <br> (310) 556-5800 |
| **OGILVIE & BREWER, LLP** <br> **ANDREW J. OGILVIE** <br> ANDREW J. OGILVIE <br> CAROL MCLEAN BREWER <br> 3450 Sacramento Street, #413 <br> San Francisco, California 94118 <br> Telephone: (415) 651-1950 <br> Facsimile: (415) 651-1952 | **SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY** <br> BRUCE LUCKMAN <br> 308 Harper Drive <br> Suite 200 <br> Moorestown, NJ 08057 <br> Telephone: (856) 662-0700 <br> Facsimile: (856) 448-4744 |
| *Attorneys for Plaintiff* <br> *Sergio L. Ramirez and the Class* | *Attorneys for Defendant* <br> *Trans Union, LLC* |

12-cv-00632-JSC