| | |
|---|---|
| ANDREW J. OGILVIE (SBN 57932)<br>CAROL M. BREWER (SBN 214035)<br>OGILVIE & BREWER LLP<br>3450 Sacramento St., #413<br>San Francisco, California 94118<br>Telephone: (415) 378-4838 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND (SBN 83013)<br>STEPHEN J. NEWMAN (SBN 181570)<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Telephone: (310) 556-5800<br>Facsimile: (310) 556-5959 |
| JAMES A. FRANCIS (*Pro hac vice*)<br>JOHN SOUMILAS (*Pro hac vice*)<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market St., Suite 2510<br>Philadelphia, PA 19103<br>Telephone: (215) 735-8600<br>Facsimile: (215) 940-8000 | SHERMAN SILVERSTEIN KOHL ROSE<br>AND PODOLSKY<br>BRUCE LUCKMAN (*pro hac vice*)<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Telephone: (856) 662-0700<br>Facsimile: (856) 448-4744 |
| *Attorneys for Plaintiff*<br>*Sergio L. Ramirez and the Class* | *Attorneys for Defendant,*<br>*Trans Union LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Plaintiff Sergio L. Ramirez and Defendant Trans Union, LLC (the "Parties") submit this Joint Status Report to update the Court regarding the status of the class-wide settlement in this matter.

In their February 3, 2022 Joint Report, the Parties informed the Court that they expected to file a motion for preliminary approval by March 15, 2022.  ECF 396.  The Parties have been diligently working to draft the settlement agreement and exhibits including the proposed settlement notice, but require additional time to finalize the detailed terms of the settlement.  The Parties therefore jointly propose to file either a motion for preliminary approval, or a further Joint Status Report, by March 30, 2022.

| | |
|---|---|
| **FRANCIS MAILMAN SOUMILAS, P.C.** | **STROOCK & STROOCK & LAVAN LLP** |
| /s/ John Soumilas | /s/ Stephen J. Newman |
| JAMES A. FRANCIS | JULIA STRICKLAND |
| JOHN SOUMILAS | STEPHEN J. NEWMAN |
| LAUREN KW BREENAN | 2029 Century Park East |
| 1600 Market Street, Suite 2510 | Los Angeles, CA 90067-3086 |
| Philadelphia, PA  19103 | (310) 556-5800 |
| (215) 735-8600 | |
| | |
| **OGILVIE & BREWER, LLP** | **SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY** |
| ANDREW J. OGILVIE | BRUCE LUCKMAN |
| CAROL MCLEAN BREWER | 308 Harper Drive |
| 3450 Sacramento Street, #413 | Suite 200 |
| San Francisco, California 94118 | Moorestown, NJ 08057 |
| Telephone: (415) 378-4838 | Telephone: (856) 662-0700 |
| | Facsimile: (856) 448-4744 |
| *Attorneys for Plaintiff* | |
| *Sergio L. Ramirez and the Class* | *Attorneys for Defendant* |
| | *Trans Union, LLC* |

Dated: March 15, 2022



12-cv-00632-JSC