Ramirez vs. Transunion

3:12-CV-00632-JSC

RECEIVED
OCT 3 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Reiny T. Rivera Jr.

notice of Approval

statement for final

Approval.

September 24, 2022

please enstruct Settlement
Administrator to process
my claims.

Thank you very Much.

I am a Settlement Classmenber in this Case; I Hereby Accept, Agree, And Approve. Class Counsels fees and Costs is reasonable And Appropriate And Benefits the Class.

The Settlement Agreement is practical, fair, Just And Reasonable, As a result of Successful Litigation. I agree for Final Approval

September 24, 2022

Ricky O. Rivera Jr.
62 Nanea
Wahiawa, Hawaii 96786
(808) 600-0814
rickyrivera711@gmail.com

3:12-cv-00632

September 24, 2022

c/o Settlement Administrator
P.O. Box 125
West Point, PA 19486

Ramirez v. TransUnion LLC
Civil Action No. 3:12-cv-00632-JSC

September 23, 2022

R-ID# R270
RICKEY RIVERA JR
62 NANEA AVE
APT A
WAHIAWA, HI 96786

---

Dear RICKEY RIVERA JR:

We are in receipt of the Claim Form you filed in the above-named settlement. However, pursuant to Section 7(b) of the Class Settlement Agreement and Release, your Claim Form has been disallowed because your name does not appear on the list of Non-Stipulation Subgroup class members provided by Trans Union. Because you are not a member of the group of people eligible to make a claim in this case, you are not able to recover from this settlement.

Very Truly Yours,

Settlement Administrator

3-12 CV - 00 632 - JSC

The United States District Court
Northern District of California
Courtroom 8

450 Golden Gate Avenue.
San Francisco, California
94103

Mr. Rickey Rivera
62 Nanea Ave Apt A
Wahiawa, HI 96786-3215

RECEIVED
OCT 03 2022
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

HONOLULU HI 967
28 SEP 2022 PM

94105

Courtroom 8

450 Golden Gate Avenue

United States District Court

Northern District of California