# EXHIBIT J

ERIKA A. HEATH (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (628) 246-1352
Fax: (215) 940-8000
eheath@consumerlawfirm.com

JAMES A. FRANCIS (*Pro hac vice*)
JOHN SOUMILAS (*Pro hac vice*)
LAUREN KW BRENNAN (*Pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF FEE APPLICATION** |

I, Michael W. Sobol, declare as follows:

1. I am a member in good standing of the State Bar of California, and a partner in Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"). I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards. Except where otherwise stated, I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would testify competently to them.

2. In late 2020, after the United States Supreme Court granted certiorari review in this case, LCHB, and attorneys Samuel Issacharoff and Robert Klonoff, associated with lead counsel for Plaintiffs, Francis, Mailman & Soumilas, P.C. ("FMS"), for the purposes of assisting Plaintiffs-Respondents with the appeal in the Supreme Court. Mr. Issacharoff served as Counsel of Record for the Respondent in that appeal. LCHB assisted with all aspects of the Supreme Court appeal, and after remand from the Supreme Court, with the proceedings in this court and with the mediation and settlement negotiations, as further described herein.

## II. LCHB's Reasonable Lodestar

3. The information contained herein concerning LCHB's lodestar is based on contemporaneous daily time records regularly prepared and maintained in the ordinary course of business. To date, LCHB has spent a total of 963.60 hours on the case and has incurred $769,894.50 in total lodestar on this matter, broken down as follows:

| Time Period | Description | Hours | Lodestar[1] |
|---|---|---|---|
| Dec. 16, 2020 - June 25, 2021 | Supreme Court proceedings | 798.30 | $618,107.50 |
| Jun. 26, 2021 - Nov. 18, 2021 | Post-remand proceedings on case schedule and structure | 27.00 | $30,509.50 |
| Nov. 19, 2021 - May 6, 2022 | Mediation and documentation of settlement | 81.30 | $79,042.00 |
| May 7, 2022 - Oct. 19, 2022 | Settlement approval, notice and final approval | 57.00 | $42,235.50 |
| | **Totals** | **963.60** | **$769,894.50** |

4. As the above chart shows, the bulk of LCHB's time has been spent in connection with its work on the appeal in the Supreme Court, post-grant of certiorari. LCHB's work in the

[1] Further analysis of each timekeeper's lodestar is provided below.

Supreme Court included: (a) an in-depth review of the existing trial court, trial, and appellate record; (b) assembling and analyzing relevant aspects of the record in a centralized database to be accessed by Counsel of Record and other co-counsel; (c) researching and assisting with the drafting letter to the Solicitor General regarding the pending appeal; (d) drafting, assembling, and negotiating the Joint Appendix, and supplements thereto; (e) legal research and strategizing with Counsel of Record and other co-counsel over all aspects of the appeal; (f) reviewing and analyzing the Petitioners' opening brief and reply brief; (g) legal research and assist with the drafting of Respondent's brief; (h) research, conferences, and drafting outlines for the oral argument. LCHB was integral to every aspect of the Supreme Court appeal, and I was involved with or oversaw nearly every aspect of LCHB's efforts, and believe that the lodestar reported above was reasonably incurred in making those efforts.

5. After the Supreme Court's decision, LCHB continued to co-counsel with FMS and appeared for Plaintiffs in the proceedings recommencing in this Court. As set forth in the chart above, there were three primary activities post-remand: (a) evaluation of strategy, negotiations, and litigation, regarding the case structure and schedule in light of the Supreme Court's decision (June 26, 2021 through November 18, 2021); (b) mediation, settlement negotiations, negotiating and preparing the proposed settlement agreement and related preliminary approval papers (November 19, 2021 through May 6, 2022); and (c) administration of the settlement approval process, notice, and final approval (May 7, 2022 through this filing, and exclusive of preparation of fee application materials). During these phases, LCHB again played an integral role in all aspects of these proceedings supporting FMS as lead trial counsel. I was involved with or oversaw nearly every aspect of LCHB's efforts post-remand from the Supreme Court, and believe that the lodestar reported above was reasonably incurred in making those efforts.

