# EXHIBIT K

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 12 cv-00632-JSC<br><br>Class Action<br><br>**DECLARATION OF SAMUEL ISSACHAROFF IN SUPPORT OF MOTIONS FOR AWARDS OF ATTORNEYS' FEES AND EXPENSES** |

Samuel Issacharoff declares as follows pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of an application for attorneys' fees in the above-captioned litigation. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2. I first appeared in this litigation after the Supreme Court granted certiorari review in late 2020. I was contacted by the primary plaintiffs' lawyers to assume lead responsibility for the briefing and argument of this case in the Supreme Court. My work in the case is ongoing and I will continue to assist the lead lawyers in securing full resolution for the part of the class that the Supreme Court found to lack standing.

3. The schedule attached hereto as Exhibit 1 is a summary of the time I spent on the matter, all of it spent on legal briefing, argument, and advising.

4. The total lodestar comes to $444,900.00. These lodestar calculations are based on current billing rates for non-contingent work for which I currently charge $1,200 per hour for non-contingent work. For example, I submit regularly hour-based billings at this rate in a bankruptcy court and have been paid at this rate for some time. All of the hours were based on contemporaneous time records that I kept. Time expended in preparing this application for attorney's fees and expenses has been excluded.

5. Because of COVID, I had no out-of-pocket expenses.

6. I attach a current CV. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7th, 2021 at Kent, Connecticut.

Samuel Issacharoff

# EXHIBIT 1

**Ramirez v. TransUnion– Issacharoff Invoice**

| | | | |
|---|---|---|---|
| Total Hours: | = | | 370.75 hrs |
| Total Hours: | = | $1,200/hr X 370.75 hrs = | $444,900.00 |
| Total espenses | = | | $0 |
| **Total** | **=** | | **$444,900.00** |

**Ramirez v. TransUnion – Issacharoff Hours**

12/19/2020

Review cert petition; BIO; formulate issues in case;
corr to EJC and LCHB re case; first corr to Jim Francis re
case and issues presented

3.25 hrs

12/20/2020

Review Ninth and Third Circuit opinions; review cert petition and
response; review Stachura and Tyson and Spokeo; prep for phone
Conf w/ Jim Francis and John Soumilas

4.5 hrs

12/21

Further work on case organization; telconf w/ Francis and
his team; tel to EJC

2.5 hrs

12/22

Corr w/ Francis; tel to Claire Groden; tel to Colin Bradley;
tel to Klonoff; multiple corr re case ideas

4.5 hrs

12/23

Enter appearance at court; work on case outline and corr to counsel
re task list; conf of attys; work on case research and corr to RK

5.75 hrs

12/24

Review cases on standing; tel to Claire Groden; work on
Article III issues

4.25 hrs

12/25

Work on review of case and files; multiple corr to counsel; review standing cases

5.5 hrs

12/26

Team call on case organization; work on outline of issues presented; organized claims and proofs for briefing

4.5 hrs

12/27

Prep for SG call; review SG filings in all standing cases; corr to co-counsel re record; review argument in Frank v. Gaos; work on district court findings

9.0 hrs

12/28

Prep for call to SG and corr re prep; review documents for call; tell to SG's office; tel to team; work on letter to SG Review of record for SG letter; tel to RK

8.25 hrs

12/29

Work on Klonoff draft; revisions and writing; coordinate research; corr and document review

4.0 hrs

12/30

Tel to RK; tel to CG; tel to Adam Steinman; review en banc 11th Cir re Spokeo; work on SG letter and corr to counsel

5.75 hrs

12/31

Further corr re SG letter; tel to JF/JM/RK re case strategy; work on final revisions of SG let

5.75 hrs

1/1/2021

Finalize letter to SG

1.25 hrs

1/2

Work on letter and review cases on Article III issues

1.75 hrs

1/3

Further work on SG letter; corr to counsel re organizational issue; conf w/ Colin B. re Article III issues; corr to Grodin re case support for letter

3.5 hrs

1/4

Corr to Clement re JA and to team re same; corr to SG office; review Klonoff team research and corr to RK re same

1.5 hrs

1/5

Misc corr on case and appendix; review memos

1.0 hrs

1/6

Research on standing and review of cases; corr to

counsel re same; corr re research issues; rev. law review articles on Spokeo

6.5 hrs

1/7

Review case law on standing/Article III; further research on post-Spokeo case law

4.5 hrs

1/8

Further work on case law; tel to JF re misc and amici issues; corr to Kaufman and Klonoff re briefing materials; corr to CG and CB re research needs; corr to Klonoff re research and Rule 23 issues

6.75 hrs

1/9

Review research on leg history; corr to Klonoff

.5 hrs

1/12

Telcon w/ EPIC re amicus status; research on circuit level case law; rev. memos re same; research on further standing Issues

3.5 hrs

1/13

Review memos on research issues; review Amgen and other issues; corr to researchers

1.75 hrs

1/14

Work on outline issues; tel to Klonoff re same; corr to Grodin and Bradley re briefing issues; corr to JL re amicus;

corrto Francis re amicus questions; review caselaw on Standing issues

2.0 hrs

1/15

Further research; various corr re amicus support; corr to RK/CB/CG re argument and briefing issues

3.5 hrs

1/16

Review memo on article III; telcon w. WRubenstein re amicus filing; further case review; tel to EJC re Article III framing

3.0 hrs

1/17

Further work on Article III issues; corr to EJC re same; corr to RK/CG/CB re same; tel con w/ RK/CB/CG re brief outline and sections; prep for organizing brief in meeting; corr to RK re Class definition and record issues

4.0 hrs

1/20

Rev memo on defamation elements; corr to cuonsel re role of Acuity; corr re premption and review memo on same; corr to RK re brief structure

2.0 hrs

1/21

Corr and review memos re defamation standards; review of cases on same

1.25 hrs

1/22

Tel to Jim Francis; corr re amici; corr to ACLU; corr to JF re research memos; review research re standing

1.75 hrs

1/23

Review transcript of BP v. Baltimore oral argument; work on standing issues; corr to counsel re standing and dismissal

1.25 hrs

1/24

Review memo on BP and Bell v. Maryland issues; corr re same and re relation to Twombly/Iqbal; tel to EJC re same

1.25 hrs

1/25

Tel to AAJ re amicus brief; tel toJF; review exhbit List for JA; corr re exhibits; corr re arguments on impact

2.25 hrs

1/27

Corr w/ Klonoff re TU testimony at trial

.5 hrs

1/28

Rev. Corr re amici; rev. trial documents; tel to RK

1.25 hrs

1/29

Work on Clapper issues; corr to RK re same; corr and reveiw of JA

2.5 hrs

1/30

Further work on Clapper issues; corr to RK re same;
corr to CG & CB

1.5 hrs

2/1

First review cert petition; review CG memo and Gracey memo;
corr w/ RK; initial draft of intro to brief; corr to JF

3.5 hrs

2/2

Tel to Public Justice; further work on brief review; review
typicality draft; corr to RK

