# EXHIBIT L

**Ramirez v. TransUnion – Klonoff Invoice**

Total Hours: 172.25

Billing rate x total hours: $985/hr x 172.25 = $169,666.25

12/22/20

1 ¼

Began review of Ninth Circuit opinion; conversations with S. Issacharoff, G. Nagel re planning for the case

12/23/20

1 ¾

Conversation with Lieff Cabraser team, S. Issacharoff re briefing, strategy

12/25/20

3 ½

Reviewed and analyzed certiorari papers and Ninth Circuit opinion

12/26/20

2 ½

Conference call with team re briefing and issues involving Solicitor General

12/27/20

2

Reviewed cases, materials; conversation with S. Issacharoff re call with SG

12/28/20

4

Conference call with SG's office; followup call with team; drafted letter to SG; conversation with S. Issacharoff re letter to SG

12/29/20

½

Reviewed and responded to numerous emails re SG letter

12/30/20

2 ½

Revised and edited SG letter; conversation with S. Issacharoff re letter; conversation with Issacharoff, A. Steinman re possible amicus brief

12/31/20

2 ½

Conference call with team re SG letter; followup discussion with S. Issacharoff; revised and edited SG letter

1/1/21

1 ¾

Revised and edited SG letter

1/2/21

¾

Reviewed multiple emails re SG letter; further revisions to SG letter

1/4/21

¼

Reviewed research on typicality

1/5/21

½

Conversation with G. Nagle re research

1/8/21

¼

Reviewed memorandum re legislative history

1/10/21

¼

Began analysis of memorandum re class action rulings by Gorsuch, Kavanaugh, and Barrett and provided comments to G. Nagle

1/11/21

¼

Analyzed revised memorandum re class action rulings by Gorshuch, Kavanaugh, and Barrett

1/12/21

¼

Reviewed memorandum re statutory damages

1/13/21

3 ¼

Reviewed memorandum re Tyson Foods; reviewed standing cases; worked on outline of brief

1/14/21

5 ½

Reviewed research memos, standing cases; worked on outline of brief; conversation with S. Issacharoff re upcoming tasks

1/15/21

¼

Reviewed law re material risk of harm test

1/16/21

¼

Reviewed law re material risk of harm test

1/17/21

3 ¼

Reviewed law re material risk of harm; conference call with team re upcoming tasks and issues; reviewed Ninth Circuit briefing

1/20/21

½

Reviewed and analyzed recent research memoranda

1/21/21

2

Reviewed cases, court orders, and research memoranda re issues for brief

1/22/21

½

Analyzed Internet resources for understanding of TransUnion credit report process; analyzed law re class definition; provided instruction to research assistants re class definition research

1/25/21

¼

Reviewed progress, tasks re analysis of record

1/27/21

2

Reviewed evidence, articles, case law re issues for brief

1/28

3 ½

Reviewed evidence, articles, case law re issues for brief; conversation with S. Issacharoff re issues for brief

1/29/21

¼

Analyzed issues for brief

1/30/21

¼

Analyzed research re Clapper test

2/1/21

2

Reviewed and analyzed brief; reviewed research memorandum

2/2/21

2 ½

Worked on typicality section of brief

2/3/21

3 ¼

Worked on excerpt re class definition versus statute of limitations; conference call with team re TransUnion brief; followup discussion with S. Issacharoff

2/4/21

½

Reviewed standing case law

2/5/21

2

Reviewed cases, record material re standing issues

2/6/21

¼

Reviewed emails re inserts, briefing schedule; began review of draft fact section

2/7/21

¼

Initial review of draft statement of facts; framed research for research assistants on splitting up Miranda warnings or similar issues under consumer statutes

2/8/21

5 ¾

Began review of SG brief; conversation with S. Issacharoff re SG brief, drafting issues; worked on draft of facts

2/9/21

3 ¾

Worked on draft of facts

2/10/21

6

Worked on draft of facts

2/11/21

1 ¾

Reviewed and analyzed materials re typicality; conversation with S. Issacharoff re fact statement

2/12/21

5 ¾

Conversation with S. Issacharoff re arguments for brief; worked on typicality section of brief; began review and analysis of amicus briefs; reviewed treatises re typicality

2/13/21

4

Worked on typicality section of brief; conversation with S. Issacharoff re status of brief

2/14

½

Reviewed and responded to various strategy emails and analyzed strategy issues for points in brief

2/15/21

5 ¾

Revised and edited entire draft of brief; conversation with S. Issacharoff re points for brief

2/16/21

¾

Worked on arguments for typicality section; further review of amicus submissions re typicality

2/17/21

½

Reviewed numerous proposed edits to brief; conversation with S. Issacharoff re schedule for next round of edits; analyzed possible revisions for typicality discussion

