**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>TRANS UNION, LLC,<br>Defendant. | Case No. 3:12-cv-00632-JSC<br><br>**~~[PROPOSED~~] JUDGMENT** |

The court has ordered that Judgment be entered pursuant to the terms of the parties' class action settlement agreement and the Court's December 15, 2022, ORDER RE: MOTION FOR FINAL APPROVAL; MOTION FOR ATTORNEY'S FEES, COSTS, AND INDIVIDUAL SERVICE AND SETTLEMENT AWARD [Doc. 428]. The Court retains jurisdiction to enforce the settlement agreement.

This action was decided by Judge Jacqueline Scott Corley on a motion for final approval of class action settlement [Doc. 420] and a motion for attorneys' fees, costs and an individual service award [Doc. 426].

IT IS HEREBY ORDERED, ADJUDGED AND DECREED.

Dated: December 19, 2022

CL




*Sig ... puty Clerk*