ERIKA A. HEATH (SBN 304683)
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Telephone: (628) 246-1352
Facsimile: (215) 940-8000
eheath@consumerlawfirm.com

JAMES A. FRANCIS (*Pro hac vice*)
JOHN SOUMILAS (*Pro hac vice*)
LAUREN KW BRENNAN (*Pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market St., Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (SBN 83013)
STEPHEN J. NEWMAN (SBN 181570)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY
BRUCE LUCKMAN (*pro hac vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

*Attorneys for Defendant,*
*Trans Union LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SERGIO L. RAMIREZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

TRANS UNION, LLC,

Defendant.

Case No. 3:12-cv-00632-JSC

**STIPULATION TO DISMISS CLAIMS OF INDIVIDUALS OUTSIDE THE SETTLEMENT CLASS**

WHEREAS, on December 15, 2022, the Court granted final approval of the proposed class action settlement in this matter (ECF 428);

WHEREAS, pursuant to the terms of the Settlement Agreement, all persons making up the Non-Stipulation Subgroup, except for those individuals who are Settlement Class Members by virtue

of having made a Valid Claim, are not Settlement Class Members and their claims will be dismissed without prejudice following the Effective Date of the Settlement. (ECF 404-1 at § 10(a)(ii);

WHEREAS, because no objections to the Settlement were submitted, and because no motion to alter or amend pursuant to Rule 59(e) has been filed, the Parties calculate that the Effective Date in this matter is January 19, 2023;

WHEREAS, 147 members of the Non-Stipulation Subgroup filed a Valid Claim and will be sent a settlement payment (ECF 426-1 at ¶ 7);

WHEREAS, the remaining 6,185 individuals making up the Non-Stipulation Subgroup who did not submit a Valid Claim are not Settlement Class Members;

WHEREAS, pursuant to the terms of the Settlement Agreement, none of these 6,185 individuals give a release pursuant to the Settlement Agreement, and their claims shall be dismissed without prejudice.

NOW THEREFORE, the Parties, through their undersigned counsel, stipulate, agree, and jointly request that the claims of the 6,185 individuals making up the Non-Stipulation Subgroup who did not submit a Valid Claim be dismissed without prejudice.

**FRANCIS MAILMAN SOUMILAS, P.C.**

*/s/ John Soumilas*
JAMES A. FRANCIS
JOHN SOUMILAS
LAUREN KW BREENAN
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600

ERIKA A. HEATH (SBN 304683)
**FRANCIS MAILMAN SOUMILAS, P.C.**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel: (628) 246-1352
Fax: (215) 940-8000
eheath@consumerlawfirm.com
Telephone: (415) 378-4838

*Attorneys for Plaintiff*
*Sergio L. Ramirez and the Class*

**STROOCK & STROOCK & LAVAN LLP**

/s/ *Stephen J. Newman*
JULIA STRICKLAND
STEPHEN J. NEWMAN
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800

**O'MELVENY & MYERS LLP**
DAMALI A. TAYLOR
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111
Telephone: (415) 984-8928

**SHERMAN SILVERSTEIN KOHL ROSE AND PODOLSKY**
BRUCE LUCKMAN
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: (856) 662-0700
Facsimile: (856) 448-4744

*Attorneys for Defendant Trans Union, LLC*

Pursuant to the parties' stipulation, IT IS SO ORDERED

______________________________
UNITED STATES DISTRICT JUDGE
JACQUELINE SCOTT CORLEY

Dated:______________________

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, a copy of the foregoing **STIPULATION TO DISMISS CLAIMS OF INDIVIDUALS OUTSIDE THE SETTLEMENT CLASS** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ John Soumilas*
John Soumilas