6. Over the course of litigation, LCHB took reasonable efforts to maximize efficiency and to prevent the duplication of work. Generally speaking, tasks were assigned with clear instructions to avoid duplication of efforts and to ensure that appropriately skilled personnel performed each task.

7. With the assistance of staff working under my direction and supervision, I conducted a comprehensive review of LCHB's time records, and in the exercise of billing judgment and discretion, sought to exclude duplicative, unnecessary, or irrelevant entries, as well as all time from timekeepers who recorded a *de minimis* amount of time. Although such a review was also conducted at the time of preliminary approval, I have personally since reviewed LCHB's time reports again and have made further deletions of time. Hence, the total number of hours is somewhat less than the time for LCHB reported in the Declaration of John Soumilas Regarding Supplemental Brief On Motion For Preliminary Approval. See Doc 415-1. However, the lodestar figures for LCHB in Doc 415-1 were calculated using LCHB's May 2022 hourly rates, which were increased for certain timekeepers in August 2022. The lodestar figures provided herein reflect the updated August 2022 hourly rates.

8. LCHB's lodestar as reported herein is calculated using its current usual and customary hourly rates. The following chart provides the hourly rates as of August 2022 for the timekeepers incurring lodestar in this matter, and the lodestar they incurred in each category of activity[2]:

| **Timekeeper** | **Dec. 16, 2020 - June 25, 2021** | **Jun. 26, 2021 - Nov. 18, 2021** | **Nov. 19, 2021 - May 6, 2022** | **May 7, 2022 - Oct. 19, 2022** | **Total hours** | **Rate** | **Subtotal** |
|---|---|---|---|---|---|---|---|
| | Supreme Court proceedings | Post-remand proceedings on case schedule and structure | Mediation and documentation of settlement | Settlement approval, notice and final approval | | | |
| Elizabeth Cabraser (Partner) | 72.90 | 9.10 | 9.90 | 3.20 | 95.1 | $1,325.00 | $126,007.50 |
| Michael Sobol (Partner) | 195.40 | 13.90 | 42.10 | 13.20 | 264.60 | $1,180.00 | $312,228.00 |
| Ian Bensberg (Associate) | 215.30 | 1.30 | .40 | | 217 | $560.00 | $121,520.00 |

[2] Pursuant this Court's Procedural Guidance for Class Action Settlements, LCHB provides herein the number of hours spent on various categories of activities related to the action by each biller, together with hourly billing rate information. LCHB is prepared to submit copies of detailed billing records if the Court orders.

| **Timekeeper** | **Dec. 16, 2020 - June 25, 2021** | **Jun. 26, 2021 - Nov. 18, 2021** | **Nov. 19, 2021 - May 6, 2022** | **May 7, 2022 - Oct. 19, 2022** | **Total hours** | **Rate** | **Subtotal** |
|---|---|---|---|---|---|---|---|
| John Maher (Associate) | 246.10 | .70 | 27.20 | 37.30 | 311.3 | $560.00 | $174,328.00 |
| Ariana Delucchi (Paralegal) | 7.4 | | | .3 | 7.7 | $455.00 | $3,503.50 |
| Miriam Gordon (Paralegal) | 24.50 | 2 | 1.7 | 3 | 31.2 | $465.00 | $14,508.00 |
| Richard Anthony (Litigation Support) | 16.90 | | | | 16.90 | $485.00 | $8,196.50 |
| Anthony Grant (Litigation Support) | 7.80 | | | | 7.80 | $485.00 | $3,783.00 |
| Major Murgrage (Litigation Support) | 12 | | | | 12 | $485.00 | $5,820.00 |
| **Total LCHB Lodestar** | | | | | | | **$769,894.50** |

9. LCHB's rates are set based on periodic analysis of rates charged by firms performing comparable work and that have been approved by courts in other class actions within this Circuit and nationwide. Different timekeepers within the same employment category (e.g., partners, associates, paralegals, etc.) may have different rates based on a variety of factors, including years of practice, years at the firm, years in the current position (e.g., years as a partner), relevant experience, relative expertise, and the rates of similarly experienced peers at our firm or other firms. These rates are set on the assumption that the case is fee-bearing and do not account for contingent risk.