2.5 hrs

2/3

Corr to Public Justice and amici oversight; conf
w/ RK/JF/Lauren Brennan

2.25 hrs

2/4

Corr w/ Bradley re Article III issues; work on drafting
and organizing; review Brief for factual issues

3.0 hrs

2/5

Work on brief

5.0 hrs

2/7

Corr re brief and review memos

.75 hrs

2/8

Tel to RK; corr w/ EJC; corr to LCHB re brief; corr to counsel re trial record; work on brief;

3.5 hrs

2/9

Work on brief; review filings; tel to press; tel to EJC

2.5 hrs

2/10

Review of briefing by TU and SG; corr to RK re same corr to RK re fact issues that need addressing; work on brief

3.0 hrs

2/11

Review draft fact section; corr to RK re same and amici; work on amici issues; corr to CG re waiver issues

2.75 hrs

2/12

Tel to S.Nelson re amicus issues; work on fact section Of brief; review record materials for same; tel to RK re typicality issue; corr to RK re same

5.5 hrs

2/13

Work on argument section of brief; research; tel to RK; tel to CG; research on various forms of standing

6.0 hrs

2/14

Work on brief; tel to RK; corr to counsel re same

6.5 hrs

2/15

Work on brief, tel to RK, tel to EJC; corr re statutory interpretation issues; review re preemption and corr re same; research re Lexmark and standing questions

7.75 hrs

2/16

Work on brief and corr to team re revisions needed; rev. RK edits

1.25 hrs

2/17

Corr and review re additional pointson typicality and Subsections; corr to RK re inserts and edits

1.5 hrs

2/18

Work on brief revisions; review comments on draft

1.25 hrs

2/19

Work on reworking brief; research and drafting, editing corr to RK; corr to Ian and review of memo on SMJ; corr to EJC

7.0 hrs

2/20

Further work on brief; corr to RK; Tel to RK (2)
Research on SMJ cases

6.75 hrs

2/21

Review edits from team; work on recasting brief; zoom
w/ RK, CG, Cb; corr re supp app;

8.0 hrs

2/22

Work on brief; corr and tel to RK; corr to CG/CB re
Clean up on draft and remaining research issues; work on
QP; review RK draft revisions; review edits from co-counsel

3.25 hrs

2/23

Further work on brief; corr to JF and others re final revisions;
work on research issues on typicality

4.0 hrs

2/24

Overhaul brief (2); review amicus on typicality; review
amicus filings on Article III issues; tel to RK; review amicus
on typicality; tel to RK

5.0 hrs

2/25

Work on brief; review and insert Sct Brownback; tel to
RK;

3.25 hrs

2/26

Further work on brief; tel to EJC; review waiver points;
tel to RK re case management arguments; corr to CG/CB
Re same

4.0 hrs

2/27

Work on brief

6.5 hrs

2/28

Final edits and inserts; corr on typicality and other
loose ends

4.0 hrs

3/1

Review galleys and edits

2.0 hrs

3/2

Final review of brief; corr w/ amici re
Briefing issues

1.0 hrs

3/7

Corr to counsel, review notes on argument issues

1.0 hrs

3/8

Review Uzeuebugnam; review amicus briefs; corr to amici
Counsel; tel and corr to RK; work on argument

3.0 hrs

3/9

Tel to team re trial record; letter to clerk on correction; work on review of fact record; corr to counsel re same; review of amicus Briefs; tel to RK;

4.5 hrs

3/10

Work on argument outline; corr to EJC and RK re same; review amicus briefs; corr to trial team re specific record questions

5.0 hrs

3/11

Further review of amicus filings and research on statutory Damages; corr to CG re same; revise opening

4.25 hrs

3/12

Work on argument; review fact record issues; review appellate applications of Spokeo; review Spokeo; prep for first moot

8.5 hrs

3/13

Prep for moot; corr w/ RK re amicus briefs and argument issues; corr to JF/LB/JS re trial record and exhibits; work on opening

5.0 hrs

3/14

Prep for moot; tel to RK; corr to RK; work on outlines and review of briefs and JA

4.25 hrs

3/15

Prep for moot; NYU moot court; conf w/ team re
Suggested revisions

9.5 hrs

3/16

Corr to Rubenstein; tel and corr to RK; corr to
Counsel re suggested revisions;

1.0 hrs

3/17

Work on alternative opening; review fact record; corr to
RK re revisions; corr to team re Rule 23 issues; corr to
EJC re Rule 23 formulations

4.5 hrs

3/18

Work on argument; tel to RK; corr w/ team re fact issues
Revise outline for second moot

3.25 hrs

3/19

Review reply brief; tel to RK (3) re same; review JA
in prep for moot; revise argument notes; corr to team
Re fact issues

7.75 hrs

3/20

Further work on argument and preparation for moot;
tel to Lauren Brennan re fact record; tel to RK re argument
issues;

4.5 hrs

3/21

Tel to RK; work on argument; review JA in prep for moot

3.5 hrs

3/22

Moot by Public Justice; conf w/ counsel; re moot; prep for Fact patterns for moot

8.0 hrs

3/23

Work on argument prep; review amicus filings; review Article III cases

3.5 hrs

3/24

Review leg. hist. of typicality; review cases on same; review of 1996 statutory revisions; review bottomside amicus briefs

3.25 hrs

3/25

Tel to Sergio Ramirez; corr to counsel re needs on topside amici briefs; tel to RK re same; prep for moot; revise openings and closings

5.75 hrs

3/26

Georgetown moot; tel to team; work on opening and corr re same; tel to EJC re typicality issues; review and prep for argument

6.25 hrs

3/27

Prep for argument; multiple calls to RK; work on review of briefs

9.5 hrs

3/28

Prep

8.5 hrs

3/29

Prep

10.0 hrs

3/30

Final review, oral argument, meeting with team

3.5 hrs

4/29

Review Sct decision on fidelity to immigration forms; corr to counsel re same

.5 hrs

6/25

Review decision; conf w. co-counsel; corr re Next steps

3.75 hrs

6/26

Corr re remand issues

.5 hrs

## Expenses

no expenses

# SAMUEL ISSACHAROFF

New York University School of Law
40 Washington Square South
New York, NY 10012
(212) 998-6580, Fax: (212) 995-4590
email: si13@nyu.edu

## ACADEMIC EXPERIENCE

***New York University School of Law***

- Bonnie and Richard Reiss Professor of Constitutional Law (2005 - )
- Visiting Professor (2004-2005)

***Harvard Law School***

- Samuel Williston Visiting Professor (Fall 2008)

***Columbia Law School***

- Harold R. Medina Professor in Procedural Jurisprudence (2001 - 2005)
- Professor (1999 - 2001)
- Visiting Professor (1998-1999)

***Oxford University***

- Astor Visiting Lecturer (June 2005)

***Tel Aviv University***

- Visiting Professor (May-June 2006)

***University of Texas School of Law***

- Joseph D. Jamail Centennial Chair in Law (1998-1999)
- Charles Tilford McCormick Professor in Law (1994-1998)
- Professor and Preston Shirley Faculty Fellow (1993-94)
- Assistant Professor (1989-1993)