2/18/21

5 ¼

Revised and edited entire draft of brief

2/19/21

2 ½

Prepared first draft of summary of argument

2/20/21

4

Revised and edited entire draft of brief; conversation with S. Issacharoff re places to cut brief

2/21/21

2

Reviewed numerous proposed edits to brief; conversation with S. Issacharoff, C. Bradley, C. Groden re upcoming tasks

2/22/21

5 ½

Reviewed numerous additional comments to brief; verified record points; conversation with S. Issacharoff about various drafting issues; revised and edited entire draft of brief

2/23/21

5

Reviewed and analyzed numerous proposed edits to brief; revised and edited entire draft of brief based on the numerous comments

2/24/21

2 ½

Reviewed and analyzed recent edits to brief; reviewed draft Impact Fund/NAACP amicus brief; conversations with S. Issacharoff, G. Nagle re final production of brief

2/25/21

7 ½

Reviewed numerous changes to brief; verified various record authorities; fixed numerous inconsistencies throughout the brief; revised and edited the latest draft of brief
2/26/21

3 ¼

Reviewed and analyzed possible counterarguments re typicality; drafted new sections of brief re typicality; conversation with S. Issacharoff re typicality issues; reviewed recent edits to brief

2/27/21

6

Reviewed and analyzed latest version of brief; consulted record and cases to confirm points throughout the brief; edited the entire brief; multiple conversations with S. Issacharoff re various issues in the brief

2/28/21

1

Reviewed final changes to brief; added inserts to typicality section

3/1/21/

1 ¾

Conversation with S. Issacharoff re final edits; reviewed and edited printed version of brief; reviewed other edits to brief

3/2/21

¼

Reviewed printer edits to brief

3/3/21

¼

Conversation with S. Issacharoff re oral argument preparation

3/4/21

½

Reviewed draft of law professors' amicus brief; began working on difficult issues for oral argument

3/9/21

2

Zoom meeting with co-counsel to discuss record evidence; followup discussion with S. Issacharoff re errata letter to Court; reviewed National Association of Consumer Advocates draft amicus brief and provided comments; reviewed Electronic Frontier Foundation draft amicus brief

3/10/21

½

Reviewed and commented on opening statement for oral argument; reviewed and analyzed recent Supreme Court Article III opinions

3/11/21

1

Worked on suggested points for oral argument; analyzed C. Groden memorandum re trial record and support for major points

3/13/21

3

Reviewed and analyzed seven of the fourteen amicus briefs and provided detailed notes and comments to S. Issacharoff

3/14/21

3

Reviewed and analyzed remaining seven amicus briefs and provided detailed notes and comments to S. Issacharoff; reviewed and analyzed various hypotheticals raised by Spokeo majority

3/15/21

3 ½

NYU moot court; followup discussion with team

3/16/21

1 ¼

Conversation with S. Issacharoff re moot court; reviewed emails re factual and legal issues arising from moot court; reviewed certiorari opposition and identified all instances in which waiver by TransUnion was explicitly raised; reviewed and analyzed Falcon decision in light of moot court

3/17/21

¼

Continued analysis of issues raised at NYU moot court

3/19/21

2 ½

Reviewed and analyzed reply brief; prepared bullet points and notes for S. Issacharoff; conversations with S. Issacharoff re reply brief, oral argument strategy; reviewed record and case law in response to reply brief points

3/20/21

1 ½

Prepared bullet points for typicality argument; continued analysis of issues raised in reply brief; conversation with S. Issacharoff, L. Brennan re fact issues raised in reply brief

3/21/21

¼

Reviewed followup research re publication and common law defamation

3/22/21

3

Public Citizen moot court; followup conversation with team re moot court; later conversation with S. Issacharoff re moot court

3/24/21

¾

Reviewed key arguments for oral argument; prepared document with bullet points to emphasize at oral argument

3/25/21

½

Conversation with team, S. Ramirez; discussion with S. Issacharoff re opening comments for oral argument

3/26/21

4 ¼

Georgetown moot court; followup discussion with team; reviewed C. Groden, C. Bradley memo re topside amicus briefs; provided thoughts to S. Issacharoff re typicality analysis; reviewed and analyzed typicality court documents from trial record

3/27/21

1

Reviewed case law and memorandum on statutory damages; conversation with S. Issacharoff re issues for oral argument

3/28/21

1

Conversation with S. Issacharoff re oral argument introduction; reviewed bullet points re oral argument introduction; reviewed memorandum re TransUnion arguments about Ramirez's facts; reviewed oral arguments re Court's approach to divided argument in telephonic oral arguments

3/29/21
½

Conversation with S. Issacharoff re typicality issues; reviewed TransUnion Rule 23(f) brief

3/30/21

2

Listened to oral argument; followup discussion with team

6/25/21

1 ½

Reviewed and analyzed opinion; conversation with team re strategy in light of opinion