10. LCHB's hourly rates are in line generally with rates prevailing in this community for similar services by lawyers of reasonably comparable skill, experience and reputation and have been approved repeatedly in the Northern District of California. *See, e.g.*, *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.*, No. 2672 CRB (JSC), 2017 WL 3175924, at *4 (N.D. Cal. July 21, 2017) (approving rates "ranging from $250 to $1,650 for partners, $185 to $850 for associates, and $65 to $390 for paralegals"); *In re Volkswagen "Clean*

*Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.*, No. 2672 CRB (JSC), 2017 WL 1047834, at *5 (N.D. Cal. Mar. 17, 2017) (approving rates "ranging from $275 to $1600 for partners, $150 to $790 for associates, and $80 to $490 for paralegals"); *In re Plaid Inc. Privacy Litig.*, No. 4:20-cv-03056 (N.D. Cal. July 20, 2022) (approving hourly rates of $610 to $1,025 for partners, $465 to $535 for associates, and $370 to $395 for paralegals and other support staff set forth by declaration at Dkts. 157-1, 182-3), Dkt. 184; *Roberts v. AT&T Mobility LLC*, No. 3:15-cv-03418 (N.D. Cal. Aug. 20, 2021) (approving rates of $510 to $1,000 for partners, $485 for associates, and $375 to $415 for paralegals and other support staff set forth by declaration at Dkt. 209-1), Dkt. 215; *McDonald v. Kiloo A/S*, No. 3:17-cv-04344 (N.D. Cal. Apr. 21, 2021) (approving hourly rates of $615 to $975 for partners, $420 to $485 for associates, and $360 to $415 for paralegals and other support staff set forth by declaration at Dkt. 372-1), Dkts. 408, 408-1, 408-2, 408-3;[3] *In re Lithium Ion Batts. Antitrust Litig.*, No. 4:13-md-02420-YGR-DMR, 2020 WL 7264559, at *20 (N.D. Cal. Dec. 10, 2020) (approving hourly rates of $550 to $1,075 for partners, $480 to $535 for associates, and $355 to $495 for paralegals and other support staff set forth by declaration at Dkt. 2487-5); *In re Wells Fargo & Co. S'holder Deriv. Litig.*, 445 F. Supp. 3d 508, 527 (N.D. Cal. 2020) (approving hourly rates of $560 to $1,075 for partners, $395 to $510 for associates, and $345 to $495 for paralegals and other support staff set forth by declaration at Dkt. 278-7); *In re Pokémon Go Nuisance Litig.*, No. 3:16-cv-04300-JD (N.D. Cal. June 13, 2019) (approving rates of $715 to $950 for partners, $350 to $600 for associates, and $325 for paralegals set forth by declaration at Dkt. 137), Dkt. 142; *In re Intuit Data Litig.*, No. 15-CV-1778-EJD-SVK, 2019 WL 2166236, at *1 (N.D. Cal. May 15, 2019) (approving rates of $510 to $925 for partners, $510 for associates, and $375 to $390 for paralegals and other staff set forth by declaration at Dkt. 185); *In re Anthem, Inc. Data Breach Litig.*, No. 15-MD-02617-LHK, 2018 WL 3960068, at *17 (N.D. Cal. Aug. 17, 2018) (approving rates of $400 to $970 for partners, $185 to $850 for non-partner attorneys, and $95 to $440 for paralegals and other staff); *Campbell*

---

[3] The court approved the same rates as against additional defendants in cases consolidated with the *Kiloo* action. *See Rushing v. The Walt Disney Co.*, No. 3:17-cv-04419 (N.D. Cal. Apr. 12, 2021), No. 3:17-cv-04344, Dkt. 408-4; *Rushing v. ViacomCBS Inc.*, No. 3:17-cv-04492 (N.D. Cal. Apr. 12, 2021), No. 3:17-cv-04344, Dkt. 408-5.

*v. Facebook Inc.*, No. 4:13-cv-05996-PJH, 2017 WL 3581179, at *7 (N.D. Cal. Aug. 18, 2017) (approving rates of $575 to $900 for partners, $375 to $455 for associates, and $345 to $375 for paralegals and other staff set forth by declaration at Dkt. 239).