***University of Pennsylvania Law School***

- Lecturer in Law (1986-1989)

***Gerzensee Center for Law and Economics, Switzerland***

- Visiting Lecturer on Constitutional Law (May 2008)

***University of Toronto School of Law***

- Full Professor Status Only (2011- 2014) (Dissertation reviewer)

***University of Melbourne School of Law***

- Senior Fellow (2011)

*Courses Taught*: Civil Procedure, Employment Law, Law of Democracy, Constitutional Law, Comparative Constitutional Law, Complex Litigation, Legal Process, Profession of Law

## EDUCATION

***Yale Law School**, J.D. 1983*
- Editor, Yale Law Journal.

***Graduate Center, City University of New York***
- Graduate studies in Labor History (1976-77); University Fellowship.

***Universite de Paris**, 1975-76*

***State University of New York at Binghamton**, B.A. 1975*
- Major in History.

## PROFESSIONAL EXPERIENCE

- ***Guerrieri, Edmond & James**, Washington, D.C.* (1988-1989)
  Of counsel, handling special litigation for labor law firm.

- ***Lawyers' Committee for Civil Rights Under Law,** Washington, D.C.* (1985-1988)
  Staff attorney with Voting Rights Project (served as Acting Director of Voting Rights Project, 1985-86). Conducted voting rights litigation and other civil rights case work throughout the U.S.

- ***Kirschner, Walters, Willig, Weinberg & Dempsey,** Associate, Phila., PA.* (1985)
  Union labor law practice representing public and private employees in court, arbitration and administrative proceedings.

- ***Lawyers' Committee for International Human Rights*** (1984)
  Received J. Roderick MacArthur Fellowship to represent Lawyers' Committee in Argentina and Uruguay. Worked with Centro de Estudios Legales y Sociales in Buenos Aires on issues concerning transition from dictatorship to civilian government and prosecutions of former military rulers.

- ***United States Court of Appeals for the Third Circuit*** (1983-84)
  Law Clerk to Honorable Arlin M. Adams.

## PUBLICATIONS

### Articles

- *Rule 23 and the Triumph of Experience,* ___ LAW & CONTEMP. PROBLEMS ___ (forthcoming 2021).
- *Constitution by Convention,* 108 CAL. L. REV. 1913 (2020) (with Trevor Morrison).
- *The Corruption of Popular Sovereignty,* 18 INT'L J. CONSTIT. L. 1 (2020).
- *The Hollowed Out Common Law,* 67 UCLA L. REV. 600 (2020) (with Florencia Marotta-Wurgler).
- *Judicial Review in Troubled Times: Stabilizing Democracy in a Second Best World,* 98 NORTH CAROLINA L. REV. 1 (2019)
- *What Is Puerto Rico?,* 94 INDIANA L.J. 1 (2019) (with Alexandra Bursak, Russell Rennie & Alec Webley).
- *Democracy's Deficits,* 85 U. CHICAGO L. REV. 485 (2018).
- *Die Defizite Der Demokratie,* 56 DER STAAT 1-27 (2017)(overlapping German translation).
- *Participatory Class Actions,* 92 N.Y.U. L. REV. 846 (2017) (with Elizabeth J. Cabraser).
- *Outsourcing Politics: The Hostile Takeover of Our Hollowed Out Political Parties,* 54 HOUSTON L. REV. 845 (2017).
- *Tribute to Judge Jack B. Weinstein,* 72 N.Y.U. ANN. SURV. AM. L. 19 (2017).
- *Voter Welfare: An Emerging Rule of Reason in Voting Rights Law,* 92 IND. L. J. 299 (2016).
- *Living to Fight Another Day: Judicial Deferral in Defense of Democracy,* 2016 WISC. L. REV. 683 (with Rosalind Dixon).
- *Constitutional Implications of the Cost of War*, 83 U. CHICAGO L. REV. 169 (2016) (with Lucas Issacharoff)
- *Voting Rights at 50,* 67 ALA. L. REV. 387 (2016).
- *Ballot Bedlam,* 64 DUKE L. J. 1363 (2015).
- *The Australian Alternative: A View From Abroad of Recent Developments in Securities Class Actions,* 34 U. NEW SOUTH WALES L. REV. 179 (2015) (with Thad Eagles).
- *Constitutional Courts and Consolidated Power,* 62 AM. J. COMP. L. 585 (2014).
- *The Democratic Risk to Democratic Transitions,* 5 CONSTIT. COURT REV. 1 (2014).
- *The BP Oil Spill Settlement and the Paradox of Public Litigation ,* 74 L.S.U. L. REV. 397 (2014) (with D. Theodore Rave).

- *Market Intermediaries in the* Post-Buckley *World,* 89 NYU L. REV. ONLINE 105 (2014)
- *Litigation Funding and the Problem of Agency Cost in Representative Actions,* 66 DEPAUL L. REV. 561 (2014).
- *Beyond the Discrimination Model on Voting,* 127 HARV. L. REV. 95 (2013).
- *Assembling Class Actions,* 90 WASH. U. L. REV. 699 (2013).
- *Targeted Warfare: Individuating Enemy Responsibility,* 88 N.Y.U. L. REV 1521 (2013) (with Richard H. Pildes)
- *The Governance Problem in Aggregate Litigation,* 81 FORDHAM L. REV. 3165 (2013).
- *An Information Forcing Approach to the Motion to Dismiss,* J. LEGAL ANALYSIS (June 5, 2013) http://jla.oxfordjournals.org/content/early/2013/06/05/jla.lat002.full. (with Geoffrey P. Miller).
- *Special Interests After* Citizens United: *Access, Replacement, and Interest Group Response to Legal Change,* 9 ANNUAL REV. L. & SOC. SCIENCE 185 (2013) (with Jeremy Peterman).
- *Federalized America: Reflections on* Erie v. Tompkins *and State-Based Regulation,* 10 J. ECON. LAW & POL'Y 199 (2013).
- *Prologue: Argentina's Electoral Reforms,* 11 ELECTION L. J.529 (2012).
- *Fairness in Aggregation,* 9 U.S.-CHINA L. REV. 477 (2012).
- *Class Actions and State Authority,* 44 LOY. U. CHI. L. J.370 (2012).
- *Acciones de Clase y Autoridad Estatal,* 219 REVISTA DE PROCESSO.153 (2013)(Brazil, translation).
- *10 X 10,* 10 INT'L J. CONSTIT. L. 778 (2012).
- *Clarity About Super PACs, Independent Spending, and Citzens United, 2* J.L.469 (2012).
- *Disclosure, Agents, and Consumer Protection,* 167 J. OF INSTITUTIONAL & THEORETICAL ECON. 56 (2011)
- *Constitutional Courts and Democratic Hedging,* 99 GEORGETOWN L. J. 961 (2011)
- *On Political Corruption,* 124 HARV. L. REV. 118 (2010)
- *Judging in Times of the Extraordinary?,* 47 HOUSTON L. REV. 533 (2010)
- Citizens United *and the American Law of Party Funding,* 30 QUADERNI CONSTITUZIOANLI 392 (2010) (in Italian)
- *Pragmatic Originalism?,* 5 N.Y.U. J. OF LAW & LIBERTY 517 (2010)