## III. LCHB's Reasonably Incurred Litigation Expenses

11. Over the course of litigation, LCHB kept records of all litigation expenses. LCHB's reasonably incurred litigation expenses are $22,352.96, as set forth in the following chart:

| Category | Amount |
|---|---|
| **Computer Research** | $459.94 |
| **Telephone** | $71.40 |
| **Printing/copying** | $3,998.00 |
| **Postage/Delivery** | $903.62 |
| **Electronic Database** | $16,920.00 |
| **TOTAL** | **$22,352.96** |

LCHB is prepared to any further documentation or explanation regarding Class Counsel's litigation expenses, including detailed invoice and payment records, upon request by the Court.

## IV. LCHB's Primary Timekeepers

12. Lieff Cabraser is one of the oldest, largest, most-respected, and most-successful law firms in the country representing plaintiffs in class actions, and brings to the table a wealth of class action experience. A copy of LCHB's firm resume, which describes the firm's experience in class action and other complex litigation, can be found at www.lieffcabraser.com/pdf/Lieff_Cabraser_Firm_Resume.pdf, and is not attached hereto given its length. This resume is not a complete listing of all cases in which LCHB has been class counsel or otherwise counsel of record.

13. **Elizabeth J. Cabraser** is a founding partner and leader of the firm. She received her J.D. in 1978 from the University of California at Berkeley. She has over 40 years of experience representing plaintiffs in class actions and other complex matters. She has been appointed to leadership positions in scores of federal multidistrict and state court coordinated proceedings, and has participated in the design, structure and conduct of numerous class action trials in state and federal courts. She has been recognized repeatedly for her work, including being

named by the National Law Journal as one of its "100 Most Influential Lawyers in America" and one of its "Top Ten Women Litigators."

14. **Michael W. Sobol** received his J.D. in 1989 from the Boston University School of Law, served as the Chair of LCHB's Consumer Protection Group for 20 years, and now serves as the Chair of its Cybersecurity & Data Privacy Group. Since joining Lieff Cabraser in 1997, he has almost exclusively represented plaintiffs in consumer protection and consumer privacy class actions. He has served as plaintiffs' lead, co-lead, and counsel class counsel in numerous nationwide class action cases.

15. **John D. Maher** is an associate at LCHB, focusing on consumer and privacy cases. In 2016, Mr. Maher received his J.D. from the University of California, Berkeley School of Law, where he was a member of the Order of the Coif and served as Editor in Chief of *Ecology Law Quarterly*. In 2013, he received an M.A. in History from Yale University, and in 2009 he received his B.A. from Oxford University in England. Following law school, Mr. Maher clerked for Judge Lucy H. Koh of the Northern District of California, and Chief Judge Diane P. Wood of the Seventh Circuit.

16. **Ian R. Bensberg** is an associate at LCHB, focusing on consumer, privacy, and mass torts cases. Mr. Bensberg is a graduate of Indiana University Maurer School of Law (J.D., magna cum laude, 2016), the University of Chicago (M.A., 2011), and the University of North Carolina at Chapel Hill (B.A., 2008). Before joining the LCHB, Mr. Bensberg served a law clerk to the Hon. David F. Hamilton, Circuit Judge, U.S. Court of Appeals for the Seventh Circuit; the Hon. Sarah Evans Barker, Senior District Judge, U.S. District Court for the Southern District of Indiana; and the Hon. Paul D. Mathias, Judge, Indiana Court of Appeals.

17. **Miriam C. Gordon** is a Senior Paralegal at LCHB with over 20 years of experience assisting and supporting litigators in complex cases. In 1998, she received her B.A. from Hobart and William Smith Colleges.

18. **Ariana Delucchi** has been a paralegal at Lieff Cabraser since 2018. In 2010, she received her B.A. from the University of San Francisco and in 2017, her Paralegal Studies Certificate from San Francisco State University.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of October, 2022, at San Francisco, California.

By: *_/s/ Michael W. Sobol_*
Michael W. Sobol

2611052.1