- *The Public Value of Settlement,* 78 FORDHAM L. REV. 1177 (2009) (with Robert H. Klonoff).
- *Political Safeguards in Democracies at War,* 2009 OXFORD J. LEGAL STUDIES 1
- *The Constitutional Logic of Campaign Finance Regulation,*36 PEPPERDINE. L. REV. 373 (2009).
- *Will Aggregate Litigation Come to Europe?,* 62 VANDERBILT L. REV. 179 (2009) (with Geoffrey P. Miller).
- *Private Claims, Aggregate Rights.* 2008 SUPREME COURT REV. 183
- *Meriwether Lewis, the Air Force, and the Surge: The Problem of Constitutional Settlement*, 12 LEWIS & CLARK L. REV. 649 (2008).
- *Class Action Settlements Under Attack,* 156 U. PENN L. REV. 1649 (2008)(with Richard.A Nagareda).
- *Democracy and Collective Decisionmaking,,* 6 INT'L J. CONSTITUTIONAL LAW 231 (2008).
- *Fragile Democracies,* 120 HARV. L. REV. 1405 (2007).
- *Protected from Politics: Diminishing Margins of Electoral Competition in U.S. Congressional Elections,* 68 OHIO ST. L. REV. 1121 (2007)(with Jonathan Nagler).
- *Regulating After The Fact,* 56 DEPAUL L. REV. 375 (2007).
- *Backdoor Federalization,* 53 UCLA L. REV. 1353 (2006)(with Catherine M. Sharkey).
- *Credit Card Accountability,* 73 UNIV. CHICAGO L. REV.157 (2006)(with Erin F. Delaney).
- *Settled Expectations in a World of Unsettled Law,* 106 COLUM. L. REV. 1839 (2006).
- *Getting Beyond Kansas,* 74 UMKC L. REV. 613 (2006).
- *Law, Rules and Presidential Selection,* 120 POLITICAL SCIENCE QUARTERLY 113(2005).
- *Collateral Damage: The Endangered Center in American Politics,* 46 WILLIAM & MARY L. REV. 415 (2004).
- *The American Law of Repose,* 23 CIVIL JUSTICE QUARTERLY 324 (2004).
- *Where to Draw the Line: Judicial Review of Political Gerrymanders,* 153 PENN L. REV. 541 (2004)(with Pamela S. Karlan).
- *The Elusive Search for Constitutional Integrity: A Memorial for John Hart Ely,* 57 STANFORD L. REV.727 (2004).
- *Is Section 5 of the Voting Rights Act a Victim of Its Own Success?,* 105 COLUM. L. REV. 1710 (2004).
- *The Inevitability of Aggregate Settlements: An Institutional Account of American Tort Law,* 57

VANDERBILT L. REV.1571 (2004)(with John Fabian Witt).

- *Constitutionalizing Democracy in Fractured Societies,* 82 TEXAS L. REV. 1861 (2004).
- *Constitutionalizing Democracy in Fractured Societies,* 58 JOURNAL OF INTERNATIONAL AFFAIRS 73 (2004)(version of prior entry).
- *Throwing in the Towel: The Constitutional Morass of Campaign Finance,* 3 ELEC. L. J. 259 (2004).
- *Emergency Contexts Without Emergency Powers: The United States' Constitutional Approach to Rights During Wartime,* 2 INT'L JOURNAL OF CONSTITUTIONAL LAW 296 (2004)(with Richard H. Pildes).
- *Between Civil Libertarianism and Executive Unilateralism: An Institutional Process Approach to Rights During Wartime,* 5 THEORETICAL INQUIRIES IN LAW 1 (2003)(with Richard H. Pildes)(overlaps with prior article).
- *Owen Fiss and the Warren Court Legacy: Politics, Law, and the Struggle for Equal Protection,* 58 MIAMI. L. REV. 35 (2003)(with Pamela S. Karlan).
- *The Enabling Role of Democratic Constitutionalism: Fixed Rules and Some Implications for Contested Presidential Elections,* 81 TEX. L. REV. 1985 (2003).
- *Regulation for Conservatives: Human Decision Making and the Case for "Asymmetric Paternalism,"* 151 PENN. L. REV. 1211 (2003)(with Colin Camerer, George Loewenstein, Ted O'Donoghue, and Matthew Rabin).
- *Gerrymanders and Political Cartels,* 116 HARV. L. REV. 593 (2002).
- *Why Elections?,* 116 HARV. L. REV. 684 (2002).
- *Preclusion, Due Process, and the Right to Opt Out of Class Actions,* 77 NOTRE DAME L. REV. 1057 (2002)
- *The Content of Our Casebooks: Why Cases Get Litigated,* 29 FL. ST. L. REV. 1265 (2002).
- *The Two Sides of Freedom of Expression,* 1 REVISTA DE DERECHO 79 (Universidad de Montevideo – 2002).
- *"Shocked": Mass Torts and Aggregate Asbestos Litigation After Amchem and Ortiz,* 80 U. TEX. L. REV. 1925 (2002).
- *Law and Misdirection in the Debate Over Affirmative Action,* 2002 UNIV. CHI. LEGAL FORUM 11.
- *The Difficult Path From Observation to Prescription,* 77 N. Y. U. L. REV 36 (2002).
- *Behavioral Decision Theory at the Court of Public Law,* 87 CORNELL L. REV. 671 (2002).
- *Political Judgments,* 68 U. CHI. L. REV. 637 (2001).

- *Can Process Theory Constrain Courts?, 72* U. COL. L. REV. 923 (2001)(with Michael C. Dorf).

- *Race and Campaign Finance Reform,* 79 N. CAR. L. REV. 1523 (2001).

- *Private Parties With Public Purposes: Political Parties, Associational Freedoms, and Partisan Competition,* 101 COLUM. L. REV. 274 (2001).

- *Introduction to Symposium: The Structures of Democratic Governance,* 100 COLUM. L. REV. 593 (2000).

- *Oversight of Regulated Political Markets,* 24 HARV. J. L & PUB. POL'Y 91 (2000).

- *The Vexing Problem of Reliance in Consumer Class Actions,* 74 TULANE. L. REV. 1633 (2000).

- *Discrimination with a Difference: Can Employment Discrimination Law Accommodate the Americans with Disabilities Act?,* 79 NORTH CAROLINA L. REV. 307 (2001)(with Justin Nelson).

- *Governance and Legitimacy in the Law of Class Actions*, 1999 SUPREME COURT REVIEW 187.

- *The Hydraulics of Campaign Finance Reform,* 77 TEX. L. REV. 1705 (1999)(with Pamela Karlan).

- *Governing through Intermediaries,* 85 VIRGINIA L. REV. 1627 (1999)(with Daniel Ortiz).

- *Group Litigation of Consumer Claims: Lessons of the American Experience,* 34 TEX. INT'L L. J. 135 (1999).

- *Not By 'Election Law' Alone,* 32 LOYOLA L. REV. 1173 (1999)(with Richard Pildes).

- *Standing and Misunderstanding in Voting Rights Law,* 111 HARV. L. REV. 2276 (1998)(with Pamela Karlan).

- *Can Affirmative Action Be Defended?,* 59 OHIO ST. L. J. 669 (1998).

- *Can There Be a Behavioral Law and Economics?,* 51VANDERBILT L. REV. 1729 (1998).

- *Politics as Markets: Partisan Lockups of the Democratic Process,* 50 STANFORD L. J. 643 (1998)(with Richard Pildes).

- *Creating Convergence: Debiasing Biased Litigants*, 22 J. OF LAW AND SOCIAL INQUIRY 913 (1998)(with Linda Babcock and George Loewenstein).

- *Is Age Discrimination Really Age Discrimination?: The ADEA's Unnatural Solution,* 72 N.Y.U. L. REV. 780 (1997)(with Erica Worth Harris).

- *Class Action Conflicts,* 30 U. C. DAVIS L. REV. 805 (1997).

- *Racial Gerrymandering in a Complex World: A Reply to Judge Sentelle,* 45 CATH. U. LAW REV. 1257 (1996).

- *The Constitutional Contours of Race and Politics*, 1995 SUPREME COURT REVIEW 45.

- *Contracting For Employment: The Limited Return of the Common Law*, 74 TEXAS LAW REVIEW 1783 (1996).

- *Identifying the Harm in Racial Gerrymandering Claims*, 1 MICH. J. OF RACE & LAW 47 (1996)(with Thomas C. Goldstein).

- *Supreme Court Destabilization of Single-Member Districts*, 1995 UNIV. OF CHICAGO LEGAL FORUM 205.

- *Unintended Consequences of Mandatory Disclosure*, 73 TEXAS L. REV. 753 (1995)(with George Loewenstein).

- *Groups and the Right to Vote*, 44 EMORY L. J. 869 (1995)

- *Women and the Workplace: Accommodating the Demands of Pregnancy*, 95 COL. L. REV. 2154 (1994)(with Elyse Rosenblum).

- *Race and Redistricting: Drawing Constitutional Lines after Shaw v. Reno*, 92 MICHIGAN LAW REVIEW 588 (1993)(with T. Alexander Aleinikoff).

- *Biased Judgments of Fairness in Bargaining*, 85 AMERICAN ECONOMIC REVIEW 1337 (1995)(with L. Babcock, G. Loewenstein, and C. Camerer).

- *Judging Politics: The Elusive Quest for Judicial Review of Political Fairness,* 71 TEXAS LAW REVIEW 1643 (1993).

- *Source Dependence in the Valuation of Objects*, 7 JOURNAL OF BEHAVIORAL DECISIONMAKING 157 (1994)(with G. Loewenstein)

- *Polarized Voting and the Political Process: The Transformation of Voting Rights Jurisprudence*, 90 MICH. L. REV. 1833 (1992).

- *When Substance Mandates Procedure: Martin v. Wilks and the Rights of Vested Incumbents in Civil Rights Consent Decrees*, 77 CORNELL L. REV. 189 (1992).

- *Self-Serving Assessments of Fairness and Pretrial Bargaining*, 22 JOURNAL OF LEGAL STUDIES 135 (1992)(with George Loewenstein, Colin Camerer, Linda Babcock).

- *The Census Undercount and Minority Representation: The Constitutional Obligation of the States to Guarantee Equal Representation*, 13 REVIEW OF LITIGATION 1 (1993)(with Allan J. Lichtman).

- *Administering Damage Awards in Mass-Tort Litigation*, 10 REV. OF LITIG. 463 (1991).

- *Black/White Voter Registration Disparities in Mississippi: Legal and Methodological Issues in Challenging Bureau of Census Data*, 7 J. LAW & POLITICS 525 (1991)(with Allan J. Lichtman).

- *Second Thoughts About Summary Judgment*, 100 YALE L.J. 73 (1990)(with George Loewenstein).

- *Dictatorship on Trial: Prosecution of Human Rights Violations in Argentina,* 10 YALE J. INT'L LAW 118 (1985) (with E. Mignone and C. Estlund).

- *Note, Making the Violation Fit the Remedy: The Intent Standard and Equal Protection Law*, 92 YALE L.J. 328 (1982).

***Review Essays***

- *Bearing the Costs*, Review of M. Kelman, STRATEGY OR PRINCIPLE?: THE CHOICE BETWEEN REGULATION AND TAXATION, 53 STAN. L. REV. 519 (2000).

- *Contractual Liberties in Discriminatory Markets*, Review of R. Epstein, FORBIDDEN GROUNDS, 70 TEX. L. REV. 1219 (1992).

- *Reconstructing Employment*, Review of P. Weiler, GOVERNING THE WORKPLACE: THE FUTURE OF LABOR AND EMPLOYMENT LAW, 104 HARV. L. REV. 607 (1990).

***Books***

- FRAGILE DEMOCRACIES: CONTESTED POWER IN THE ERA OF CONSTITUTIONAL COURTS (Cambridge Univ. Press, 2015).

- CIVIL PROCEDURE (Foundation Press, 2005).

- CIVIL PROCEDURE (Foundation Press, 2d. edition, 2008).

- CIVIL PROCEDURE (Foundation Press, 3d. edition, 2011).

- CIVIL PROCEDURE (Foundation Press, 4th edition, 2017).

- THE LAW OF DEMOCRACY: LEGAL STRUCTURE OF THE POLITICAL PROCESS (with Pamela Karlan and Richard Pildes)(Foundation Press, 1998).

- THE LAW OF DEMOCRACY: LEGAL STRUCTURE OF THE POLITICAL PROCESS (with Pamela Karlan and Richard Pildes)(Foundation Press, 2d. edition, 2001).

- THE LAW OF DEMOCRACY: LEGAL STRUCTURE OF THE POLITICAL PROCESS (with Pamela Karlan and Richard Pildes)(Foundation Press, 3d. edition, 2007).

- THE LAW OF DEMOCRACY: LEGAL STRUCTURE OF THE POLITICAL PROCESS (with Pamela Karlan and Richard Pildes)(Foundation Press, 4th. edition, 2012).

- THE LAW OF DEMOCRACY: LEGAL STRUCTURE OF THE POLITICAL PROCESS (with Pamela Karlan, Richard Pildes, and Nathaniel Persily)(Foundation Press, 5th. edition, 2016).

- WHEN ELECTIONS GO BAD: THE LAW OF DEMOCRACY AND THE PRESIDENTIAL ELECTION OF 2000 (with Pamela Karlan and Richard Pildes)(Foundation Press, 2001).

- WHEN ELECTIONS GO BAD: THE LAW OF DEMOCRACY AND THE PRESIDENTIAL ELECTION OF 2000 (with Pamela Karlan and Richard Pildes)(Foundation Press, 2d. edition, 2001).

- PARTY FUNDING AND CAMPAIGN FINANCING IN INTERNATIONAL PERSPECTIVE (with K.D. Ewing) (Hart Press, Oxford, 2006).

***Book Chapters***

- *Courts As Guarantors of Democracy*, in CONSTITUTIONALISM: OLD DILEMMAS, NEW INSIGHTS 123 (2021, Oxford Univ. Press) (Alejandro Linares-Cantillo, ed).

- *Judicial Review of Presidential Re-election Amendments in Colombia*, in MAX PLANK ENCYCLOPEDIA OF COMPARATIVE CONSTITUTIONAL LAW (2020, Oxford Univ. Press)(with Santiago Garcia-Jaramillo and Vicente F. Benítez-R.).

- *A Man for All Processes*, in PRINCIPLES, PROCEDURE, AND JUSTICE: ESSAYS IN HONOUR OF ADRIAN ZUCKERMAN 3 (forthcoming 2021, Oxford Univ. Press)(Rabeea Assy & Andrew Higgins, eds.).

- *An Enlightened Man*, in CONSTITUTIONALISM UNDER STRESS: ESSAYS FOR WOJCIECH SADURSKI (2020, Oxford Univ. Press) (Ulad Belavusau and Aleksandra Gliszczyńska-Grabias eds).

- *La Institucionalización de la democracia: La Argentina y la memoria de Ronald Dworkin*, in EL IMPERIO DE RONALD DWORKIN: ENSAYOS DE FILOSOFÍA MORAL, POLÍTICA y JURÍDICA 291 (2019, EUDEBA, Buenos Aires)(Marcelo Alegre & Juan Nascimbene, eds).

- *The Plebiscite in Modern Democracy*, in HANDBOOK OF ILLIBERALISM __ (forthcoming 2020, Routledge Press)(with J. Colin Bradley).

- *Democracy's Deficits,* in NEW POLITICS OF DECISIONISM, (Violeta Besirevic, ed., Eleven International Publishing, The Hague, 2019).

- *Populism versus Democratic Governance,* in CONSTITUTIONAL DEMOCRACY IN CRISIS? 445, (Mark Graber, Sanford Levinson and Mark Tushnet, eds., Oxford University Press 2018).

- *What Does the Supreme Court Do?,* in U.S. CONSTITUTIONAL LAW IN THE OBAMA ERA: A TRANSATLANTIC PERSPECTIVE (Anna-Bettina Kaiser, Niels Petersen & Johannes Saurer, eds., Routledge 2018).

- *Embattled Democracy,* in TBD (Kiron Skinner & Russell Berman, eds., Hoover Press, forthcoming 2021).

- *Collective Action and Class Action,* in THE CLASS ACTION EFFECT: FROM THE LEGISLATOR'S IMAGINATION TO TODAY'S USES AND PRACTICES 35 (Catherine Piché, ed., Éditions Yvon Blais, 2018).

- *Comparative Constitutional Law as a Window on Democratic Institutions,* in MODERN COMPARATIVE CONSTITUTIONAL LAW 60 (Rosalind Dixon & Erin F. Delaney, eds., 2018).

- *Due Process in Law,* in INTERNATIONAL ENCYCLOPEDIA OF THE SOCIAL & BEHAVIORAL SCIENCES, 2nd ed. 696 (James D. Wright, ed., Oxford: Elsevier, 2015).

- *Citizens United y la Regulacion del Financiamento a Partidos Politicos en los Estados Unidos de American,* in SENTENCIAS RELEVANTES DE CORTES EXTRANJERAS 153 (Tribunal Electoral del Poder Judicial de la Federacion, Mexico, 2013).

- *Drones and the Dilemma of Modern Warfare*, in DRONES AND THE PROMISE OF LAW: HOW ADVANCES IN MILITARY TECHNOLOGY ARE TRANSFORMING ARMED CONFLICT AND CHALLENGING POLICY AND PRACTICE (P. Bergen & D. Rothenberg, eds) (Cambridge Univ. Press, 2014) (with Richard H. Pildes).

- *Epilogue: Bush v. Gore and the Constitutional Right to Vote,* in ELECTION ADMINISTRATION IN THE UNITED STATES: THE STATE OF REFORM AFTER BUSH V. GORE (M. Alvarez & B. Grofman, eds) (Cambridge Univ. Press, 2014) (with Richard H. Pildes).

- *Due Process in Law,* in INTERNATIONAL ENCYCLOPEDIA OF SOCIAL AND BEHAVIORAL SCIENCES, 2nd Ed. (Forthcoming 2015).

- *Managing Conflict Through Democracy,* in RIGHTS IN DIVIDED SOCIETIES COMPARADO 33 (Harvey & Schwartz, eds) (Hart Publishing 2012).

- *Antidiscrimination in Employment: The Simple, the Complex, and the Paradoxical,* in RESEARCH HANDBOOK ON THE ECONOMICS OF LABOR AND EMPLOYMENT LAW 385 (C. Estlund & M. Wachter, eds) (Edward Elgar Press 2012) (with E. Scharff).

- *Fairness in Aggregation,* in PROCESOS COLECTIVOS/CLASS ACTIONS: PROCEEDINGS OF 1ST INTERNATIONAL CONFERENCE ON PROCEDURAL LAW 31 (2012).

- *The Majoritarian Threat to Democracy: Constitutional Courts and the Democratic Pact*, in MAJORITY POLITICS 236 (S. Novak & J. Elster, eds) (2014).

- *Will Aggregate Litigation Come to Europe?,* in THE LAW AND ECONOMICS OF CLASS ACTIONS IN EUROPE: LESSONS FROM AMERICA 37 (J. Backhaus, A Cassone & G. Ramello eds) (2012) (with Geoffrey Miller).

- Judging Democracy's Boundaries, in RACE, REFORM, AND REGULATION OF THE ELECTORAL PROCESS: RECURRING PUZZLES IN AMERICAN DEMOCRACY 150, 166 (2011).

- *Party Funding and Campaign Finance Law in the United States*, in LA RESOLUCION DE LOS CONFLICTOS ELECTORALES: UN ANALISIS COMPARADO, (P. Biglino Campos & L. Delgado del Rincon, eds) (2010).

- *Facts, Investigation and the Role of Discovery,* in LITIGATION IN ENGLAND AND GERMANY: LEGAL PROFESSIONAL SERVICES, KEY FEATURES AND FUNDING 39 (P. Gottwald, ed)(2010).

- *Aggregating Private Claims,* in LITIGATION IN ENGLAND AND GERMANY: LEGAL PROFESSIONAL SERVICES, KEY FEATURES AND FUNDING 63 (P. Gottwald, ed)(2010).

- *The Institutional Dimension of Consumer Protection,* in NEW FRONTIERS OF CONSUMER PROTECTION: COMBINING PRIVATE AND PUBLIC ENFORCEMENT (F. Cafaggi & H.-W. Micklitz, eds) (2009)(with Ian Samuel).

- *Democracy and Electoral Processes,* in RESEARCH HANDBOOK ON LAW AND PUBLIC CHOICE 173 (D. Farber & A. J. O'Connell, eds) (2010)(with Laura E. Miller).

- *A Cosmopolitan Judge for a Cosmopolitan Era: An Essay in Honor of Carl Baudenbacher,* in ECONOMIC LAW AND JUSTICE IN TIMES OF GLOBALIZATION: FESTSCHRIFT FOR CARL BAUDENBACHER 131 (M. Monti, N. Liechtenstein, B. Vesterdorf, J. Westbrook, L. Wildhaber, eds)(2007).

- *Supreme Court Preemption: The Contested Middle Ground of Products Liability*, in FEDERAL PREEMPTION: STATES' POWERS, NATIONAL INTEREST 194 (Richard A. Epstein & Michael S. Greve, eds.) (2007) (with Catherine Sharkey).

- *Does Section 5 of the Voting Rights Act Still Work?*, in THE FUTURE OF THE VOTING RIGHTS ACT (D. Epstein, R. Pildes, R. de la Garza, S. O'Halloran, eds., Russell Sage, 2006).

- *Compensation for the Victims of September 11* in THE HANDBOOK OF REPARATIONS (P. De Grieff, ed., Oxford 2006) (with Anna Morawiec Mansfield).

- *Legal Regulation of Conflict of Interest*, in CONFLICTS OF INTEREST: PROBLEMS AND SOLUTIONS IN LAW, MEDICINE, AND ORGANIZATIONAL SETTINGS (M. Bazerman, G. Loewenstein, & D. Moore, eds., Cambridge Univ. Press, 2005).

- *Baker v. Carr in Context*, in CONSTITUTIONAL LAW STORIES 297-323 (M. Dorf, ed., Foundation Press, 2004) (with Stephen Ansolabehere).

- *Due Process in Law*, in INTERNATIONAL ENCYCLOPEDIA OF SOCIAL AND BEHAVIORAL SCIENCES 3894-97 ( Elsevier Ltd., 2001) (2d ed. 2012).

- *Too Much Lawyering, Too Little Law*, in THE REFORM OF CIVIL PROCEDURE, (A.A.S. Zuckerman & R. Cranston, eds., Oxford Univ. Press, 1995).

- *Bargaining Impediments and Settlement Behavior* (with Charles Silver and Kent Syverud), in DISPUTE RESOLUTION: BRIDGING THE SETTLEMENT GAP, Anderson, ed., JAI Press, 1996).

- *The Redistricting Morass*, in AFFIRMATIVE ACTION AND REPRESENTATION, (A. Peacock, ed., Carolina Acad. Press, 1997).

- *Litigating for Equality of Political Opportunity*, in J. Lobel, ed., CIVIL RIGHTS LITIGATION AND ATTORNEY FEES ANNUAL HANDBOOK (Clark, Boardman, 1987).

***Reports, Other Publications, and Current Manuscripts***

- "Judges Doing What Judges Do: A Unified Theory of the 2020 Election Season," Just Security, January 5, 2021

- "The Demise of Government: The Grim Task of Undoing Trump's Damage, https://www.justsecurity.org/71092/the-demise-of-government-the-grim-task-of-undoing-trumps-damage/, June 24, 2017

- "The Frayed Pillars of Democracy," Defining Ideas, Hoover Institute, http://www.hoover.org/research/frayed-pillars-democracy, May 10, 2017.
- "Safeguarding Democratic Instituttions," Verfassungsblog Debated on Constitutional Courts and Populism, http://verfassungsblog.de/safeguarding-democratic-institutions/ April 28, 2017.
- "Plebiscite Options on the Status of Puerto Rico," Report prepared for the Governor of Puerto Rico and the Partido Popular Democrático October 8, 2015 (Updated February 6, 2016).
- "It's Still a Struggle," REVIEW OF ARI BERMAN, GIVE US THE BALLOT: THE MODERN STRUGGLE FOR VOTING RIGHTS IN AMERICA, The American Prospect, Fall 2015, at 92.
- "Keep Shining the Light on 'Dark Money,'" POLITICO (April 12, 2015) (with Robert F. Bauer)
- "The Future of Voting Rights 17 N.Y.U. J. LEGIS. & PUB.POL'Y (2014) (symposium contribution).
- "Where Parties Get Their Money From" The Indian Express, June 7, 2013.
- "Iraq and Afghanistan, Who Is an Enemy Combatant?" Los Angeles Times, June 4, 2010.
- "Fear Not, Critics of *Citizens United,* A Constitutionally Tested Solution is at Hand," American Lawyer, April 2010.
- "Party Funding and Campaign Finance Law in the United States," Report for the Venice Commission of the Council of Europe (2009).
- "The Impact of Politics and Constitutional Law on Mass Litigation: The Evolution of Civil Liability in the U.S. and Beyond," 12th International Liability Forum 14 (Munich Re Group) (2008).
- "The Law of Politics," 95 GEO. L. J. 1369 (2007).
- "Declarative Sentences: Congress Has the Power to Make and End War – Not Manage It," SLATE MAGAZINE, March 5, 2007 (with Noah Feldman).
- "Create a National Voter Registration List," BOSTON REVIEW, Vol. 31, No. 5, Sept-Oct. 2006, at 21.
- "Democracy Isn't Built On One Election Alone," WASHINGTON POST, Jan. 23, 2005, at B01.
- "In Real Elections, There Ought to Be Competition," NEW YORK TIMES, Feb. 16, 2002, at A19.
- "The Court's Legacy for Voting Rights," NEW YORK TIMES, DEC. 14, 2000, at A39.
- "Charles Alan Wright: The Scholar as Lawyer," in A TRIBUTE: CHARLES ALAN WRIGHT, THE MAN AND THE SCHOLAR (2000).
- "Due Process," INTERNATIONAL ENCYCLOPEDIA OF THE SOCIAL AND BEHAVIORAL SCIENCES (2000).

- "Political Fairness and Judicial Review," ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION (1998).
- "The Census and the Constitution," ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION (1998).
- "Electoral Districting, Fairness and Judicial Review," ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION (1998).
- "Age Discrimination," ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION (1998)(with E. Harris).
- "The Destruction of Public Funding," TEXAS LAWYER, May 12, 1997, at 20 (with David Horan).
- "All for One," THE NEW REPUBLIC, Nov. 18, 1996, at 10 (with Richard Pildes).
- "No Place for Political Gerrymandering," TEXAS LAWYER, Aug. 5, 1996 (with Richard Pildes).
- "Should There Be Rules of Procedure?," Leiden University, Institute of Anglo-American Law, Clifford Chance Distinguished Lecture Series (Feb. 1995).
- "Conference: The Supreme Court, Racial Politics, and the Right to Vote: *Shaw v. Reno* and the Future of the Voting Rights Act, 44 AMERICAN UNIV. L. REV. 1 (1994).
- "A Highly Visible Bloodletting," AUSTIN AMERICAN STATESMAN, Oct. 2, 1994 (Op-ed piece on redistricting).
- "Race and Redistricting," 2 RECONSTRUCTION, No. 3 (1994).
- "The State of Voting Rights Law," 3 ISSUES IN NATIONAL AFFAIRS No. 1 (1993)(Paper prepared for the American Jewish Committee).
- "Remedial Options for the Selection of the Texas Judiciary," Report prepared for settlement negotiations in *LULAC/Houston Lawyers' Association v. State of Texas*, Jan. 14, 1993,
- "Adjusting Census Data For Reapportionment: An Independent Role for the States," TEXAS LAWYER, March 18, 1991 (with A. Lichtman).
- "The 37.5 Percent Solution: 'Limited Voting' Could Rescue Judiciary," TEXAS LAWYER, March 5, 1990.
- "The Texas Judiciary and the Voting Rights Act: Background and Options," Report prepared for the Texas Policy Research Forum (1989).
- "The Generals Give Back Uruguay," Human Rights Report of the Lawyers' Committee for International Human Rights (1985)(with C. Estlund).

**AMERICAN LAW INSTITUTE**

- Reporter, Principles of the Law: Aggregate Litigation (2010)

**SELECTED LECTURES**

- UNIVERSITY OF HOUSTON SCHOOL OF LAW, THE FRANKEL ENDOWED LECTURE, November 4, 2016: *Outsourcing Politics: The Hostile Takeover of Our Hollowed-Out Political Parties*

- INDIANA UNIVERSITY SCHOOL OF LAW, THE JEROME HALL ENDOWED LECTURE, February 18, 2016: *The Emerging Rule of Reason in Voting Rights Law*

- DUKE UNIVERSITY SCHOOL OF LAW, THE BRAINERD CURRIE MEMORIAL LECTURE, February 19, 2014: *Ballot Bedlam*

- UNIVERSITY OF HOUSTON LAW CENTER, THE JOHN R. BROWN MEMORIAL LECTURE, March 1, 2010: *Judging in the Time of the Extraordinary*

- BROWN UNIVERSITY, THE JANUS LECTURE, September 17, 2008: *Was the New Deal A Good Deal? New Deal Constitutionalism Reexamined*

- OXFORD UNIVERSITY, THE HART MEMORIAL LECTURE, May 6, 2008: *Democracy in Times of War*

- LEWIS & CLARK LAW SCHOOL, HIGGINS LECTURE, March 19, 2008: *Meriwether Lewis, the Air Force, and the Surge: The Problem of Constitutional Settlement*

- DRAKE LAW CENTER CONSTITUTIONAL LAW DISTINGUISHED LECTURE, November 8, 2007: *Democracy at War*

- JULIUS ROSENTHAL FOUNDATION SERIES LECTURES, Northwestern University School of Law, March 28 and 29, 2007: *Fragile Democracies,* and *Contested Visions of Democracy*

- ASTOR VISITING LECTURE, Oxford University, June 8, 2005: *When Rights Break Down: U.S. Constitutional Responses in Times of National Security Crisis.*

- JAMES GOULD CUTLER LECTURE, William and Mary University School of Law, Feb. 19, 2004: *The Endangered Center in American Politics.*

- SIBLEY LECTURE, University of Georgia School of Law, March 16, 2000: *Political Parties, the Constitution and Democratic Competition*.

- MASON LADD LECTURE, Florida State University School of Law, March 15, 2000: *Why Do Cases Get Litigated?*

**SELECTED PROFESSIONAL ACTIVITIES**

- SENIOR LEGAL COUNSEL, Obama for America Campaign, 2008, 2012.
- FELLOW, American Academy of Arts and Sciences.
- COUNCIL, American Law Institute (2015-present).
- FELLOW, American Academy of Appellate Lawyers.
- REPORTER, Principles of Aggregate Litigation, American Law Institute.
- MEMBER, Editorial Board, Foundation Press.
- MEMBER, Advisory Committee Anxiety of Democracy Program, Social Science Research Council.
- CO-CHAIR, Working Group on Security, Anxiety of Democracy Program, Social Science Research Council, 2015-2019.
- BOARD OF DIRECTORS, Brennan Center for Justice at NYU School of Law, 2006-2011.
- INTERNATIONAL ADVISORY BOARD, CIPPEC – Centro de Implementación de Políticas Públicas para la Equidad y el Crecimiento, Buenos Aires, Argentina, 2012-present.
- FUTURE CLAIMS REPRESENTATIVE, Bankruptcy Trust of TH Agriculture and Nutrition, Inc, Representative for future asbestos claimants in $900 million bankruptcy trust.
- ADVISOR, Restatement Third Employment Law, American Law Institute.
- MEMBER, Judicial Selection Task Force of the Texas Commission on Judicial Efficiency (1995-1997).
- LEGAL CONSULTANT, National Research Council, Panel on Census Requirements in the Year 2000 and Beyond (1993-1995).
- COUNSEL, *Travelers v. Bailey,* U.S. Supreme Court, 2009; *TransUnion v. Ramirez*, U.S. Supreme Court, 2021. Argued for Respondents.
- CONSULTANT, State of Florida, *Johnson v. DeGrandy*, (1994) (Florida legislative redistricting litigation).
- COUNSEL to State of Texas for 1992 Redistricting in *Richards v. Terrazas*, No. 91-1270 (U.S. Supreme Court), and *Texas v. United States*, No. 91-2383 (D.D.C.). (1992-1993).
- SPECIAL MASTER TASKFORCE for Eastern District of Texas Asbestos Litigation, *Cimino v. Raymark Industries, Inc.*, 751 F.Supp. 649 (E.D. Tex. 1990). (1989-1990).
- BOARD OF DIRECTORS, Lawyers' Committee for Civil Rights Under Law of Texas. (1991-1995); Executive Committee of the Board of Directors (1993-1995).

- COUNSEL to State of Texas and University of Texas Law School in *Hopwood v. State of Texas and Regents of the University of Texas System*, No. 92 CA 563 (W.D. Texas, 1992)(challenge to School of Law affirmative action admissions practices)(1992-2001).

**AWARDS**

- *Roscoe Pound Institute Appellate Advocacy Award* 2015 (Inaugural Selection)

- *Podell Distinguished Teaching Award,* New York University School of Law 2009
  Annual student-selected award to four faculty members

- *Willis L. M. Reese Prize for Teaching,* Columbia Law School 2004
  Annual student-selected award to one faculty member

- *Texas Excellence Teaching Award in the School of Law,* Univ. of Texas School of Law, 1994
  Annual student-selected award to one faculty member

- *James W. Vick Texas Excellence Awards in Academic Advising,* Univ. of Texas, 1994
  University-Wide Award

- *Open Door Award,* Univ. of Texas School of Law 1992
  Law School Student Award

**PERSONAL**

- *Born:* Sept. 15, 1954, Buenos Aires, Argentina

- *Married* to Prof. Cynthia Estlund, New York University School of Law

- *Children:* Jessica, Lucas